# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MILLS LAW GROUP LLP** <br> **800 Connecticut Avenue N.W., Suite 300** <br> **Washington, D.C. 20006,** <br><br>     **Plaintiff,** <br><br> **v.** <br><br> **REPUBLIC OF IRAQ** <br>    **and** <br> **MINISTRY OF JUSTICE OF THE** <br> **REPUBLIC OF IRAQ** <br><br>    **Serve:** <br>    **Ministry of Foreign Affairs of the** <br>    **Republic of Iraq** <br>    **Main Building** <br>    **Al-Salhia, Baghdad** <br>    **Republic of Iraq** <br><br>    **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No. 22-3323**_____ |

## COMPLAINT
### (On Account Stated; Breach of Contract or in the Alternative Quantum Meruit)

### Nature of the Action

1.    This is an action for material breach of commercial legal payment obligations owed by the Republic of Iraq ("Iraq") to Plaintiff Mills Law Group LLP ("Plaintiff", or "Mills Law Group" or "MLG") for legal services provided by Mills Law Group to Iraq:

    A.    Between 19 February 2018 and 5 October 2021 (the "Term of Representation") by Plaintiff Mills Law Group LLP, a Washington D.C. limited liability partnership ("Plaintiff" or "Mills Law Group" or "MLG") to the foreign sovereign State the Republic or Iraq ("Iraq" or "Defendant") in defense of claims made against Iraq and the Ministry

of Defense of the Republic of Iraq ("MoD") in the action *Wye Oak Technologies, Inc. v. Republic of Iraq and Ministry of Defense of the Republic of Iraq* (Civil Action No. 10-cv-01182-RCL, D.D.C.) and on appeal (the "Wye Oak Litigation"), pursuant to an engagement agreement entered into between Plaintiff and Iraq (acting through the Ministry of Justice of Iraq ("MoJ") which provided that Defendant Iraq would pay each of Plaintiff's invoices for incurred litigation expenses and legal fees by not later than sixty (60) days after delivery of each invoice by email to the Ministry of Justice ("Invoice Presentment"); and

       B.     On 2 February 2021, through the Embassy of Iraq in Washington, D.C. (the "Embassy"), with respect to a follow-up requested by the Embassy relating to the prior representation of Iraq by Attorney Mills in the 2006 litigation matter of *Rice Corporation v. Grain Board of Iraq et al.* (Civil Action No. 06-1516, E.D. Cal.).

    2.     During the Term of *Wye Oak* Litigation Representation:

       A.     Plaintiff MLG provided representation to Defendant Iraq in the Wye Oak Litigation pursuant to the Engagement Agreement;

       B.     Between 12 October 2019 and 9 December 2021, Plaintiff MLG presented to Iraq nine (9) invoices for Wye Oak Litigation expenses in the total amount of $287,393.65 incurred by Plaintiff MLG on behalf of Iraq that by the terms of the Engagement Agreement, Iraq is contractually obligated to pay to Plaintiff MLG by not later than sixty (60) days after Invoice Presentment (the "Wye Oak Incurred Litigation Cost Invoices"), as further alleged *infra*;

       C.     Between 22 December 2019 and 9 December 2021, Plaintiff MLG presented to Iraq fourteen (14) Wye Oak Litigation Fee Invoices in the total amount of $3,738,102.00 for litigation legal services rendered in defense of Iraq in the *Wye Oak* litigation that by the terms of the Engagement Agreement, Iraq is contractually obligated to pay to Plaintiff

MLG by not later than sixty (60) days after Invoice Presentment (the "Wye Oak Legal Fees Invoices"), as further alleged *infra*;

D.      Between 7 March 2020 and 25 July 2022, on nineteen (19) occasions Plaintiff MLG gave written notification and made demand to Iraq, respectively, as alleged in ¶ 21, *infra* (inclusive of Annex B to this Complaint incorporated by reference into ¶ 21) that: (1) Iraq is in material breach of its contractual obligations to pay each of the Wye Oak Litigation Expense Invoices and Wye Oak Legal Fee Invoices in full; and (2) Iraq must cure its material breach by paying Plaintiff MLG the amount of each such invoice in full, as further alleged *infra*.

E.      At no time whatsoever did Iraq make any objection whatsoever, take any exception whatsoever, or dispute whatsoever any Wye Oak Litigation Expense Invoice, as further alleged *infra*;

F.      At no time whatsoever did Iraq make any objection whatsoever, take any exception whatsoever, or dispute whatsoever any of the Wye Oak Legal Fee Invoices, excepting Iraq communicating the following to MLG unreasonably late, on 8 December 2021 – four (4) months after Plaintiff MLG presented Wye Oak Litigation Fee Invoice No. 21-0807-001 (in the amount of $120,001.00) to Iraq on 8 August 2021:  Iraq "noted that the amount of the invoice is very high and [inaccurately contended that] the only work on the case was to review the summary of Wye Oak appeal, the draft response and correspondence regarding the revised attorney time summaries. [¶] Accordingly, we suggest that you reduce the amount of the invoice so that we can proceed with payment procedures."  As a matter of applicable "on account stated" law, such communication did not constitute a legally-cognizable objection to Invoice No. 21-0807-001.  Nevertheless, Mills Law Group rebutted Iraq's unreasonably late and erroneous

contention on 14 December 2021. *See* allegations at Complaint ¶ 21, *infra* and **Annex B** to the Complaint (incorporated by reference therein).

G.       At all relevant times (commencing from the presentment date for each invoice through the date of this Complaint, and continuing), Iraq materially breached the implied covenant of good faith and fair dealing of the Engagement Agreement by failing to take all actions necessary to review, approve and pay each of the Wye Oak Litigation Expense Invoices and Wye Oak Legal Fee Invoices by not later than sixty (60) days after Invoice Presentment pursuant to the Engagement Agreement payment term, as further alleged *infra*; and

H.       Despite being gravely delinquent in paying each of the Wye Oak Litigation Expense Invoices and Wye Oak Legal Fee Invoices, Iraq has not paid any of the Wye Oak Litigation Expense Invoices and Wye Oak Legal Fee Invoices.

3.       Accordingly, Iraq is legally liable and indebted to Plaintiff MLG in the amount of $4,025,495.65 (the "Debt"), plus pre-judgment interest, and Plaintiff MLG's attorneys fees, expenses and costs incurred in connection with Plaintiff MLG's efforts to collect the Debt (including, but not limited to the attorneys fees, expenses and costs incurred in bringing and maintaining this action), on claims of:

A.       On account stated;

B.       Material breach of the express terms of the Engagement Agreement; and

C.       Material breach of the implied covenant of good faith and fair dealing.

4.       Iraq has the means and capability to pay the Debt. In August, 2022, Central Bank of Iraq ("CBI") Deputy Governor stated that Iraq's foreign currency reserves are above $80,000,000,000 (eighty billion United States dollars) and are expected to reach $90,000,000,000 (ninety billion United States dollars) by the end of 2022, and that Iraq also

advanced 10 ranks in the list of countries with the most gold, becoming the 30th globally and 4th in the Arab world, as Iraq's total gold possessions have climbed 30 tons to stand at more than 131 as of 21 August 2022.[1] Yet Iraq has refused, and continues to refuse, to: (a) communicate concerning the Debt; and (b) pay any part of the Debt.

## Parties

5.      Plaintiff Mills Law Group LLP ("Mills Law Group" or the "Law Firm"):

A.      Is a limited liability partnership organized and existing under the laws of the District of Columbia;

B.      At all times relevant to this action, has its principal place of business in Washington D.C.;

C.      Provided commercial litigation legal services to Defendants in civil action *Wye Oak Technologies, Inc. v. Republic of Iraq and Ministry of Defense of the Republic of Iraq*, Civil Action No. 1:10-cv-01182-RCL (D.D.C.) (the "DDC") and the related appeal and cross-appeal before the U.S. Court of Appeals for the District of Columbia Circuit ("D.C. Circuit"), *Republic of Iraq et al. v. Wye Oak Technologies, Inc.*, Appeal No. 19-7162 (consolidated with No. 19-7169) (the "Wye Oak Litigation"), pursuant to a written commercial legal services Engagement Agreement between Mills Law Group and Iraq that Iraq, through Iraq's authorized entity the Ministry of Justice of the Republic of Iraq) entered into with Mills Law Group in the United States by, *inter alia*, MoJ presenting MoJ's execution of the Engagement Agreement to Mills Law Group in the United States.

---

[1] Reuters, "Iraq's foreign currency reserves above $80bln, central bank official says", Aug. 21, 2022, available at https://www.reuters.com/markets/rates-bonds/iraqs-foreign-currency-reserves-above-80-bln-central-bank-official-2022-08-21/.

6.      Each of Defendants Republic of Iraq ("Iraq") and the Ministry of Justice of the Republic of Iraq ("MoJ") is a foreign sovereign state defined in 28 U.S.C. § 1603(a) (herein, "State").

### Jurisdiction; Jurisdictional Facts

7.      This Court has jurisdiction over the subject matter of this action by virtue of 28 U.S.C. §§ 1330(a) and 1605(a)(2), insofar as the contract whose breach is alleged herein constitutes:

A.      A commercial activity of Iraq carried on in the United States; and

B.      Acts of Iraq outside the territory of the United States in connection with a commercial activity of the State of Iraq elsewhere, and such acts caused a direct effect in the United States.

### Venue

8.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(1) and (4).

### Facts

9.      A.  Iraq and Mills Law Group entered into the Engagement Agreement, dated 15 March 2018, effective as of 19 February 2018, for Mills Law Group (and attorneys associated by Mills Law Group as counsel in the Wye Oak Litigation) to provide legal services in defense of Defendants in the Wye Oak Litigation. The Engagement Agreement was executed on 26 March 2018 by Raad Khalil Ghajy, in his capacity as the Director General of the MoJ Legal Department.

B.      A true and correct copy of the Engagement Agreement is set forth at **Exhibit 1.1**, and is incorporated by reference as though fully set out herein.

C.      The Engagement Agreement provides, *inter alia*:

The Firm [Mills Law Group] and the Ministry [of Justice] agree that the Standard Terms of the prior engagement agreement between the Ministry and Maggs & McDermott LLC for this action shall also apply to this engagement agreement and are incorporated by reference. Engagement Agreement at 4.

D.     On 25 February 2010, Iraq and Maggs & McDermott LLC ("Maggs & McDermott") entered into the engagement agreement, dated 20 February 2010, effective as of 18 February 2010, for Maggs & McDermott to provide legal service in defense of Defendants in the Wye Oak Litigation (the "Maggs & McDermott-MoJ Engagement Agreement").  The Maggs & McDermott-MoJ Engagement Agreement was executed on 25 February 2010 by Omar Ghassan Jamil Al-Wiswasi in his capacity as Director General of the MoJ Legal Department ("DG Al-Wiswasi").  As part of executing the Maggs & McDermott-MoJ Engagement Agreement, DG Al-Wiswasi initialed the bottom of each page of the Maggs & McDermott-MoJ Engagement Agreement.

E.     A true and correct copy of the Maggs & McDermott-MoJ Engagement Agreement is set forth as **Exhibit 1.2**, and is incorporated by reference as though fully set out herein.

F.     The Maggs & McDermott-MoJ Engagement Agreement provides, *inter alia:*

We will notify you promptly if your account becomes delinquent, and you agree to bring the account or the advance deposit current when so notified. If the delinquency continues and you do not arrange satisfactory payment terms, we reserve the right to postpone or defer providing additional services or to withdraw from the representation and pursue collection of your account. If collection

activities are necessary, you agree to pay us any costs we may incur in collecting

the debt, including court costs, filing fees and a reasonable attorney's fee.

Maggs & McDermott-MoJ Engagement Letter at 8-9 (Revised Standard Terms of

Engagement, Billing Arrangements and Terms of Payment).

10.    Iraq entered into the Engagement Agreement with Mills Law Group in the United

States by, *inter alia*, taking those actions stated and alleged in Paragraph 3(C), *supra*

11.    The Engagement Agreement:

A.    Required Mills Law Group and the attorneys that Mills Law Group

engaged as counsel in the Wye Oak Litigation (the "Associated Counsel") to provide the Legal

B.    (1)    Required Iraq to make payment in the United States to Mills Law

Group of: (i) a retainer of $100,000, and to make additional payments to maintain the retainer in

the amount of $100,000 throughout the representation; (ii) advances of funds required for Mills

Law Group to pay Wye Oak Litigation expenses incurred on Iraq's behalf out of Iraq-advanced

funds; and (iii) all invoiced fees for the Legal Services and for reimbursement of Expenses

related to the Wye Oak Litigation by Mills Law Group and Associated Co-Counsel.

(2)    Iraq paid the $100,00 retainer to Mills Law Group through a check

drawn on a United States bank in the District of Columbia that the authorized representative of

Iraq in the United States hand-delivered Ito Mills Law Group in Washington, D.C. for deposit by

Mills Law Group into the bank account of Mills Law Group in Washington, D.C. (the "Retainer

Payment Check").  Mills Law Group deposited the Retainer Payment Check into the Mills Law

Group bank account in Washington, D.C.

(3)    Iraq materially breached the Engagement Agreement by: (a) not

maintaining the retainer in the amount of $100,000; and (b) not advancing funds to Mills Law

Group as required for Mills Law Group to pay Wye Oak Litigation expenses out of Iraq-advanced funds; and (iii) not paying any of the Mills Law Group invoices for Legal Services fees and reimbursement of incurred expenses that are the subject of this Complaint (alleged *infra*) (the "Delinquent Invoices").

12.     Pursuant to the Engagement Agreement, Mills Law Group presented Mills Law Group Invoices for the Wye Oak Litigation by email to the Legal Department of the Ministry of Justice of the Republic of Iraq ("MoJ") for approval and payment by MoJ within sixty (60) days of the presentment date of each Invoice expressly specified in the Engagement Agreement (the "Payment Date").

13.     The MoJ officials responsible for processing and approval of Mills Law Group invoices include: (i) the Director General of the MoJ Legal Department ("DG"); and (ii) the Minister of Justice of the Republic of Iraq ("Minister of Justice"). The DG and the Minister of Justice each are located in the Ministry of Justice headquarters building in Baghdad, Iraq.

14.     The actions and inactions of the DG and the Minister of Justice that have resulted in Iraq breaching its commercial obligations to Mills Law Group to maintain the $100,000 retainer and pay the Delinquent Invoices took place at the Ministry of Justice HQ in Baghdad Iraq.

15.     Iraq's breach of such commercial payment obligations caused direct effects in the United States, including, but not limited to:

A.     Mills Law Group consequently not having the funds to pay:

(i)     Translation fees billed to Mills Law Group by the professional services translation firm Beyond Words LLC (located in Washington, D.C.) ("Beyond Words") that provided the English-Arabic and Arabic-English translation services on behalf of Iraq in the

Wye Oak Litigation (including for the depositions of the Iraqi witnesses and translation of Arabic-language documents produced by Iraq), which Mills Law Group invoiced to Iraq, and, which, pursuant to the Engagement Agreement, Iraq is obligated to pay to Mills Law Group within 60 days of the Invoice presentment date, and Mills Law Group then is legally obligated to pay to the Translation Firm; and

        (ii)     Legal fees and expenses of Associated Co-Counsel DiMuro Ginsberg P.C. ("DiMuro Ginsberg") which Mills Law Group invoiced to Iraq, and, which, pursuant to the Engagement Agreement, Iraq is obligated to pay to Mills Law Group within 60 days of the Invoice presentment date, and Mills Law Group is legally obligated to pay DiMuro Ginsberg.

        B.     Depriving Mills Law Group, DiMuro Ginsberg and Beyond Words of use of money, and consequently causing Mills Law Group, DiMuro Ginsberg and Beyond Words to suffer diminishment of the working capital of each of their businesses, in the total amount of the payments due from Iraq for the invoiced Legal Services fees, translation fees, and Expenses that Iraq failed to pay within sixty (60) days of Invoice presentment, pursuant to the Engagement Agreement.

16.     During the Term of Representation (between 19 February 2018 and 5 October 2021):

        A.     Mills Law Group provided Legal Services and incurred Expenses in the Wye Oak litigation as counsel for Defendants Iraq and MoD, pursuant to the Engagement Letter;

        B.     Pursuant to the Engagement Letter, Mills Law Group was assisted in the provision of the Legal Services by Associated Counsel; and

C.      Mills Law Group presented invoices to Iraq (through MoJ) for all fees for the Legal Services provided by Mills Law Group and Associated Counsel and all Expenses incurred by Mills Law Group and Associated Counsel (as further alleged in Paragraphs 14 through 17, *infra*); and

17.     During the Term of the Wye Oak Representation:

A.      On 15 April 2018, Mills Law Group appeared as lead counsel for Defendants Iraq and MoD in the Wye Oak Litigation in the DDC.

B.      Subsequently, Mills Law Group appeared as lead counsel for Defendants in the D.C. Circuit;

C.      On 2 September 2020, Defendants, acting through the Iraq Ministry of Justice, appointed the law firm of Cleary Gottleib Steen & Hamilton ("Cleary Gottleib") as successor lead counsel to Mills Law Group.

D.      Between 2 September 2020 and 5 October 2021, Mills Law Group and, derivatively, Associated Counsel of the law firm DiMuro Ginsberg were co-counsel with Cleary Gottlieb in the Wye Oak Litigation.

18.     Plaintiff Mills Law Group incorporates by reference, as though fully set forth herein, **Annex A** to this Complaint (entitled "History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices"), inclusive of all factual allegations set forth in **Annex A**.

A.      By 28 December 2019, Mills Law Group had presented Invoices for unpaid Legal Services and Expenses to Iraq (through MoJ) for the period from 5 March 2018 (the first date of Mills Law Group incurrence of Wye Oak Litigation fees and expenses under the Engagement Agreement) through 25 November 2019, which total as follows:

(1)      Incurred Wye Oak Litigation Expenses:      $270,481.54; and

(2)      Incurred Wye Oak Legal Fees:      $3,073,150.50

**Annex A** at ¶¶ 18.A through 18.H (MLG Invoice Groups E-1, E-2 (MLG Wye Oak Litigation Incurred Expense Invoices); **Annex A** at ¶¶ 18.T through 18.AA MLG Invoice Group F-1 (MLG Wye Oak Litigation Fee Invoices).

With respect to the invoiced Legal Services fees referenced in Paragraphs 18(A), *supra* such Legal Services were provided pursuant to the Engagement Agreement, at the request of Iraq, by Mills Law Group and Associated Counsel DiMuro Ginsberg at the request of and under the supervision of lead counsel Cleary Gottlieb.

   B.      By 31 December 2020, Mills Law Group had presented Invoices for unpaid Legal Services and Expenses for the period from 26 November 2019 through 30 December 2020 totaling as follows:

(1)      Incurred Wye Oak Litigation Expenses:      $13,149.02; and

(2)      Incurred Wye Oak Legal Fees:      $497,961.50

**Annex A** at ¶¶ 18.I through 18.K (MLG Invoice Group E-3 (MLG Wye Oak Litigation Incurred Expense Invoices); **Annex A** at ¶¶ 18.AB through 18.AG MLG Invoice Group F-2 (MLG Wye Oak Litigation Fee Invoices).

With respect to the invoiced Legal Services fees referenced in Paragraphs 18(B), *supra* such Legal Services were provided pursuant to the Engagement Agreement by Mills Law Group and Associated Counsel DiMuro Ginsberg at the request of and under the supervision of lead counsel Cleary Gottlieb.

C.      By 9 December 2021, Mills Law Group had presented Invoices for Legal Services and Expenses for the period from 1 January 2021 through 5 October 2021 totaling as follows:

(1)      Incurred Wye Oak Litigation Expenses:      $3,763.09; and

(2)      Incurred Wye Oak Litigation Fees:      $166,990.00

**Annex A** at ¶¶ 18.L through 18.N (MLG Invoice Groups E-4 (MLG Wye Oak Litigation Incurred Expense Invoices); **Annex A** at ¶¶ 18.AH through 18.AJ MLG Invoice Group F-3 (MLG Wye Oak Litigation Fee Invoices).

With respect to the invoiced Legal Services fees referenced in Paragraph 18(C), *supra* covering the period 1 January 2021 through 5 October 2021 pertaining to DDC and D.C. Circuit proceedings, such Legal Services were provided pursuant to the Engagement Agreement by Mills Law Group and its associated counsel DiMuro Ginsberg at the request of and under the supervision of lead counsel Cleary Gottlieb.

19.      Pursuant to the Engagement Agreement, Iraq is contractually obligated to pay each invoice referenced in **Annex A** and Paragraph 18, *supra* (the "Delinquent Invoices") by not later than sixty (60) days after the date Mills Law Group presented each invoice to Iraq (through MoJ).

20.      Iraq has materially breached the Engagement Agreement by not paying any of the Delinquent Invoices.

21.      Plaintiff Mills Law Group incorporates by reference, as though fully set forth herein, **Annex B** to this Complaint (entitled "Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each Wye Oak Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented

Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices"), inclusive of all factual allegations set forth in **Annex B**.

       A.     Between 1 April 2020 and 25 July 2022, Mills Law Group made nineteen (19) demands to Iraq for payment of each and every Delinquent Invoice, as alleged in Annex B, paragraphs, consisting of each the following:  (1) ¶ 21.F (demand dated 21 March 2020); (2) ¶ 21.G (demand dated 1 May 2020); (3) ¶ 21.I (demand made 14 June 2020); (4) ¶ 21.J (demand made 27 June 2020); (5) ¶ 21.K (demand made 9 July 2020); (6) ¶ 21.L (demand made 19 July 2020); (7) ¶ 21.M (demand made 27 July 2020); (8) ¶ 21.N (demand made 15 Aug 2020); (9) ¶ 21.P (demand made 15 Oct 2020); (10) ¶ 21.Q (demand made 9 Dec 2020); (11) ¶ 21.Z (demand made 29 May 2021); (12) ¶ 21.AB (demand made 29 June 2021); (13) ¶ 21.AE (demand made 11 Sep 2021); (14) ¶ 21.AG (demand made 15 Sep 2021); (15) ¶ 21.AI (demand made 5 Oct 2021); (16) ¶ 21.AJ (demand made 7 Dec 2021); (17) ¶ 21.AM (demand made 9 Dec 2021); (18) ¶ 21.AN (demand made 14 Dec 2021); and (19) ¶ 21.AP (demand made 25 Jul 2022);

       B.     Iraq:

       A.     Has not made any payment of any Delinquent Invoice; and

       B.     Has not communicated to Mills Law Group:

       (1)     Any reason why Iraq has not paid any of the Delinquent Invoices referenced in **Annex A** and Paragraph 18, *supra*, excepting Invoice No. 21-0807-001 (in the amount of $120,001.00)

       (2)     Any objection to any Delinquent Invoice referenced in **Annex A** and Paragraph 18, *supra*; excepting Invoice No. 21-0807-001 (in the amount of $120,001.00)

(3)     Any particularized objection or dispute with respect to MLG Invoice #21-0807-001 that is cognizable as a legally-valid objection to MLG Invoice #21-0807-001 under the District of Columbia law of account stated.

22.     Iraq's failure to pay each of the Delinquent Invoices is a material breach of Iraq's:

A.     Legal obligation under the District of Columbia law of account stated to pay each of the Delinquent Invoices in full, as demanded in writing by Plaintiff Mills Law Group, after Iraq failed to object to any of the Delinquent Invoices within a reasonable time; and

B.     Contractual obligations under the Engagement Agreement to pay each such Invoice within 60 days of presentment.

23.     During the Term of the Wye Oak Representation, Iraq (acting through the DG of the MoJ Legal Department and other authorized officials) requested Mills Law Group to continue to provide Legal Services notwithstanding Iraq's material breach of Iraq's contractual obligations to pay the Delinquent Invoices in accordance with the Engagement Agreement.

24.     Notwithstanding Iraq's material breach of such legal obligations to pay each Delinquent Invoice, solely as a matter of forbearance, Mills Law Group continued to provide Legal Services and incur Expenses on behalf of Defendants in the continuing Wye Oak Litigation with the reasonable expectation that Iraq ultimately would pay each such Invoice without Mills Law Group needing to withdraw from representing Iraq in the Wye Oak Litigation or to resort to breach of contract litigation against Iraq.

25.     On or about August 2021, Mills Law Group and Associated Counsel DiMuro Ginsberg concluded that Iraq was unlikely to cure Iraq's material breach of contract of its payment obligations to Mills Law Group. Accordingly:

A.    On or about 2 September 2021, with the consent of Iraq: (i) Mills Law Group and Associated Counsel DiMuro Ginsberg moved to withdraw as counsel of record for Defendants in the DDC, which the DDC so ordered; and (ii) Mills Law Group withdrew as counsel of record for Defendants in the D.C. Circuit; and

B.    On or about 6 October 2021, Mills Law Group terminated its relationship with Defendants in the Wye Oak Litigation.

26.    On or about 7 December 2022, Mills Law Group made final written demand to Iraq for payment of the outstanding delinquency of $4,025,495.65, plus pre-judgment interest calculated at the pre-judgment interest rate of 6% per annum provided by Code of the District of Columbia § 28-3302(a), with such interest to commence running on the date 60 days after the Presentment Date of each Invoice (the "Final Demand")

27.    Iraq failed to respond to the Final Demand.

28.    On Friday, 4 February 2022, the D.C. Circuit decided Iraq's appeal in Iraq's favor, vacating the judgment against Iraq entered by the DDC, and remanding for further proceedings.  The Legal Services provided by Mills Law Group materially contributed to the outcome of the appeal favorable to Iraq.

### Count One
### On Account Stated

29.    The allegations set forth in ¶¶ 1-28, *supra*, (inclusive of the allegations set forth in **Annexes A and B** to the Complaint) are incorporated herein by reference as through fully set out herein.

30.     Defendant Iraq accepted the terms of the Engagement Agreement and the services provided by Plaintiff Mills Law Group, including, but not limited to, the services provided by Mills Law Group through its associated counsel of the law firm DiMuro Ginsberg P.C.

31.     Plaintiff Mills Law Group presented each of the Delinquent Invoices to Iraq, for payment within 60 days, on the Presentment Date stated in **Annex A** for each such invoice (*i.e.*, the respectively referenced dates between 12 October 2019 and 9 December 2021).

32.     To date, Defendant Iraq has not communicated any objection to or contested any of the Delinquent Invoices, with the exception of MLG Invoice #21-0807-001, all as further alleged in **Annex B** hereto.

33.     Defendant Iraq's communication with respect to MLG Invoice #21-0807-001 (as set forth and alleged at **Annex B**, ¶ 21.AK) does not constitute a legally-cognizable objection to MLG Invoice #21-0807-001 under the applicable District of Columbia law of account stated.

34.     By virtue of Defendant Iraq's failure to object to any of the Delinquent Invoices within a reasonable time, Iraq has accepted each Delinquent Invoice as correct as a matter of the applicable District of Columbia law of account stated.

35.     By entering into the Engagement Agreement, Iraq promised to pay each presented Mills Law Group invoice within 60 days of the Presentment Date.

36.     To date, Defendant Iraq has failed to remit payment of any of the Delinquent Invoices to Plaintiff Mills Law Group.

37.     By reason of the foregoing, each of Plaintiff Mills Law Group and its associated counsel DiMuro Ginsberg P.C. has been damaged.

38.     Wherefore, Iraq is indebted to Mills Law Group for the following:

      A.      Breach of contract damages in the amount of $4,025,495.65 for the Delinquent Invoices;

      B.      For further damages, including a sum for consequential damages, subject to proof at trial;

      C.      Pre- and post-judgment interest as provided by District of Columbia law; and

      D.      The costs of bringing this action, including reasonable attorneys fees.

<div align="center">

**Count Two**
**Breach of Contract**

</div>

39.      The allegations set forth in ¶¶ 1-38, *supra*, are incorporated herein by reference as through fully set out herein.

40.      The Engagement Agreement, and Iraq's material breaches of the Engagement Agreement alleged in this Complaint, each is purely commercial activity carried on by Defendants in the United States, the performance or non-performance of which Iraq is not entitled to sovereign immunity, as provided in 28 U.S.C. § 1605(a)(2).

41.      Mills Law Group performed its contractual obligations in full and in a manner conforming to the requirements of the Engagement Agreement.

42.      Wherefore, Iraq is indebted to Mills Law Group for the following:

      A.      Breach of contract damages in the amount of $4,025,495.65 for the Delinquent Invoices;

      B.      For further damages, including a sum for consequential damages, subject to proof at trial.

      C.      Pre- and post-judgment interest as provided by District of Columbia law;

      D.      The costs of bringing this action, including reasonable attorneys fees.

**Count Three**
**Breach of Implied Covenant of Good Faith and Fair Dealing**

42.     The allegations set forth in ¶¶ 1-28, 40 and 41, *supra*, are incorporated herein by reference as through fully set out herein.

43.     It is settled law in the District of Columbia that there is an implied duty of good faith and fair dealing in every contract that requires each party to a contract to do nothing "which will have the effect of destroying or injuring the right of the other party to receive the fruits of the contract." *See Paul v. Howard Univ.*, 754 A. 2d 297, 310 (D.C. 2000); *Hais v. Smith*, 547 A. 2d 986, 987 (D.C. 1988).

44.     The Engagement Agreement provides that the "fruits of the contract" to be received by Mills Law Group include, but are not limited to:

A.     Iraq (acting through MoJ) providing Mills Law Group *in advance* with sufficient funds for payment of all Litigation Expenses in excess of $250 per item, such that Mills Law Group would not be put either: (i) at risk of any Iraq late payment or Iraq non-payment of incurred Expenses; or (ii) in a position of Mills Law Group having to advance funds from its own capital to pay for incurred Expenses so as to protect the interests of Iraq against the detriment that would flow from not incurring and not paying Litigation expenses (including costs of travel to depositions and to factfinding sessions, payments to court reporters, translations fees, other pre-trial expenses, trial expenses, post-trial expenses, D.C. Circuit filing fees and appellate expenses);

B.     Prompt payment of *all* Mills Law Group Invoices (whether for Legal Fees or Expenses) by not later than 60 days of the date that Mills Law Group presented each invoice to Iraq (through MoJ). In particular:

-19-

(1)     During the course of MoJ and Mills Law Group negotiating the payment terms of the Engagement Agreement, Mills Law Group proposed that each Mills Law Group invoice shall be paid within thirty (30) days of the date of invoice presentment; and

(2)     MoJ, through the then-DG of the MoJ Legal Department, counter-proposed that the Engagement Agreement be modified to provide that Iraq (through MoJ) shall pay each Mills Law Group Invoice by not later than sixty (60) days after the date of invoice presentment (the "Presentment Date") so as to provide MoJ with sufficient time to take all acts necessary for Iraq (through MoJ) to pay each Mills Law Group invoice by not later than the contractually-established Payment Date (not less than sixty (60) days after the date of invoice presentment)..

45.    By entering into the Engagement Agreement, Iraq (acting through MoJ) contractually obligated itself, whether expressly or by implication, to take all acts necessary for Iraq (through MoJ) to: (i) provide Mills Law Group *in advance* with funds in sufficient amounts to cover Expenses; and (ii) pay each Invoice by the Payment Date.

46.    As alleged in Count Two of this Complaint, MoJ's taking of "all acts necessary for Iraq to make advance payment of funds in sufficient amounts to cover Expenses" includes, but is not limited to:

A.     MoJ taking all acts necessary within the Iraqi government to obtain such funds and to approve payment of such funds to Mills Law Group by not later than sixty (60) days after receiving Mills Law Group's request for such funds; and

B.     Paying such funds to Mills Law Group by a date not later than thirty (30) days after MoJ's receipt of a Mills Law Group request for advance payment of such funds.

47.     For purposes of Iraq (through MoJ) paying each invoice by the Payment Date, all acts necessary includes, but is not limited to:

A.      The MoJ Legal Department Director General ("DG") promptly providing each presented Invoice to the MoJ department responsible for review/internal audit of each Invoice (the "Reviewing Department);

B.      The Reviewing Department completing its review of and any report concerning each presented Invoice to the pertinent MoJ higher authorities with responsibility and authority for approval and payment of each presented Invoice (the "MoJ Approval Authority"), in sufficient time for the Approval Time to take all further acts needed to make payment of each presented Invoice to Mills Law Group by the Payment Date;

C.      The MoJ Approval Authority promptly considering any Reviewing Department report with respect to any presented Invoice, and then communicating to Mills Law Group either (i) that the presented Invoice(s) have been approved and will be paid; or (ii) any exceptions or disputes concerning any particular invoiced fees or expenses in sufficient time that any such exceptions or disputes can be resolved promptly through amicable discussions prior to the Payment Date;

D.      MoJ promptly obtaining all necessary Iraqi governmental approvals and funding for payment of each presented Invoice sufficiently ahead of the Payment Date such that MoJ is able to make payment of each presented Invoice to Mills Law Group by the Payment Date; and

E.      Effecting payment of each presented Invoice by not later than the Payment Date.

48.     During the Term of Engagement, Mills Law Group requested that MoJ advance to Mills Law Group sufficient funds to cover Expenses.

49.     A.     Iraq (through MoJ) materially breached the implied covenant of good faith and fair dealing by not taking all necessary acts to pay funds to Mills Law Group, promptly or otherwise, the amounts of the advances for Expenses requested by Mills Law Group;

        B.     Accordingly, Mills Law Group did not have advance funds from Iraq in amounts sufficient to pay all Expenses from Iraq-provided funds, either as the Expenses were incurred or thereafter.

50.     Strictly as a matter of forbearance, and to avoid irreparable harm to Iraq in the Wye Oak Litigation, thereafter during the Term of the Engagement, Mills Law Group incurred legal liability for as-yet unreimbursed Expenses, in the total amount of $287,393.65 (two hundred eighty-seven thousand three hundred ninety-three dollars and 65 cents).

51.     Between 10 October 2019 and 9 December 2021, Mills Law Group demanded that Iraq (through MoJ) timely reimburse Mills Law Group for the $287,393.65 in unreimbursed incurred Expenses by presenting Iraq (through MoJ) with eight (8) invoices for unreimbursed Expenses incurred during the Term of the Engagement (the "Unreimbursed Expense Invoices").

52.     Iraq (through MoJ) materially breached the implied covenant of good faith and fair dealing by not taking all necessary acts to pay any of the Unreimbursed Expense Invoices by the Payment Date, or any time thereafter.

53.     Between 20 December 2019 and 9 December 2021, Mills Law Group demanded that Iraq (through MoJ) timely pay Mills Law Group Legal Services fees in the total amount of $3,738,102.00 (three million seven hundred thirty-eight thousand one hundred and two dollars)

by presenting Iraq (through MoJ) with fourteen (14) invoices for such Legal Services (the "Delinquent Legal Services Invoices").

54.     Iraq (through MoJ) materially breached the implied covenant of good faith and fair dealing by not taking all necessary acts to pay any of the Delinquent Legal Services Invoices by the Payment Date, or any time thereafter.

55.     Wherefore, Iraq is indebted to Mills Law Group for the following:

A.      Breach of the implied covenant of good faith and fair dealing damages in the total amount of $4,025,495.65, consisting of: (i) $287,393.65 in invoiced and unreimbursed incurred Expenses; plus (ii) $3,738,102.00 in invoiced and unpaid legal fees;

B.      For further damages, including a sum for consequential damages, subject to proof at trial.

C.      Pre- and post-judgment interest as provided by District of Columbia law;

D.      The costs of bringing this action, including reasonable attorneys fees.

### Count 4
### *Quantum Meruit*

56.     The allegations set forth in ¶¶ 1-28, 40-41, and 43 through 54, *supra*, are incorporated herein by reference as through fully set out herein.

57.     During the Term of Representation, Mills Law Group:

A.      Advanced Wye Oak Litigation Expenses on behalf of Iraq (as stated on the Delinquent Invoices) in the amounts stated in ¶¶ 18(A)(1), 18(B)(1), and 18(C)(1), *supra*; and

B.      Provided those legal services in the Wye Oak litigation requested by Defendant Iraq (as stated on the Delinquent Invoices) of the total reasonable value stated in ¶¶ 18(A)(2), 18(B)(2), and 18(C)(2), *supra.*

58.     Iraq failed to pay any of the amounts referenced in ¶¶ 48(A) and (B), supra.

59.     If the Court does not find for Plaintiff Mills Law Group in either Counts One, Two or Three, then Plaintiff Mills Law Group pleads in the alternative that it is entitled to recover from Defendant Iraq in *quantum meruit* in the total amount of $4,025,495.65, consisting of: (i) $287,393.65 in invoiced and unreimbursed incurred Expenses; plus (ii) $3,738,102.00 in invoiced and unpaid legal fees.

## Conclusion and Prayer for Relief

For all of the foregoing reasons, Mills Law Group respectfully prays that this Honorable Court:

A.     ASSUME jurisdiction over this Action pursuant to 28 U.S.C. §§ 1330(a) and 1605(a)(2).

B.     DECLARE that each failure of Iraq to pay the Delinquent Invoices, as stated above, constitutes a material breach of:

(1)     Defendant Iraq's legal obligation to pay Plaintiff Mills Law Group the debt of $4,025,495.65 on the account stated between Plaintiff Mills Law Group and Defendant Iraq on the Mills Law Group Wye Oak Group Wye Oak Litigation Expense Invoices and Wye Oak Litigation Legal Fees Invoices presented to Iraq;

(2)     The Engagement Agreement to which the invoices pertain; and

(3)     The implied covenant of good faith and fair dealing; and

(4)     In the alternative, Defendant Iraq's legal obligation under the law of quantum meruit to pay the Delinquent Invoices;

C.     ENTER judgment in favor of Mills Law Group and against Iraq for:

(1)     Total on account stated damages in the amount of $4,025,495.65; or

(2)      In the alternative, breach of contract damages in the amount of

$4,025,495.65; and

(3)      In the alternative, quantum meruit damages in the amount of

$4,025,495.65; and

(4)      The reasonable costs of MLG's efforts to collect the $4,025,495.65 from

Iraq, including, but not limited to, including attorneys fees, expenses and the costs incurred in

bringing and maintaining this action;

D.      GRANT Mills Law Group pre-judgment interest on the above-mentioned sums,

from the date each clement of the unpaid debt became due and payable, at the rate established by

District of Columbia law;

E.      AWARD to Mills Law Group the costs of bringing this Action, including

reasonable attorneys fees and expenses: and

F.      GRANT Mills Law Group such additional relief as to the Court shall deem just

and equitable.

Date: October 30, 2022                    Respectfully submitted,

**MILLS LAW GROUP LLP**

By:____/s/ Timothy B. Mills_____
Timothy B. Mills
D.C. Bar No. 425209
800 Connecticut Avenue N.W., Suite 300
Washington, DC  20006
Telephone: (202) 457-8090
Fax: (202) 478-5081
timothy.mills@mills-lawgrp.com
***Lead Counsel for Plaintiff Mills Law Group LLP***

<table>
<tr><td colspan="4" style="background:yellow;text-align:center">

**ANNEX A TO COMPLAINT**

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices**

(As of 30 September 2022)

</td></tr>
</table>

| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| | | | |

<table><tr><td colspan="4" style="background:yellow;text-align:center">

**MLG Invoice Groups E-1 through E-4**
**Delinquent MLG Wye Oak Incurred Litigation Cost Invoices (Presented 2019-2021)**

</td></tr></table>

<table><tr><td colspan="4" style="background:yellow;text-align:center">

**MLG Invoice Group E-1 (Presented 12 October 2019)**

</td></tr></table>

| Complaint ¶ # | MLG Invoice | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| ¶ 18.A | *Original (Incorrect)* (1) 19-1009-001 (2) 10 Oct 2019 (3) 12 Oct 2019 <br><br>*Corrected Invoice* (1) 19-1009-001C (2) 7 Dec 2019 (3) 7 Dec 2019 | $3,373.35 | 1. <u>Period Covered</u>: March-December 2018 <br><br>2. <u>Further Factual Allegations</u>: <br><br>As of the date stated above, Iraq has not: <br><br>A. Objected to this invoice; <br><br>B. Taken any issue with any of the expenses stated on this invoice; or <br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between December 2019 and August 2022; and <br><br>D. As of the date stated above, has not paid this invoice. |
| ¶ 18.B | *Original (Incorrect)* (1) 19-1009-002 (2) 10 Oct 2019 (3) 12 Oct 2019 | $17,482.18 | 1. <u>Period Covered</u>: January 2019 <br><br>2. <u>Further Factual Allegations</u>: <br><br>As of the date stated above, Iraq has not: |

**ANNEX A TO COMPLAINT**

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices**

(As of 30 September 2022)

| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| | *Corrected Invoice* (1) 19-1009-002C (2) 7 Dec 2019 (3) 7 Dec 2019 | | A. Objected to this invoice; <br><br> B. Taken any issue with any of the expenses stated on this invoice; or <br><br> C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between December 2019 and August 2022; and <br><br> D. As of the date stated above, has not paid this invoice. |
| ¶ 18.C | *Original (Incorrect)* (1) 19-1009-003 (2) 10 Oct 2019 (3) 12 Oct 2019 <br><br> *Corrected Invoice* (1) 19-1009-003C (2) 7 Dec 2019 (3) 7 Dec 2019 | $240,041.24 | 1. <u>Period Covered</u>: February-September 2019 <br><br> 2. <u>Further Factual Allegations</u>: <br><br> As of the date stated above, Iraq has not: <br><br> A. Objected to this invoice; <br><br> B. Taken any issue with any of the expenses stated on this invoice; or <br><br> C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between December 2019 and August 2022; and |

<table>
<tr><td colspan="4" style="background:yellow">

**ANNEX A TO COMPLAINT**

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices**

(As of 30 September 2022)

</td></tr>
</table>

| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| | | | D. As of the date stated above, has not paid this invoice. |
| ¶ 18.D | (1) 19-1203-001 (2) 3 Dec 2019 (3) 7 Dec 2019 | $5,793.37 | 1. <u>Period Covered</u>: 17 December 2018-25 July 2019<br><br>2. <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between December 2019 and August 2022; and<br><br>D. As of the date stated above, has not paid this invoice. |
| ¶ 18.E **Total Iraq Delinquency in Payment of MLG Group E-1 Incurred Expense Invoices** | | **$266,690.14** | |
| colspan="4" style="background:yellow" | **MLG Invoice Group E-2 (Presented 22 December 2019)** | | |
| Complaint ¶ # | MLG Invoice (1) No. (2) Date | Invoice Amount Due | **Further Factual Allegations** |

## ANNEX A TO COMPLAINT

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices**

(As of 30 September 2022)

| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| | (3) Presentment Date | | |
| ¶ 18.F | (1) 19-1219-001 (2) 19 Dec 2019 (3) 22 Dec 2019 | $3,791.40 | 1. Period Covered: 13-18 December 2019 <br><br> 2. Further Factual Allegations: <br><br> As of the date stated above, Iraq has not: <br><br> A. Objected to this invoice; <br><br> B. Taken any issue with any of the expenses stated on this invoice; or <br><br> C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between April 2019 and August 2022; and <br><br> D. As of the date stated above, has not paid this invoice. |
| ¶ 18.G **Total Iraq Delinquency in Payment of MLG Group E-2 Incurred Expense Invoices** | | $3,791.40 | |
| **MLG Invoice Groups E-1 and E-2** **(Total of Incurred Wye Oak Litigation Delinquent Expense Invoices Presented in 2019)** | | | |
| ¶ 18.H **MLG Invoice Group E-1 and** | | **$270,481.54** | |

A-4

| ANNEX A TO COMPLAINT<br><br>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices<br><br>(As of 30 September 2022) | | | |
|---|---|---|---|
| Complaint ¶ # | MLG Invoice<br>(1) No.<br>(2) Date<br>(3) Presentment Date | Invoice Amount Due | 1. Period Covered;<br>2. Further Factual Allegations |
| E-2 Delinquent Incurred Expense Invoices Total | | | |
| MLG Invoice Group E-3<br>(Delinquent MLG Wye Oak Litigation Incurred Expense Invoices Presented in 2020) | | | |
| Complaint ¶ # | MLG Invoice<br>(1) No.<br>(2) Date<br>(3) Presentment Date | Invoice Amount Due | Further Factual Allegations |
| ¶ 18.I | (1) 20-1228-001<br>(2) 28 Dec 2020<br>(3) 29 Dec 2020 | $5,649.02 | 1. Period Covered:<br>1 January 2020-28 December 2020<br><br>2. Further Factual Allegations:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice. |

<table>
<tr><td colspan="4" style="background-color:yellow"><b>ANNEX A TO COMPLAINT</b><br><br><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices</b><br><br>(As of 30 September 2022)</td></tr>
</table>

| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| | | | E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.J | (1) 20-1230-001(E) (2) 30 Dec 2020 (3) 30 Dec 2020 | $7,518.00 | 1. Period Covered: 2 October 2019<br><br>2.  Further Factual Allegations:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.K | | $13,149.02 | |

| ANNEX A TO COMPLAINT | | | |
|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices** | | | |
| (As of 30 September 2022) | | | |
| **Complaint ¶ #** | **MLG Invoice (1) No. (2) Date (3) Presentment Date** | **Invoice Amount Due** | **1. Period Covered; 2. Further Factual Allegations** |
| **Total Iraq Delinquency in Payment of MLG Group E-3 Incurred Expense Invoices** | | | |
| **MLG Invoice Group E-4 (Delinquent MLG Wye Oak Litigation Incurred Expense Invoices Presented in 2021)** | | | |
| **Complaint ¶ #** | **MLG Invoice (1) No. (2) Date (3) Presentment Date** | **Invoice Amount Due** | **Further Factual Allegations** |
| **¶ 18.L** | (1) 21-0807-002 (2) 8 Aug 2021 (3) 8 Aug 2021 | $2,564.04 | 1. <u>Period Covered</u>: 1 January 2021-31 July 2021<br><br>2. <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice. |

**ANNEX A TO COMPLAINT**

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices**

(As of 30 September 2022)

| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| | | | E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.M | (1) 21-1209-002 (2) 9 Dec 2021 (3) 9 Dec 2021 | $1,199.05 | 1. <u>Period Covered</u>: 1 August 2021-24 September 2021<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.N **Total Iraq Delinquency in Payment of** | | **$3,763.09** | None. |

**ANNEX A TO COMPLAINT**

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Iraq and Iraq Non-Objection and Non-Payment of Presented Invoices**

(As of 30 September 2022)

| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
|---|---|---|---|
| **MLG Group E-4 Incurred Expense Invoices** | | | |
| **Total Delinquent MLG Wye Oak Litigation Incurred Expense Invoices** | | | |
| **Sub-¶ # of Complaint Invoice Group #** | **Invoice Group Amount Delinquent** | **Further Factual Allegations** | |
| **¶ 18.O** MLG Invoice Group E-1 | $266,690.14 | None. | |
| **¶ 18.P** MLG Invoice Group E-2 | $3,791.40 | None. | |
| **¶ 18.Q** MLG Invoice Group E-3 | $13,149.02 | None. | |
| **¶ 18.R** MLG Invoice Group E-4 | $3,763.09 | None. | |
| **¶ 18.S Total Iraq Delinquency in Payment of MLG Wye Oak Litigation Expense Invoices** | <u>**$287,393.65**</u> | None. | |

**MLG Invoice Groups F-1 through F-3 Delinquent MLG Wye Oak Litigation Fee Invoices (Presented 2019-2021)**

| MLG Invoice Group F-1 (Presented 22-28 December 2019) | | | |
|---|---|---|---|
| Complaint ¶ # | MLG Invoice (1) No. (2) Date (3) Presentment Date | Invoice Amount Due | 1. Period Covered; 2. Further Factual Allegations |
| **¶ 18.T** | (1) 19-1220-001 (2) 20 Dec 2019 | $52,245.00 | 1. <u>Period Covered</u>: 5 March 2018-2 June 2018 |

A-9

| | (3) 22 Dec 2019 | | 2.  Further Factual Allegations: |
|---|---|---|---|
| | | | As of the date stated above, Iraq has not: |
| | | | A. Objected to this invoice; |
| | | | B. Taken any issue with any of the expenses stated on this invoice; or |
| | | | C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and |
| | | | D. As of the date stated above, has not paid this invoice. |
| | | | E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.U | (1) 19-1220-002 (2) 20 Dec 2019 (3) 23 Dec 2019 | $790,182.50 | 1. Period Covered: 3 June 2018 through 25 September 2018 |
| | | | 2.  Further Factual Allegations: |
| | | | As of the date stated above, Iraq has not: |
| | | | A. Objected to this invoice; |
| | | | B. Taken any issue with any of the expenses stated on this invoice; or |
| | | | C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and |
| | | | D. As of the date stated above, has not paid this invoice. |

| | | | E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
|---|---|---|---|
| ¶ 18.V | (1) 19-1223-001 (2) 23 Dec 2019 (3) 24 Dec 2019 | $609,204.50 | 1. <u>Period Covered</u>: 26 September 2018-31 December 2018<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.W | (1) 19-1225-001 (2) 25 Dec 2019 (3) 26 Dec 2019 | $678,596.50 | 1. <u>Period Covered</u>: 1 January 2019-31 March 2019<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this |

| | | | |
|---|---|---|---|
| | | | invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| **¶ 18.X** | *Original Inaccurate*<br>(1) 19-1226-001<br>(2) 26 Dec 2019<br>(3) 27 Dec 2019 | $561,498.00 | 1. <u>Period Covered</u>:<br>1 April 2019-30 June 2019<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| **¶ 18.Y** | (1) 19-1227-001<br>(2) 27 Dec 2019<br>(3) 27 Dec 2019 | $313,824.00 | 1. <u>Period Covered</u>:<br>1 July 2019-30 September 2019<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice; |

| | | | |
|---|---|---|---|
| | | | B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.Z | (1) 19-1228-001<br>(2) 28 Dec 2019<br>(3) 28 Dec 2019 | $67,618.00 | 1. <u>Period Covered</u>:<br>1 October 2019-25 November 2019<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.AA<br>**Total Iraq Delinquency in Payment of** | | **$3,073,150.50** | |

A-13

| MLG Group F-1 Incurred Fees Invoices | | | |
|---|---|---|---|
| **MLG Invoice Group F-2 (Presented 27-31 December 2020)** | | | |
| **Complaint ¶ #** | **MLG Invoice (1) No. (2) Date (3) Presentment Date** | **Invoice Amount Due** | **1. Period Covered; 2. Further Factual Allegations** |
| **¶ 18.AB** | (1) 20-1226-001 (2) 26 Dec 2020 (3) 27 Dec 2020 | $111,287.50 | 1. Period Covered: 26 November 2019-31 December 2019<br><br>2.  Further Factual Allegations:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| **¶ 18.AC** | (1) 20-1227-001 (2) 27 Dec 2020 (3) 27 Dec 2020 | $36,410.00 | 1. Period Covered: 1 January 2020-31 March 2020<br><br>2.  Further Factual Allegations:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or |

| | | | |
|---|---|---|---|
| | | | C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.AD | (1) 20-1230-002<br>(2) 30 Dec 2020<br>(3) 30 Dec 2020 | $144,370.00 | 1  <u>Period Covered</u>:<br>1 April 2020-30 June 2020<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.AE | *Inaccurate Original*<br>(1) 20-1230-001<br>(2) 31 Dec 2020<br>(3) 30 Dec 2020 | $126,097.00 | 1. <u>Period Covered</u>:<br>1 July 2020-30 September 2020<br><br>2.  <u>Further Factual Allegations</u>: |

| | *Corrected*<br>-(1) 20-1230-001(F)(corr)<br>(2) 31 Dec 2020<br>(3) 2 Feb 2021 | | As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
|---|---|---|---|
| ¶ 18.AF | (1) 20-1231-002<br>(2) 31 Dec 2020<br>(3) 31 Dec 2020 | $79,797.00 | 1. <u>Period Covered</u>:<br>1 October 2020-30 December 2020<br><br>2.  <u>MoJ Request for Clarification and MLG Response, dated 29 June 2021</u>.<br><br>A. MoJ made the following request for clarification concerning the following aspects of this invoice by email dated 29 June 2021:<br><br>Subject: Fees<br><br>"I would like to clarify that, we noticed through auditing the invoice of fees for period 2/9/2020 – 31/12/2020,  the hourly rates of your submitted services is the same as the assistants (Mr. Ben Dimuro & Mr. Jonathan Mook ). I hope you clarify that."<br><br>*See* true and correct extract of email communication, Complaint Annex B at ¶ 21.AA. |

B. MLG responded by email dated 29 June 2021:

"Today we received the below email from your Ministry's legal department belatedly claiming that there is some issue with the hourly rate of $650 for our co-counsel Mr. Ben DiMuro and Mr. Jonathan Mook on the Mills Law Group invoices for services provided in 2020 in defense of Iraq and the Ministry of Defense (MoD) in the *Wye Oak* litigation.

This assertion is entirely meritless (*see* footnote, below), and is in complete bad faith, made only for the purpose of MoJ and Iraq attempting to illegally further delay MoJ's gravely delinquent payment in full of our invoices for $3,854,742.56 – plus interest of more than $300,000, plus attorneys fees and costs of litigation – by tomorrow, 30 June 2021 (as we have demanded advised you).

                    *     *     *

Footnote:  In signing the MoJ-Mills Law Group engagement letter (dated 25 March 2021), MoJ agreed to the following provision:  "Billing rates for other partners [partners other than Mr. Mills] range between $450 and $650 per hour."  Attorneys Mr. Dimuro and Mr. Mook are senior partners who have the same experience level as Mr. Mills, and each served as co-counsel to Mr. Mills (*not* as juniors) in the Wye Oak litigation.  Furthermore, the $650 hourly rate for partners Mr. Mills, Mr. Dimuro and Mr. Mook is *per se* reasonable, being less than the hourly rate for partners that the Court already recognized as reasonable during the Court consideration of the reasonableness of the hourly rates of Wye Oak's counsel (*i.e.*, hourly rates that were $800 or more).

| | | | |
|---|---|---|---|
| | | | *See* true and correct extract of email communication, Complaint Annex B at ¶ 21.AB.<br><br>3.  Thereafter, Iraq did not communicate any further concerning this invoice. Specifically, Iraq did not:<br><br>A. Reply to MLG's 29 June 2021 response;<br><br>B.  Request any further clarifications or make any further inquiries with respect to this invoice; or<br><br>C.  Object to this invoice.<br><br>4.  As a matter of law:<br><br>A.  The MoJ request for clarification was made *six months* after MLG presented the invoice to Iraq. Iraq did not make the inquiry within a reasonable time after the 31 December 2020 date of presentment. Pursuant to the Engagement Agreement, Invoice payment was due on 1 March 2021 -- 60 days after the presentment date;<br><br>B.  Iraq's request for clarification does not constitute a legally-cognizable objection to the invoice under District of Columbia on account stated law;<br><br>C.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| **¶ 18.AG**<br>**Total Iraq Delinquency in**<br>**Payment of**<br>**MLG Group F-2 Incurred**<br>**Fees Invoices** | | **$497,961.50** | |
| **MLG Invoice Group F-3 (Presented 8 Aug 2021-9 December 2021)** | | | |
| **Complaint**<br>**¶ #** | **MLG Invoice**<br>**(1) No.** | **Invoice**<br>**Amount Due** | **1. Period Covered;**<br>**2. Further Factual Allegations** |

| | **(2) Date** **(3) Presentment Date** | | |
|---|---|---|---|
| ¶ 18.AH | (1) 21-0807-001 (2) 7 Aug 2021 (3) 8 Aug 2021 | $120,001.00 | 1. <u>Period Covered</u>: 1 January 2021-31 July 2021 <br><br> 2. <u>Further Factual Allegations</u>: <br><br> 3. <u>MoJ email dated 8 December 2021</u>: <br><br> A. On 8 December 2021 (four (4) months after MLG presented this invoice to MoJ), MoJ commented: <br><br> "Reference to your email dated 8th of August 2021 <br><br> Your invoice of fees no. (21-0807-001) have been audited. I have noted that the amount of the invoice is very high and the only work on the case was to review the summary of Wye Oak appeal, the draft response and correspondence regarding the revised attorney time summaries. <br><br> Accordingly, we suggest that you reduce the amount of the invoice so that we can proceed with payment procedures." <br><br> *See* Annex B to the Complaint at ¶ 21.AK (true and correct extract of MoJ email). <br><br> B.  On 14 December 2021, Mills Law Group contested MoJ's contentions as follows: <br><br> "I acknowledge receipt of the 8 December 2021 communication by MoJ Legal Department Director General Hanan Nisaef by which Your Ministry has repudiated its legally-enforceable contractual obligations to pay the above-referenced Mills Law Group invoice (the "Invoice") *as presented*. |

First, DG Nisaef's communication constitutes nothing more than an unprofessional, meritless invitation for Mills Law Group to negotiate against ourselves as though we are in a souk and bargaining over an unpriced toy.  We decline to participate in such improprieties.

<center>*   *   *</center>

Second, the reason communicated by DG Nisaef for MoJ not proceeding to pay the above-referenced invoices is devoid of any merit, and, thus, completely pretextual.  *All* of the legal services we provided in the *Wye Oak* case between [the invoice period of] 1 January 2021 and 31 July 2021 were provided at the express request and authorization – and under the supervision of – the successor lead counsel appointed by MoJ for the Wye Oak case (the attorneys of Cleary Gottlieb).  As a matter of applicable law, MoJ's appointment of Cleary Gottlieb – and MoJ's instructions to us to fully cooperate with Cleary Gottlieb as *Wye Oak* lead counsel – means that *all* of our invoiced legal services, and the extent of our invoiced legal services, were pre-authorized by Iraq.

***Nothing that DG Nisaef now summarily contends or communicates changes this fact.***

***Accordingly payment is full is overdue.***

Third,  Mills Law Group presented the Invoices on 8 August 2021.  By the terms of the controlling Mills Law Group engagement contract with MoJ, MoJ is legally obligated to pay the Invoices by deposit of full payment into the Mills Law Group bank account by not later than sixty (60) days after presentment – in this instance, by not later than 7 October 2021.

<center>A-20</center>

Iraq (through the inactions of your Ministry) has materially breached its contractual payment obligations by: (1) not paying the Invoices in full by [date]; and (2) concocting bad faith excuses for MoJ not paying the Invoices.

Fourth, Iraq (acting through MoJ) continues to be in material breach of obligation to pay *all* Mills Law Group Wye Oak invoices in full –twelve (12) invoices presented in 2019, seven (7) invoices presented in 2020 and four (4) invoices presented in 2021, in all totaling US$4,025,495.65 (four million, twenty-five thousand, four hundred and ninety-five United States dollars and sixty-five cents).

***Iraq (through MoJ) has not paid even one cent of these 23 invoices.***

And, Iraq (through MoJ) has not given Mills Law Group any reason whatsoever for not paying any of the 23 invoices.

\*   \*   \*

Fifth, in light of the foregoing, Iraq (through MoJ) leaves Mills Law Group with no alternative but to sue Iraq for our fees and expenses in the United States District Court for the District of Columbia.

Accordingly, unless Iraq (through MoJ) gives us a good reason not to sue – by now paying the 23 invoices in full – we will see Iraq in Court."

(Emphasis in original.)

*See* Annex B to the Complaint at ¶ 21.AN (true and correct extract of MLG email).

| | | | |
|---|---|---|---|
| | | | 3.  Thereafter, Iraq did not communicate any further concerning this invoice. Specifically, Iraq did not:<br><br>A. Reply to MLG's 14 December 2021 response;<br><br>B.  Request any further clarifications or make any further inquiries with respect to this invoice; or<br><br>C.  Specifically object to invoice entry or to any particular amount of this invoice.<br><br>4.  As a matter of law:<br><br>A.  The MoJ comment was made *four months* after MLG presented the invoice to Iraq. Iraq did not make the inquiry within a reasonable time after the 8 August 2021 date of presentment. Pursuant to the Engagement Agreement, Invoice payment was due on 7 October 2021 -- 60 days after the presentment date;<br><br>B.  Iraq's request for clarification does not constitute a legally-cognizable objection to the invoice under District of Columbia on account stated law;<br><br>C.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
| ¶ 18.AI | (1) 21-1209-001<br>(2) 9 Dec 2021<br>(3) 9 Dec 2021 | $46,989.00 | 1. <u>Period Covered</u>:<br>1 August 2021-5 October 2021<br><br>2.  <u>Further Factual Allegations</u>:<br><br>As of the date stated above, Iraq has not:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or |

| | | | C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E.  Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. |
|---|---|---|---|
| **¶ 18.AJ**<br>**Total Iraq Delinquency in Payment of**<br>**MLG Group F-3 Incurred Fees Invoices** | **$166,990.00** | | |
| <div align="center">**Total Delinquent MLG Wye Oak Litigation Incurred Fees Invoices**</div> | | | |
| **¶ 18.AK**<br>MLG Invoice Group F-1 | $3,073,150.50 | | |
| **¶ 18.AL**<br>MLG Invoice Group F-2 | $497,961.50 | | |
| **¶ 18.AM**<br>MLG Invoice Group F-3 | $166,990.00 | | |
| **¶ 18.AN**<br>**Total Iraq Delinquency in Payment of MLG Wye Oak Litigation Fees Invoices** | **$3,738,102.00** | | |
| <div align="center">**Grand Total: Delinquent MLG Wye Oak Litigation Expense and Fees Invoices**<br>**(Presented in 2019, 2020 and 2021)**</div> | | | |
| **¶ 18.AO**<br>Total Iraq Delinquency in Payment of MLG Invoice Groups E-1, E-2, E-3 and E-4 Wye Oak Litigation Expense Invoices | $287,393.65 | | |
| **¶ 18.AP**<br>Total Iraq Delinquency in Payment of MLG Invoice Groups F-1, F-2 and F3 Wye Oak Litigation Fees Invoices | $3,738,102.00 | | |
| **¶ 18.AQ** | **$4,025,495.65** | | |

| | | |
|---|---|---|
| **Grand Total Iraq Delinquency in Payment of MLG Invoices** | | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| ¶ 21.A<br>12 Oct 2019 | TO:<br>MoJ<br><br>FM:<br>MLG | MLG Invoices constituting MLG Invoice Group E-1 **/ | MLG email presentment of MLG Invoice Group E-1 invoices for *Wye Oak* incurred litigation expenses paid by Mills Law Group on behalf of Iraq during period of March 2018-September 2019, totaling $266,690.14. | MoJ email dated 24 Oct 2019 (¶ 21.B, *infra*) |
| ¶ 21.B<br>24 Oct 2019 | TO:<br>MLG<br><br>FM:<br>MoJ | MLG Invoices constituting MLG Invoice Group E-1 | Subject: MLG Wye Oak Litigation Expense Invoices<br><br>"May I ask your good self to provide me with the receipts of mentioned services in your invoices No. (19-100901) (19-100902) and (19-100903) including the fees of court. More of that I hope you inform me the cause of include the experts fees of Wye Oak | MLG email Dated 7 Dec 2021 (¶ 21.C, *infra*) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | Company within the invoices that Iraqi side have to bear it. | |
| | | | Thank you for your cooperation." | |
| ¶ 21.C 7 Dec 2019 | TO: MinJus MoJ FM: MLG | MLG Invoice Group E-1 | Subject: Mills Law Group – Wye Oak Matter: Submission of Corrected Invoices and Additional Invoice, Supporting Expense Documentation "We are pleased to submit the requested documentation evidencing our the expenses incurred on behalf of the Republic of Iraq and the Ministry of Defense in our defense of the U.S. Wye Oak litigation, which we have invoiced on Mills Law Group Invoice Nos.: (1) 19-1009-01 (corrected by | From MLG presentment of MLG Invoice Group E-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | Invoice No. 19-1009-01C, attached); (2) 19-1009-02 (corrected by Invoice No. 19-1009-02C, attached); (3) 19-1009-03 (corrected by Invoice No. 19-1009-03C, attached); and (4) 19-1203-01, attached.<br><br>During the review process, we found that certain errors were made in Invoices 19-1009-01, 19-1009-02 and 19-1009-03, resulting in understatement of our expenses.  We have provided a detailed explanation of each correction in the notes accompanying this submission (immediately below). | included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

B-3

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
|  |  |  | The total corrected expense invoice balance of $266,690.14 is due.  We respectfully urge that payment be made within the next 10 business days – that is, by not later than 16 December 2019.<br><br>\*   \*   \*<br><br>You have asked for explanation of the reason why Defendants Iraq and MoD were required to pay the fees of Wye Oak's experts that Defendants deposed.<br><br>The Federal Rules of Civil Procedure and case law thereunder require that a |  |

B-4

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | litigant party who deposes the expert of the other side is obligated to pay the reasonable fees of the expert incurred by the expert in preparing to testify at deposition and for the time being examined during the deposition.<br><br>The payments to Wye Oak's experts included on our invoices reflect Defendants' Iraq and MoD's fulfillment of this legal obligation."<br><br>**ATTACHMENTS**<br><br>Memorandum (pdf) | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | 1A.     Corrected Invoice 19-1009-01C (corrected to accurately reflect total expenses of $153,373.35 instead of the inaccurate total of $141,680.35) 1B.     Expense documentation <br><br>2A.     Corrected Invoice 19-1009-02C (invoice balance due corrected from inaccurately stated $9,162.52 to $17,482.18) 2B.     Expense documentation <br><br>3A.     Corrected Invoice 19-1009-03C (correction of understatement of $6,498.46 in incurred expenses; invoice total corrected from erroneous $233,542.78 to $240,041.24) | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | 3B.    Expense documentation<br><br>4A.    Invoice 19-1203-01 ($5,793.37 in additional Wye Oak litigation expenses incurred between 17 Dec 2018 and 25 July 2019)<br>4B.    Expense documentation<br><br>**Corrected invoices**<br>**19-1009-01C**<br>**19-1009-02C**<br>**19-1009-3C**<br>**19-1203-01**<br>**Grand total: $266,690.14** | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| ¶ 21.D 19 Dec 2019 | TO: MoJ<br><br>FM: MLG | MLG Invoice constituting MLG Invoice Group E-2 **/ | MLG email presentment of MLG Invoice Group E-2 invoice for *Wye Oak* incurred litigation expenses paid by Mills Law Group on behalf of Iraq during period of October 2019-December 2019, totaling $3,791.40. | From MLG presentment of MLG Invoice Group E-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including: (1) no questions; |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | | (2) no objections; (3) no exceptions; and (4) no disputes whatsoever |
| ¶ 21.E<br>22-28 Dec 2019 | TO:<br>MoJ<br><br>FM:<br>MLG | MLG Invoices constituting MLG Invoice Group F-1 **/ | MLG email presentment of MLG Invoice Group F-1 invoices for *Wye Oak* incurred litigation fees during period of 5 March 2018-25 November 2019 totaling $3,073,150.50. | From MLG presentment of MLG Invoice Group F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice |

ANNEX B TO COMPLAINT

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | | included in MLG Invoice Group E-1, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever |
| ¶ 21.F 7 Mar 2020 [recorded by MoJ as received on 8 Mar 2020 owing to time zone differences] | TO: MinJus MoJ  FM: MLG | MLG Invoice Groups E-1, E-2, F-1 | Subject: Wye Oak Case -Payment Inquiry and Demand for Cure: MoJ Delinquency in Payment of Past Due Mills Law Group Invoices (Expenses & Fees)  We urgently request that you advise us immediately of the payment status regarding our outstanding Wye Oak | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office |

| ANNEX B TO COMPLAINT |
|---|
| Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices (as of 30 September 2022) |

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | litigation expense and fees invoices-- which are seriously delinquent, and cure the delinquency by confirming payment at once.<br><br>MoJ has not advised us of the status. We therefore request that MoJ do so by not later than Monday, 8 March 2020.<br><br>We note the following to you:<br><br>Mills Law Group submitted out expense invoices more than 5 months ago, totaling $270,481.54. This is money that we advanced out of our own pockets on behalf of Iraq and | or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to**
**Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and**
**Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | Ministry of Defense on the strength of contractual commitments that we will be paid within 60 days of presentation of invoices.  MoJ has not made any payment, nor made any commitment to pay.<br><br>Mills Law Group submitted our fee invoices to the Ministry in December 2019, totaling $3,073,150.50 – more than 2 full months ago. MoJ's payment of these fee invoices also is seriously past due and now delinquent.  Again, MoJ has not made any payment, nor made any commitment to pay.<br>. | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | We look forward to receiving the Ministry's response – including Your Excellency's written confirmation that the Ministry will pay all of our outstanding invoices forthwith – by this coming Monday, 9 March 2020. | |
| ¶ 21.G 1 May 2020 | MinJus MoJ LA AMB  FM: MLG | MLG Invoice Groups E-1, E-2, F-1 | Subject:  TOP URGENT ACTION REQUESTED BY THE MINISTER OF JUSTICE, OFFICE OF THE PRIME MINISTER: Wye Oak Case -- Payment of $3,395,018.39 in Gravely Delinquent Mills Law Group Invoices by not later than Monday, 11 May 2020  "First, we wish and pray that you, your families and loved ones are | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | healthy, and especially that all will remain free of COVID-19 illness.<br><br>**Second, We write to ask that His Excellency the Minister of Justice Farooq Amin Shawni, the Legal Consultation Bureau and the Office of the Prime Minister immediately take all actions necessary to cause immediate payment to be made by Iraq the gravely delinquent Mills Law Group invoices for expenses and fees (referenced above) and for expeditious payment to be made of our attached expense invoice 2020-0430-001 for translation fees and legal research costs.** | objecting to or contesting any invoice included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | *All of us here (that is, Mills Law Group and its supporting co-counsel of the law firm DiMuro Ginsberg, P.C., as well as the supporting English-language translators from Ms. Ghada Attieh's small business translation firm Beyond Words LLC) are being gravely financially harmed and affected by Iraq's egregious failure to pay our invoices in accordance with the Mills Law Group-Ministry of Justice Engagement Agreement (which provides that Iraq will pay our invoices by not later than 60 days after presentment).* | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | We therefore most urgently ask that:<br><br>1. Each of you confirm receipt of this correspondence;<br><br>2. As a matter of top urgency, HE Minister of Justice and the Office of the Prime Minister, up to and including HE the Prime Minister, immediately take all actions necessary to pay our invoices forthwith, such that invoice payments reach us by not later than Monday, 11 May 2020; and | |

| ANNEX B TO COMPLAINT |
|---|
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices** (as of 30 September 2022) |

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | **3. HE the Minister of Justice and the Office of the Prime Minister report to us, by reply email, the urgent actions that are being taken to ensure that we will be paid by not later than Monday, 11 May 2020.”**<br><br>(Emphasis in original.) | |
| ¶ 21.H<br>12 May 2020 | TO:<br>MLG<br><br>FM:<br>MoJ | MLG Invoice Groups E-1, E-2, F-1 | Subject: Re Wye Oak Case<br><br>“Reference to your email dated on 8th March 2020<br><br>I would like to inform you that , your fees has been presented before the high authorities and I will inform you about their instruction later.” | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present (“as of” date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | | or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |
| ¶ 21.I<br>14 June 2020 | TO:<br>MinJus<br>MoJ<br>LA<br>AMB | MLG Invoice Groups E-1, E-2, F-1 | **Subject:** VERY TIMELY ACTION REQUIRED: | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | FM:<br>MLG | | . . . (3) Necessity to Receive Payment Now of Delinquent Mills Law Group Wye Oak Invoices: $3,395,018.39<br>>> Wye Oak Litigation Expenses (Advanced in Cash by Mills Law Group): $272,192.89<br>>> Fees (March 2018-November 2019): $3,122,825.50<br><br>"We previously communicated with His Excellency the Minister of Justice and the Office of the Prime Minister during the Abdul Mahdi government concerning this grave delinquency and the grave damage Iraq's delinquency is doing to our law firm and that of our | title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

| | ANNEX B TO COMPLAINT |
| --- | --- |

**Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
| --- | --- | --- | --- | --- |
| | | | co-counsel in the Wye Oak case (DiMuro Ginsberg P.C.). As yet, we have not been paid anything. We have continued to faithfully stand shoulder-to-shoulder with Iraq and MoD. **We must receive payment now.  Please take all steps necessary to immediately remit $500,000 within the next several days and the balance within 2 weeks (by 28 June 2020).** | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | Please confirm to us at once, by reply email, that you are doing so."<br><br>(Emphasis in original.) | |
| ¶ 21.J<br>27 June 2020 | TO:<br>MoJ<br>SA<br>AMB<br><br>FM:<br>MLG | MLG Invoice Groups E-1, E-2, F-1 | **Subject: URGENT ACTION REQUIRED (SECOND REQUEST): Wye Oak Litigation: Defendants' Iraq and MoD Forthcoming Opposition to Wye Oak Attorneys Fees Application: . . . (2) Payment Now of Delinquent Invoices ($3,395,018.39)**<br><br>"Please confirm by reply email that you have received this email in good order and that you are taking all actions necessary to cause the funds | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | mentioned herein to be remitted to us forthwith.<br><br>We write to most strongly request that Iraq to immediately remit to us, as a matter of utmost urgency:<br><br>\*   \*   \*<br><br>**2.  Payment by Iraq to this Law Firm Now of the Gravely Delinquent Unpaid Mills Law Group Invoice Balance of $3,395,018.39:**<br>>>Wye Oak Litigation Expenses (Advanced in Cash by Mills Law Group): $272,192.89; | included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | >>Fees (March 2018-November 2019): $3,122,825.50<br><br>We reported to you in our 14 June 2020 email that: "We previously communicated with His Excellency the Minister of Justice and the Office of the Prime Minister during the Abdul Mahdi government concerning this grave delinquency and the grave damage Iraq's delinquency is doing to our law firm and that of our co-counsel in the Wye Oak case (DiMuro Ginsberg P.C.).  As yet, we have not been paid anything." | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | We also have not received any reply concerning this matter either. **It is essential for us to receive a partial payment of approximately one half of this amount within the next 10 calendar days, and payment in full within the next 21 calendar days.**<br><br>*   *   *<br><br>We look forward to receiving your confirmation that the funds will be remitted as a matter of urgency."<br><br>(Emphasis in original.) | |
| **¶ 21.K**<br>9 July 2020 | TO:<br>MinJus; LA; MoJ | MLG Invoice<br>Groups E-1, E-2, | Demand for "Payment Now of Delinquent Invoices ($3,395,018.39)": | MoJ email of 19 July<br>2020 (**¶ 21.K,** *infra*) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | CC: (Info): Ambassador  FM:  MLG | F-1 | "We now write again, for the third time within the last 24 days, as a matter of utmost top urgency, to warn, without any exaggeration whatsoever, that **very grave harm will come to Iraq** in the Wye Oak litigation – in the form of an additional judgment for attorneys fees in the range of up to $50 million (fifty-million dollars) – if the Ministry of Justice and Iraq fails to immediately transfer to us:  *   *   *  Payment of $3,395,018.39 – which is the entirety of the Mills Law Group invoices for Wye Oak fees and | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including: |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | expenses.  The $3,395,018.39 is gravely delinquent. Under the terms of our engagement agreement with the Ministry of Justice, payment was due should have been made an exceptionally long time ago." (Emphasis in original.) | (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever |
| ¶ 21.L 19 July 2020 | TO: MLG FM: MoJ CC: MinJus LA | MLG Invoice Groups E-1, E-2, F-1 | Subject: Re: . . . UTMOST URGENT ACTION STILL NEEDED TO AVOID VERY GRAVE HARM TO IRAQ: . . .  (2) Payment Now of Delinquent Invoices ($3,395,018.39); (3) Retainer Funds  *   *   * | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | AMB | | "With respect to your fees, a committee has been set up to review the fees. As you can imagine, the fees are very high and the relevant existing teams do not have the authority to approve the payments. We will revert to you shortly." | or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |
| ¶ 21.M<br>27 July 2020 | TO:<br>MinJus; LA; MoJ<br>CC: (Info):<br>Ambassador | MLG Invoice Groups E-1, E-2, F-1 | --Immediate Cure of Delinquent Invoices ($3,395,018.39); and<br>--Immediate Retainer Remittance ($150K) for Continuing Legal Services: | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | FM: MLG | | "On 19 July 2020 we received MoJ Legal Department Director General Hanan Nisaef's response to the urgent need for Iraq and MoD to immediately remit to us: . . . (2) full payment of the $3,395,018.39 owing on our Wye Oak expense and legal fees invoices – which is egregiously delinquent and must be paid now to enable us to continue to defend Iraq and MoD in the Wye Oak litigation; and (3) full payment of the $150,000 retainer that has been due and owing since 2019, and also is egregiously delinquent. <br><br>  *    *    * | title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | **To avoid grave harm to the interests of Iraq and MoD, Iraq must make these payments at once.**<br><br>We have repeatedly emphasized in our communications to each of you (Your Excellencies, Prime Minister Legal Advisor Salem Chalabi and MoJ Legal Department DG Hanan Nisaef) that grave harm will result to Defendants Republic of Iraq ("Iraq") and Ministry of Defense ("MoD") in the Wye Oak litigation – particular as to Wye Oak's attorneys fee claim of $31.638,358.19 – if Iraq does not remit these monies to us immediately." | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | (Emphasis in original) | |
| ¶ 21.N<br>15 Aug 2020 | TO:<br>MinJus<br>Moj<br><br>FM:  MLG | MLG Invoice<br>Groups E-1, E-2,<br>F-1 | Follow-up to 27 July 2020 demand for payment of invoices for $272,192.89 in litigation expenses and $3,122,825.50 in Wye Oak litigation fees<br><br>*"On 27 July 2020, we wrote to you again (having also written to you numerous times before) urging Your Excellency to take top urgent immediate action to provide us with resources we need to avoid grave harm to Iraq and MoD in the Wye Oak litigation by defending against the Wye Oak attorneys fees claims of* | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | *$31,638,358.19 and to conduct the appeal of the trial court judgment of $120,742,030.78. Specifically, we informed you that these resources must be provided immediately, or else, as a matter of professional responsibility, we will be compelled to withdraw from representing Iraq and MoD in the litigation:*<br><br>*\*   \*   \**<br>*(b)  Payment of our long-delinquent outstanding invoices for Wye Oak litigation expenses of $272,192.89 that we advanced out of our own pocket;*<br>*(c)  Payment of our long-delinquent outstanding invoices for Wye Oak* | Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | *litigation fees totaling $3,122,825.50 for professional services delivered in the Wye Oak litigation from March 2018 through November 2019 . . . .”*<br><br>(c)    *Depositing into our client trust account retainer money in a minimum amount of $150,000 to cover professional fees and expenses to defend Iraq on a going forward basis*<br><br>*We did not receive any response whatsoever.*<br><br>*    *    * | |

B-32

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | ***You must write to us today with a commitment to take all actions necessary to pay these funds, and <u>must pay all of these funds by Thursday, 20 August 2020 (four banking days from today)</u>.***"<br><br>(Emphasis [italicization and bolding] in original.) | |
| ¶ 21.O<br>2 Sep 2020 | TO: MLG<br>CC: AMB<br>    LA<br><br>FROM: MoJ | MLG Invoice Groups E-1, E-2, F-1 | Subject: Iraq Transfer of Lead Counsel Responsibilities from Mills Law Group to Cleary Gottleib<br><br>". . .[T]he Ministry of Justice is writing to you to inform you that, in light of the current situation relating to | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | the Wye Oak appeal and related matters, it has decided to appoint Cleary Gottlieb Steen & Hamilton as the firm to direct the appeal and other related matters, with you and your colleagues to act in a supporting manner.  One of the reasons is that the Ministry is trying to work out a reasonable fee structure in light of your recent invoices and does not want you to incur any additional exposure.  We ask that you please advise us what your estimate to act to support Cleary Gottlieb would be, so that a firm and detailed engagement letter would be executed with you and | MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | your colleagues (in which a repayment schedule is entered into).<br><br>In light of the above, please urgently coordinate with Andy Bernstein (abernstein@cgsh.com) with respect to the requirements needed to inform the court accordingly.<br><br>With respect to the fees issue, the team is working with the auditing authorities to complete the audit.  As you know, the amount is significant and the fees relate to a long period." | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| ¶ 21.P 15 Oct 2020 | MinJus MoJ LA | MLG Invoice Groups E-1, E-2, F-1 | SUB:    **Mills Law Group Gravely Delinquent Wye Oak Invoices:** (1) Request for Immediate Status Report re Delinquent Approval Action by Higher Authority; (2) Continued Demand for Payment: Litigation Expenses (Advanced in Cash by Mills Law Group): $ 272,192.89 Fees (March 2018-November 2019): $3,122,825.50 **Total:  $3,395, 018.39** **We write to: (1) request your immediate report on the status of the Higher Authority's action to** | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including: (1) no questions; |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | **approve payment of the above-referenced gravely delinquent Mills Law Group Wye Oak invoices; and (2) demand Iraq's forthwith approval and payment of the entirety of the above-referenced invoices.** **Despite our numerous requests for approval and demand for payment that we have made since January 2020, not one cent have been paid, and we have been kept largely in the dark. We must be informed at once of: (1) the status of approval for payment of each of our invoices; and (2) exactly when MoJ will pay** | (2) no objections; (3) no exceptions; and (4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | **each of our invoices.  We also must receive payment forthwith – and in any event by not later than Monday, 21 December 2020.**<br><br>After our numerous demands, finally on 2 September 2020, MoJ Legal Department DG Hanan Nisaef reported to us that "the [unspecified] team is working with the auditing authorities to complete the audit." However:<br><br>1.  As to our incurred cost invoices ($272,192.89), between October-November 2019, DG Hanan Nisaef made several requests to us for | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | supporting documentation and answer to questions about the expenses – which we fully responded to – because our incurred cost invoices were being audited by MoJ at that time. We satisfactorily addressed and resolved all questions MoJ asked. MoJ concluded the audit of our incurred cost invoices, and then failed to take the actions required of MoJ under the MoJ-Mills Law Group engagement agreement to approve and pay our incurred cost invoices.  MoJ should have paid in full the $272,192.89 by the end of January 2020, at the very latest.  See also, further discussion at paragraph A, below; | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | and<br><br>2.  We now understand that beginning in late December 2019 and continuing until most recently, MoJ effectively "sat" on all of our invoices for months, without taking any of the customary actions (including timely commencing and conducting audit of the invoices).<br><br>It is this failure of MoJ to timely act on our invoices – to audit and pay our invoices within 60 days of presentment, as required by the MoJ-Mills Law Group Engagement | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | Agreement, that has caused the breach of payment obligations. See also discussion at paragraph B, below.<br><br>If MoJ had acted on its contractual obligations to us, all of our invoices would have been approved and paid by not later than early March 2020.<br><br>**We have fully and faithfully served Iraq and MoD, to our great financial detriment because the Ministry of Justice (MoJ) has gravely breached its payment obligations.  We expect and demand that our faithfulness to Iraq and MoD be reciprocated now by MoJ** | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | **curing its egregious breach of payment obligations by at once taking all necessary actions to approve and pay the $3,395,018.39.**<br><br>**-\*   \*   \***<br><br>B.     Fee Invoices ($3,122,825.50): In late December 2019 (almost 10 months ago), Mills Law Group completed submitting its fee invoices covering March 2018-November 2019) to MoJ. At the time of submission, MoJ had funds on account to pay these invoices. The MoJ-Mills Law Group engagement agreement includes a payment clause | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | (which MoJ negotiated) that required MoJ to pay our invoices within 60 days of presentment, without exception. MoJ did not take action to audit and approve payment of any of these invoices within the obligatory 60-day period. If MoJ had done so within 60 days as to any of the fee invoices, MoJ would have paid at least some (if not all) of these invoices with then-currently available funds. MoJ's failure to do so caused the period of non-payment to extend into the period of the global collapse of oil prices attributable to the novel coronavirus pandemic, and the Government of Iraq's current financial crisis. | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | We look forward to receiving your immediate confirmation of receipt of this communication, and Iraq's confirmation of: (1) approval of each of our invoices; and (2) payment of each of our invoices by not later than Monday, 21 December 2020."<br><br>(Emphasis in original.) | |
| ¶ 21.Q<br>9 Dec 2020 | TO:<br>MinJus<br>MoJ<br><br>FM: MLG | MLG Invoice Groups E-1, E-2, F-1 | **SUB:  Wye Oak Matter – Mills Law Group LLP:**<br>**(1)  Gravely Delinquent Invoices ($3,395,018.39): Demand for Immediate Payment in Full with No Further Delay;** | From MLG presentment of MLG Invoice Group E-1, E-2 and F-1 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | **(2) Advisement of Forthcoming Present of Invoices Covering December 2019-November 2020**<br><br>"The time has come for the Ministry of Justice to <u>immediately pay in full our law firm's gravely delinquent invoices for fees and expenses in the total amount of $3,395,018.39</u>. <u>This must be done with no further delay</u> – as a matter of top urgency. We cannot wait any longer for payment. <u>We require that Your Excellency confirm immediately that the $3,395,018.39 will be paid to us at once</u>. | MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-1, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | We also advise you that we will present the Ministry of Justice very shortly with our law firm's additional invoices for Wye Oak legal fees and expenses incurred during the period from December 2019 through November 2020.<br><br>Again, we must receive forthwith your confirmation of immediate payment of the $3,395,018.39, by reply email, at once."<br><br>(Emphasis in original.) | |
| ¶ 21.R<br>28-30 Dec 2020 | TO:<br>MinJus<br>MoJ | MLG Invoices Constituting MLG | MLG email presentation of MLG Invoice Group E-3 invoices for *Wye Oak* incurred litigation expenses paid | From MLG presentation of MLG Invoice Group E-3 to MoJ through the |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | Invoice Group E-3 **/ | by Mills Law Group on behalf of Iraq during period of January-December 2020, totaling $13,149.02. | Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group E-3, including: (1) no questions; (2) no objections; and (3) no exceptions; and |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | | (4) no disputes whatsoever |
| ¶ 21.S<br>26-31 Dec 2020 | TO:<br>MinJus<br>MoJ | MLG Invoices Constituting MLG Invoice Group F-2 **/ | MLG email presentment of MLG Invoice Group F-2 invoices for *Wye Oak* incurred litigation fees during period of 26 November 2019-30 December 2020, totaling $497,961.50. | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to**
**Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and**
**Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | | Invoice Group F-2, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever, excepting request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB,** infra, for MLG response) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| ¶ 21.T<br>7 Jan 2021 | TO:<br>MLG<br><br>FM: MoJ | MLG Invoice Groups E-1, E-2, E-3, F-1 and F-2 | Subject: Re: Presentment of Mills Law Group Wye Oak Invoices Nos. 20-1230-001 (Litigation Expert Witness Fees -- Claro Group October 2019: $7,500): 20-1230-002 (Professional Fees during Period 1 April 2020-30 June 2020: $144,370)<br><br>"Reference to your email dated 31st of December 2020<br><br>May I ask your good self to provide me with the following :<br><br>1- The Original and sealed invoice of fees through (DHL) or through Embassy | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions; |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | 2- Submitting the outstanding invoices of fees for the period of Nominating  you as co- counsel by the main attorney Cleary Gottlieb Steen & Hamilton LLP law firm." | (2) no objections; (3) no exceptions; and (4) no disputes whatsoever, excepting request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG response) |
| ¶ **21.U**<br>13 Jan 2021 | TO:<br>MoJ<br><br>FM:  MLG | MLG Invoice Groups E-1, I-2, E-3, F-1 and F-2 | Subject: Mills Law Group LLP: (1) Acknowledgement of MoJ Request for Sealed Hard-Copy Set of Outstanding Mills Law Group Wye Oak Invoices; | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | (2) Request for Federal Express Address for Ministry of Justice<br><br>We acknowledge receipt of your 7 January 2021 email (immediately below).<br><br>1.  *Please provide immediately, by reply email, the Federal Express address for the Ministry of Justice.*  We will send the complete hard-copy set of invoices to the Ministry of Justice via Federal Express courier.<br><br>2.   We are in the process of preparing the hard copy (printed out) set of all | stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever, |

| ANNEX B TO COMPLAINT | | | | |
|---|---|---|---|---|
| Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices<br><br>(as of 30 September 2022) | | | | |
| **(1)**<br>**Complaint Sub¶ No. and Date of Communication** | **(2)**<br>**Addressees and Sending Party\*/** | **(3)**<br>**Pertinent Invoices** | **(4)**<br>**Subject/Communication** | **(5)**<br>**Response (if any)** |
| | | | outstanding invoices, each of which we will seal with our law firm's corporate seal and which I also will sign adjacent to the seal.<br><br>3.  We also will identify in our transmittal correspondence our fees that pertain to the period in which we were acting as co-counsel (instead of lead counsel) to the attorneys of Cleary Gottlieb (CG).<br><br>(Please note that our presented electronic invoices (*i.e.*, those presented by email in pdf format) constitute our original invoices, appropriately presented to the | excepting request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG response) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | Ministry of Justice consistent and in accordance with the provisions of the MoJ-Mills Law Group engagement letter for this matter.)<br><br>(Emphasis in original.) | |
| ¶ 21.W<br>18 Jan 2021 | TO:  MLG<br><br>FM:  MoJ | MLG Invoice Groups E-1, I-2, E-3, F-1 and F-2 | Subject: Re: Mills Law Group LLP: (1) Acknowledgement of MoJ Request for Sealed Hard-Copy Set of Outstanding Mills Law Group Wye Oak Invoices; (2) Request for Federal Express Address for Ministry of Justice<br><br>"Reference to your email dated 13th of January 2021, | From MLG presentment of MLG Invoice Groups E-1, E-2, E-3, F-1 and F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
|  |  |  | I would like to inform you the address of our department is :- <br><br>Iraq - Baghdad – Al-Salhia – Haifa Street – Ministry of Justice building- Legal Department ( phone Number 07709999262) . <br><br>Thank you for your cooperation." | Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including: <br>(1) no questions; <br>(2) no objections; <br>(3) no exceptions; and <br>(4) no disputes whatsoever |
| ¶ 21.V<br>24 Jan 2021 | TO:<br>MoJ<br><br>FM:<br>MLG | MLG Invoice Groups E-1, E-2, E-3, F-1 and F-2 | SUB:   Outstanding Mills Law Group *Wye Oak* Invoices Submitted in 2019 and 2020:<br>(1)  Provision of Hard-Copy, Sealed, Signed Outstanding Mills Law Group Invoices | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | (2)  Identification of Invoiced Fees as Co-Counsel in the Matter (Effort on and after 2 September 2020)<br>(3) Submission of Corrected Fee Invoice 20-1230-001(F)(corr)<br><br>In response to your email of 7 January 2020, I am pleased to advise you that on 18 January 2020, we have provided the Ministry of Justice, in accordance with the request, with the following items via Federal Express parcel with a scheduled delivery date of Thursday, 28 January 2020 (see attached FedEx receipt): | communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever, excepting request for clarification of hourly |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | 1.  A set of hard-copy, sealed and signed outstanding Mills Law Group LLP Wye Oak invoices that we previously presented to the Ministry of Justice by email in 2019 and 2020 pursuant to the terms of the MoJ-Mills Law Group Wye Oak engagement letter, accompanied by an index that recaps: (i) each such previously submitted Mills Law Group invoice; and (ii) **the total amount due of $3,854,742.56**, consisting of $3,343,632.04 that is egregiously past due for the Mills Law Group invoices for the Wye Oak matter we presented in 2019, and $511,110.52 for the Mills | rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB,** infra, for MLG response) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | Law Group invoices for the Wye Oak matter that we presented in 2020;<br><br>2.   A break-out of the Wye Oak appeal fees incurred as co-counsel to Cleary Gottleib (CG) from the date you notified us CG would become lead counsel (2 September 2020) through 31 December 2020.  We incurred a total of $148,976.00 in fees.  Our effort and our fees for this period are detailed on:<br><br>-(a)  Mills Law Group Invoice No. 20-1230-001(F)(corr), which covers the period 1 July 2020 through 30 September 2030.  (We served as lead | |

B-58

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | counsel from 1 July 2020 through 1 September 2020, and as co-counsel during the period from 2-30 September 2020.<br><br>The legal fees for effort during the covered co-counsel period of 2-30 September 2020 are $69,179.00; and<br><br>(b)  Mills Law Group Invoice No. 20-1231-002, which covers the period 1 October 2020-30 December 2020.<br><br>The legal fees for this period total $79,797.21. | |

| | | | | |
|---|---|---|---|---|
| **ANNEX B TO COMPLAINT**<br><br>**Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**<br>**(1) All Presented Invoices and Payment Demands, and**<br>**(2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 30 September 2022) | | | | |
| **(1)**<br>**Complaint Sub¶ No. and Date of Communication** | **(2)**<br>**Addressees and Sending Party\*/** | **(3)**<br>**Pertinent Invoices** | **(4)**<br>**Subject/Communication** | **(5)**<br>**Response (if any)** |
| | | | 3.  Corrected Mills Law Group Invoice No. 20-1230-001(F)(corr) for fees incurred during the period 1 October 2020-30 December 2020.  The corrected invoice replaces Mills Law Group Invoice No. 20-1230-001, which we presented to the Ministry of Justice by email on 31 December 2020.  *See* attached corrected invoice, filename: mlg-imoj wye oak invoice 20-1230-001(F)(corr) (1jul20-30sep20) $126,097.00 fc31dec20.<br><br>We discovered and corrected an arithmetic error in multiplication of timekeeper R Moore's accurately- | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | recorded time (13.70 hours) time by his accurately-stated hourly rate ($200).  The correct total for his fees is $2,740.21.  The erroneous total was $1,507.21.<br><br>Accordingly, the correct invoice total is $126,097.00 (stated on corrected Invoice No. 20-1230-001(F)(corr), instead of the erroneously-stated invoice total of $124,864.00 on Invoice No. 20-1230-001 that we sent to you on 31 December 2020.<br><br>We ask that you correct your records accordingly.  We also apologize for all inconvenience caused by our error. | |

| | ANNEX B TO COMPLAINT | | | |
|---|---|---|---|---|
| | **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:** **(1) All Presented Invoices and Payment Demands, and** **(2) Iraq Failure to Object to Presented Invoices** | | | |
| | (as of 30 September 2022) | | | |
| **(1)** **Complaint Sub¶ No. and Date of Communication** | **(2)** **Addressees and Sending Party\*/** | **(3)** **Pertinent Invoices** | **(4)** **Subject/Communication** | **(5)** **Response (if any)** |
| | | | Please acknowledge by reply email that you have received this correspondence in good order, and, as well, that you have received the hard-copy set of invoices upon delivery to the Ministry of Justice by Federal Express." (Emphasis in original.) | |
| **¶ 21.X** 2 Feb 2021 | TO: MoJ FM: MLG | MLG Fee Invoice # 20-1230-001 (inaccurate) MLG Fee Invoice 20-1230-001(F)-(Corr) | MLG submission of corrected fee invoice 20-1230-001(F)-(Corr) (correcting MLG fee invoice #20-1230-001 presented on 31 Dec 2020) | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | (corrected) | | MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever, excepting request for clarification of hourly rates of DiMuro |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | | Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG response) |
| ¶ **21.Y** 4 Feb 2021 | TO: MLG  FM: MoJ | MLG Invoice Groups E-1, I-2, E-3, F-1 and F-2 | Subject: MoJ Acknowledgment of Receipt of Sealed Hard-Copy MLG Invoices  "I would like to confirm the receipt of your Letter dated 18th of January which send by DHL" | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | | objecting to or contesting any invoice included in MLG Invoice Group F-2, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever, excepting request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | | infra, for MLG response) |
| ¶ 21.Z<br>29 May 2021 | TO:<br>MinJus | MLG Invoice Groups E-1, I-2, E-3, F-1 and F-2 | Subject: Ministry of Justice and Republic of Iraq Grave Delinquency in Payment of Mills Law Group LLP *Wye Oak* Invoices ($3,854,742.56):<br>(1) Demand for Payment in Full by Monday, 28 June 2021;<br>(2) Notice of Intent to:<br>(A) Withdraw as Counsel in Wye Oak Case;<br>(B) Sue in U.S. District Court (Washington, D.C.) if Payment in Full Not Made by 28 June 2021<br><br>Your Excellent Ministry and the Government of Iraq has severely | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG |

| ANNEX B TO COMPLAINT<br><br>**Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 30 September 2022) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Complaint Sub¶ No. and Date of Communication** | **(2)**<br>**Addressees and Sending Party\*/** | **(3)**<br>**Pertinent Invoices** | **(4)**<br>**Subject/Communication** | **(5)**<br>**Response (if any)** |
| | | | wronged our law firm, Mills Law Group LLP, through continuous grave breach of Your Excellent Ministry's and the Republic of Iraq's contractual obligation to promptly take all acts necessary to review, approve and pay our invoices for the legal services we provided to Iraq in the *Wye Oak* case during the period March 2018 through the present. ***These invoices now total $3,854,742.56.*** *See* Annex 1, below.[1]  Your Excellent Ministry and | Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever, excepting request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook |

[1] "We presented our Wye Oak invoices to MoJ as follows (*see* Annex 1, below): (a) in October 2019: invoices for unreimbursed litigation expenses incurred between March 2018 and 30 September 2019 totaling $270,481.54: (b) in December 2019: invoices for Wye Oak legal services provided between March 2018 through the end of November 2019 totaling $3,073,150.50; (c) in December

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | Iraq have not made any payment whatsoever, and have not provided any legal reason whatsoever or any explanation why the invoices have not been reviewed, approved and paid.<br><br>"Your Excellent Ministry has not shown any seriousness or commitment to meeting your legal obligation to pay these outstanding invoices. At the same time, the Ministry of Justice (MoJ) has hired another law firm to replace us as lead counsel in the Wye | (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG response) |

---

2020, invoices for unreimbursed expenses incurred between 1 October 2019 and December 2020 totaling $13,149.02 and for legal services delivered between December 2019 and December 2020 totaling $497,961.50."

| | | | ANNEX B TO COMPLAINT | |
|---|---|---|---|---|
| | | | **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices** (as of 30 September 2022) | |
| **(1) Complaint Sub¶ No. and Date of Communication** | **(2) Addressees and Sending Party*/** | **(3) Pertinent Invoices** | **(4) Subject/Communication** | **(5) Response (if any)** |
| | | | Oak litigation, and is also paying that law firm's invoices in full.  As well, MoJ is paying other law firm's invoices.  We will not tolerate this.<br><br>**If we do not receive payment of the $3,854,742.56 by Monday, 28 June 2021, we will:**<br><br>**1.  Immediately take all actions necessary for us to withdraw as counsel in the Wye Oak case;**<br>**2.   Sue in the United States District Court for the District of Columbia for breach of contract and payment in full of the $3,854,742.56, plus interest and attorneys fees . . ..."** | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | (Emphasis in original.) | |
| ¶ 21.AA<br>29 June 2021 | TO:<br>MLG<br><br>FM:<br>MoJ | MLG Invoice No.<br>20-1231-002 | Subject: Fees<br><br>"I would like to clarify that ,we noticed through auditing the invoice of fees for period 2/9/2020 – 31/12/2020 ,  the hourly rates of your submitted services is the same as the assistants (Mr. Ben Dimuro & Mr. Jonathan Mook ) .I hope you clarify that." | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | | Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever, excepting request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB,** infra, for MLG response) |

| ANNEX B TO COMPLAINT | | | | |
|---|---|---|---|---|
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices** | | | | |
| (as of 30 September 2022) | | | | |
| **(1) Complaint Sub¶ No. and Date of Communication** | **(2) Addressees and Sending Party*/** | **(3) Pertinent Invoices** | **(4) Subject/Communication** | **(5) Response (if any)** |
| ¶ 21.AB 29 June 2021 | TO: MinJus CC: AMB MoJ | MLG Invoice No. 20-1231-002 | Subject: Response to MoJ Legal Department Email, Subject "Fees" dated 29 June 2021 -- Immediate Withdrawal as Counsel for Iraq and MoD and Filing of Breach of Contract Lawsuit  "Today we received the below email from your Ministry's legal department belatedly claiming that there is some issue with the hourly rate of $650 for our co-counsel Mr. Ben DiMuro and Mr. Jonathan Mook on the Mills Law Group invoices for services provided in 2020 in defense of Iraq and the Ministry of Defense (MoD) in the *Wye Oak* litigation. | From MLG presentment of MLG Invoice Group F-2 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including: (1) no questions; |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | This assertion is entirely meritless (*see* footnote, below), and is in complete bad faith, made only for the purpose of MoJ and Iraq attempting to illegally further delay MoJ's gravely delinquent payment in full of our invoices for $3,854,742.56 – plus interest of more than $300,000, plus attorneys fees and costs of litigation – by tomorrow, 30 June 2021 (as we have demanded advised you).<br><br>*   *   *<br><br><u>Footnote</u>:  In signing the MoJ-Mills Law Group engagement letter (dated | (2) no objections; (3) no exceptions; and (4) no disputes whatsoever, excepting request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG response) |

| ANNEX B TO COMPLAINT |
| :--: |
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:** **(1) All Presented Invoices and Payment Demands, and** **(2) Iraq Failure to Object to Presented Invoices** (as of 30 September 2022) |

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
| :--: | :--: | :--: | :--: | :--: |
| | | | 25 March 2021), MoJ agreed to the following provision: "Billing rates for other partners [partners other than Mr. Mills] range between $450 and $650 per hour." Attorneys Mr. Dimuro and Mr. Mook are senior partners who have the same experience level as Mr. Mills, and each served as co-counsel to Mr. Mills (*not* as juniors) in the Wye Oak litigation. Furthermore, the $650 hourly rate for partners Mr. Mills, Mr. Dimuro and Mr. Mook is *per se* reasonable, being less than the hourly rate for partners that the Court already recognized as reasonable during the Court consideration of the reasonableness of the hourly rates of | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | Wye Oak's counsel (*i.e.*, hourly rates that were $800 or more). | |
| ¶ 21.AC<br>8 Aug 2021 | TO:<br>MinJus<br>MoJ<br><br>FM:<br>MLG | Expense Invoice 21-0807-001, constituting 1 of 2 invoices in MLG Invoice Group E-4 **/ | MLG email presentment of MLG Invoice 21-0807-001 for *Wye Oak* incurred litigation expenses paid by Mills Law Group on behalf of Iraq during period of January-August 2021, totaling $2,564.04. | From MLG presentment of MLG Invoice Group E-4 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | | Invoice Group E-4, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever |
| **¶ 21.AD**<br>8 Aug 2021 | TO:<br>MinJus<br>MoJ<br><br>FM:<br>MLG | Fees Invoice 21-0807-001, constituting 1 of 2 invoices in MLG Invoice Group F-3 **/ | MLG email presentment of MLG Invoice 21-0807-001 for *Wye Oak* incurred litigation fees incurred during the period from 1 January 2021 through 31 July 2021 totaling $120,001.21.<br><br>"Subject: Wye Oak Litigation – Present[ment] of Above-Referenced Invoice for Prompt Payment In | 8 Dec 2021 MoJ general exception concerning the total amount of MLG Invoice No. 21-0807-001.  *See* **¶ 21.AK**, *infra*.<br><br>9 Dec 2021 MLG response rebutting MoJ |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | Accordance with Engagement Agreement<br><br>We hereby present the above-referenced invoice [MLG Invoice No. 21-0807-001) for legal services fees incurred by Mills Law Group LLP (the "Firm") in the Wye Oak litigation during the period from 1 January 2021 through 31 July 2021 [in the amount of $120,001.00]. Prompt payment is required in accordance with the terms of our engagement agreement. | general exception. *See* ¶ **21.AL**, *infra*. |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | Please immediately acknowledge by reply email that you have received these invoices in good order."<br><br>(Emphasis in original.) | |
| ¶ 21.AE<br>11 Sep 2021 | TO:<br>MinJus<br><br>FM:<br>MLG | MLG Invoice Groups E-1, E-2, E-3, 1ˢᵗ Invoice in MLG Invoice Group E-4, F-1, F-2 and 1ˢᵗ Invoice in MLG Invoice Group F-3 | **SUB:   Mills Law Group LLP Notice of:**<br>**(1)      Completion of Withdrawal of Representation; and**<br>**(2)      Imminent Commencement of Breach of Contract Lawsuit against Republic of Iraq, Ministry of Defense and Ministry of Justice for Unpaid Fees and Expenses Totaling $3,976,069.60, Pre-Judgment Interest Exceeding $200,000 and Cost of Litigation** | From MLG presentment of MLG Invoice Groups E-1, E-2, E-2, 1ˢᵗ Invoice in MLG Invoice Group E-4, F-1, F-2 and 1ˢᵗ Invoice in MLG Invoice Group F-3 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | ". . .[B]y this letter, Mills Law Group LLP gives Iraq, MoD and the Ministry of Justice ("MoJ") notice of the following.<br><br>1. Mills Law Group LLP is now withdrawn from all representation of Iraq and MoD in the *Wye Oak* case -- for the reason that you and your Ministry and the GOI, without excuse, have continuously breached the clear and unequivocal obligation to pay Mills Law Group's invoices for fees and expenses, now totaling | any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever,<br>Excepting: (a) request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | $3,976,069.60, for more than 20 months.<br><br>We will present our close-out final *Wye Oak* invoice (the "Final *Wye Oak* Invoice") to you by Monday, 13 September 2021, for payment per contractual terms.<br><br>2.  We now must -- and will -- sue the Republic of Iraq and the Ministry of Justice in the very same U.S. Federal Court which already issued its judgment against Iraq and the Ministry of Defense. | Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB,** infra, for MLG response); and (b) 8 Dec 2021 MoJ general exception concerning the total amount of MLG Invoice No. 21-0807-001 (¶ **21.AK**, *infra*) and MLG rebuttal (¶ **21.AN**, *infra*) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| ¶ 21.AF 14 Sep 2021 | TO: MLG FM: MoJ | MLG Invoice Groups E-1, E-2, E-3, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F3 | Reference to your email dated 4th of July  2021, about your fees on above mentioned case<br><br>I would like to clarify the following :-<br><br>• Regarding your  outstanding fees before authorizing (Cleary Gottlieb Steen & Hamilton LLP) Law firm as a  counsel and your law firm as co-counsel which is exactly for the period from 1st of March 2018 till 1st of September 2020 which amount of (3.854.742/56) USD | From MLG presentment of MLG Invoice Groups E-1, E-2, E-2, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F-3 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice |

| | ANNEX B TO COMPLAINT | | | |
|---|---|---|---|---|
| | **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices** | | | |
| | (as of 30 September 2022) | | | |
| **(1) Complaint Sub¶ No. and Date of Communication** | **(2) Addressees and Sending Party*/** | **(3) Pertinent Invoices** | **(4) Subject/Communication** | **(5) Response (if any)** |
| | | | • As for the period from 2nd of September till 31st December 2020 in amount of (148,976)USD<br><br>Accordingly , It have been decided the following :-<br><br>1- Asking Ernest & Young to audit your fees for the period from 1st of March 2018 till 1st September 2020<br><br>2- Paying your invoice in amount of (148.976) USD for the period from 2nd of September till 31st of December 2020 | included in MLG Invoice Group F-2, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever, Excepting: (a) request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG response); and (b) 8 Dec |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | 3- The payment of the amount in para (2) above will be according to your commitment not to file any case or take any procedures against Iraq for above mentioned fees in para (1) until the result of this auditing."<br><br>(Emphasis in original.) | 2021 MoJ general exception concerning the total amount of MLG Invoice No. 21-0807-001 (**¶ 21.AK**, *infra*) and MLG rebuttal (**¶ 21.AN**, *infra*) |
| **¶ 21.AG**<br>15 Sep 2021 | TO:<br>MinJus<br><br>FM:<br>MLG | MLG Invoice Groups E-1, E-2, E-3, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F3 | **Subject:  Mills Law Group Reply to Ministry of Justice 14 September 2021 Response to Mills Law Group 3 July 2021 Email Communication**<br><br>**Matter of Impending Litigation against Republic of Iraq ("Iraq"), Iraq Ministry of Defense (MoD) and Iraq Ministry of Justice (MoJ) for** | From MLG presentment of MLG Invoice Groups E-1, E-2, E-2, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F-3 to MoJ through the Present ("as of" date stated above in |

| ANNEX B TO COMPLAINT<br><br>Chronological History of Mills Law Group-Iraq Communications Relevant to<br>Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and<br>Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 30 September 2022) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Complaint**<br>**Sub¶ No. and**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party*/** | **(3)**<br>**Pertinent Invoices** | **(4)**<br>**Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | **Continuing Egregious Material Breach of Contractual Obligations to Pay Seriously Delinquent Mills Law Group Invoices for *Wye Oak* Legal Fees and Expenses Totaling $3,976,069.60 for Period Covering March 2018 through 31 July 2021**<br><br>"Mills Law Group LLP ("Mills Law Group") acknowledges receipt of Your Ministry's 14 September 2021 response to our 3 July 2021 communication concerning Your Ministry's failure to pay our law firm's outstanding invoices for fees *and* incurred expenses in the *Wye Oak* | title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever, |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
|  |  |  | litigation. That failure has continued for more than 20 months.<br><br>You and Your Ministry's staff failed to respond to our 3 July 2021 communications for over two months (73 days days). This is inexcusable. This inordinate delay leads us to believe you and Your Ministry are not serious about resolving the breach of your payment obligations to Mills Law Group. And, we consider and reply to your response in this light.<br><br>*   *   * | Excepting: (a) request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG response); and (b) 8 Dec 2021 MoJ general exception concerning the total amount of MLG Invoice No. 21-0807-001 (¶ **21.AK**, *infra*) and MLG rebuttal (¶ **21.AN**, *infra*) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | ■ **Your proposal to have the firm of Ernst & Young ("E&Y") audit our invoices from the period of 1 March 2018 through 1 September 2020 does not result in an ADR process that is impartial or disinterested.**<br><br>E&Y is currently engaged to provide other professional services to the Government of Iraq, and earn substantial fees from this representation. Accordingly, we believe that, at the very least, this creates an appearance of partiality and bias and presents a very serious risk of actual partiality and bias. | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | We cannot accept this.<br><br>■ **Your proposal to pay us now *only* the sum $148,976.00 in fees for the period 2 September 2020 through 31 December 2021 does not deal with, recognize or agree to pay: (a) the outstanding Mills Law Group invoices for fees and expenses in the amount of $120,001.00 for the period 1 January 2021 through 31 July 2021 and (b) our law firm's outstanding expense invoices, now totaling $286,194.60 for expenses – *most of which our law firm paid out of pocket, at the urging of Your Ministry and MoD, to protect the*** | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | *interests of Iraq and MoD in the Wye Oak litigation, and in reliance on Your Ministry's promise to reimburse us once funds became available in 2019.*<br><br>■ **The $148,976 that you are proposing to pay now constitutes only 3.83% of the delinquent invoice total of $3,976,069.60 – which (as repeatedly noted) Iraq, MoD and MoJ have been legally obligated to pay beginning at least 20 months ago.**<br><br>● **In light of these material deficiencies, we cannot refrain from** | |

| ANNEX B TO COMPLAINT |
|---|
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:** <br> **(1) All Presented Invoices and Payment Demands, and** <br> **(2) Iraq Failure to Object to Presented Invoices** <br><br> (as of 30 September 2022) |

| (1) <br> Complaint Sub¶ No. and Date of Communication | (2) <br> Addressees and Sending Party*/ | (3) <br> Pertinent Invoices | (4) <br> Subject/Communication | (5) <br> Response (if any) |
|---|---|---|---|---|
| | | | **commencing breach of contract litigation against Iraq, MoD and MoJ in the U.S. District Court for the District of Columbia on that basis.** <br><br> \*   \*   \* <br><br> If you wish to avert the immediately pending litigation, you must provide us with Your Excellency's written, signed agreement to the foregoing, by email, by Wednesday, 22 September 2021." <br><br> (Emphasis in original.) | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| ¶ 21.AH 4 Oct 2021 | TO: MLG  FM: MoJ | MLG Invoice Groups E-1, E-2, E-3, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F3 | Reference to my email dated 14th of September 2021,  I am still waiting your reply regarding my above mentioned email. | From MLG presentment of MLG Invoice Groups E-1, E-2, E-2, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F-3 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice |

| | ANNEX B TO COMPLAINT |
| --- | --- |

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
| --- | --- | --- | --- | --- |
| | | | | included in MLG Invoice Group F-2, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever, Excepting: (a) request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB,** infra, for MLG response); and (b) 8 Dec |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | | 2021 MoJ general exception concerning the total amount of MLG Invoice No. 21-0807-001 (**¶ 21.AK**, *infra*) and MLG rebuttal (**¶ 21.AN**, *infra*) |
| ¶ 21.AI<br>5 Oct 2021 | TO:<br>MinJus<br>MoJ<br><br>FM:<br>MLG | MLG Invoice Groups E-1, E-2, E-3, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F3 | **Subject: Mills Law Group LLP – (1) Failure of Ministry of Justice to Respond to Mills Law Group 15 September 2021 Communication re Impending Litigation against Republic of Iraq ("Iraq"), Iraq Ministry of Defense (MoD) and Iraq Ministry of Justice (MoJ) for** | From MLG presentment of MLG Invoice Groups E-1, E-2, E-2, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F-3 to MoJ through the Present ("as of" date stated above in |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | **Breach of Contract re Unpaid Invoices Totaling $3,976,069.60**<br><br>"On 4 September 2021, the Director General of the Ministry of Justice ("MoJ") Legal Department communicated to us: (1) an unacceptable offer to pay an inordinately small amount of the outstanding fees, conditioned upon Mills Law Group agreeing not to commence litigation while MoJ engaged Ernst and Young to audit of the Mills Law Group outstanding invoices. | title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever, |

| | ANNEX B TO COMPLAINT<br><br>**Chronological History of Mills Law Group-Iraq Communications Relevant to<br>Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and<br>Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 30 September 2022) | | | |
|---|---|---|---|---|
| **(1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication** | **(2)<br>Addressees and<br>Sending Party*/** | **(3)<br>Pertinent Invoices** | **(4)<br>Subject/Communication** | **(5)<br>Response<br>(if any)** |
| | | | On 15 September 2021, Mills Law Group rejected the MoJ offer with a counterproposal by which (among other things): (1) MoJ pay $555,171.60 to Mills Law Group by not later than Thursday, 23 September 2021; (2) the litigation be commenced in the U.S. District Court for the District of Columbia, but then all claims by Mills Law Group and MoJ be referred by the U.S. District Court to mandatory fee dispute arbitration by the District of Columbia Bar, with the consent of both MoJ and Mills Law Group. See attached copy of our 15 September 2021 email. ***Your response to our counterproposal was due by*** | Excepting: (a) request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB,** infra, for MLG response); and (b) 8 Dec 2021 MoJ general exception concerning the total amount of MLG Invoice No. 21-0807-001 (¶ **21.AK,** *infra*) and MLG rebuttal (¶ **21.AN**, *infra*) |

| ANNEX B TO COMPLAINT |
|---|
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:** **(1) All Presented Invoices and Payment Demands, and** **(2) Iraq Failure to Object to Presented Invoices** <br><br> (as of 30 September 2022) |

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | ***not later than 22 September 2021.  You did not respond.*** <br><br> Instead, on 4 October 2021, the MoJ Legal Department DG re-sent MoJ's 4 September 2021 email, together with an erroneous claim that MoJ had not received our firm's 15 September 2021 response. (In fact, our 15 September 2021 email was addressed to Your Excellency as well as cc:'d to the MoJ Legal Department DG, and we have every reason to believe that our 15 September 2021 email was delivered to Your Excellency and the DG of your Legal Department.)" | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to**
**Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and**
**Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | (Emphasis in original.) | |
| ¶ 21.AJ<br>7 Dec 2021 | TO:<br>PM<br><br>FM:<br>MLG | MLG Invoice Groups E-1, E-2, E-3, 1ˢᵗ Invoice in MLG Invoice Group E-4, F-1, F-2 and 1ˢᵗ Invoice in MLG Invoice Group F3 | **Subject: *Final Demand for Rectification and Cure of Continuing Breach of Contract – Payment of Mills Law Group Egregiously Delinquent Invoices Totaling $4,025,495.65 for Legal Fees and Expenses in the Wye Oak Litigation in Defense of the Ministry of Defense and the Republic of Iraq in United States Courts between March 2018 and August 2021:*<br>$3,738,102.00 in Invoiced Legal Fees;<br>$287,393.65 in Invoiced Unreimbursed Litigation Expenses** | From MLG presentment of MLG Invoice Groups E-1, E-2, E-2, 1ˢᵗ Invoice in MLG Invoice Group E-4, F-1, F-2 and 1ˢᵗ Invoice in MLG Invoice Group F-3 to MoJ through the Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or |

| ANNEX B TO COMPLAINT |
|---|
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 30 September 2022) |

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | **Advanced Out-of-Pocket by Mills Law Group**<br><br>"I write to you now, requesting your personal intervention, as the final demand to the Republic of Iraq ("Iraq") to amicably resolve Iraq's egregious breach of its contractual obligations under United States law to pay the grossly delinquent invoices of my law firm, Mills Law Group LLP (the "Firm"), dating back to 2018 and totaling $4,025,495.65 for legal fees and litigation expenses for defense of Iraq and the Ministry of Defense (MoD) in the Wye Oak litigation in U.S. courts. | contesting any invoice included in MLG Invoice Group F-2, including:<br>(1) no questions;<br>(2) no objections;<br>(3) no exceptions; and<br>(4) no disputes whatsoever,<br>Excepting: (a) request for clarification of hourly rates of DiMuro Ginsberg timekeepers B. Dimuro and J. Mook (*see* ¶ **21.AA**, *infra* for MoJ inquiry, ¶ **21.AB**, infra, for MLG |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | *   *   *<br><br>In light of the foregoing, I respectfully most strongly urge Your Excellency to personally intervene in this dispute, and compel resolution of the dispute through payment in full of the $4,025,495.65 by wire transfer to the Mills Law Group bank account as soon as possible.<br><br>I am ready, willing and able to come to Baghdad upon your invitation to discuss this matter with any official body you may nominate to discuss this matter with me, to respond to any | response); and (b) 8 Dec 2021 MoJ general exception concerning the total amount of MLG Invoice No. 21-0807-001 (¶ **21.AK**, *infra*) and MLG rebuttal (¶ **21.AN**, *infra*) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | questions or inquiries, in order to come to an agreement, and payment of our fees and expenses."<br><br>(Emphasis in original.) | |
| ¶ 21.AK<br>8 Dec 2021 | TO:<br>MLG<br><br>FM:<br>MoJ | MLG Invoice #21-0807-001 *(only)*<br>(1st invoice in MLG Invoice Group F-3) | **Subject:** Re: Presentment of Mills Law Group Wye Oak Invoice No. 21-0807-001 (Professional Fees during Period 1 January 2021-31 July 2021): $120,001.00<br><br>"Reference to your email dated 8th of August 2021<br><br>Your invoice of fees no .(21-0807-001) have been audited. I have noted that the amount of the invoice is very | For MLG rebuttal, see ¶ **21.AN**, *infra.* |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | high and the only work on the case was to review the summary of Wye Oak appeal , the draft response and correspondence regarding the revised attorney time summaries.<br><br>Accordingly, we suggest that you reduce the amount of the invoice so that we can proceed with payment procedures ." | |
| ¶ 21.AL<br>9 Dec 2021 | TO:<br>MinJus<br>MoJ<br><br>FM:<br>MLG | Expense Invoice 21-1209-002, constituting 2nd of 2 invoices in MLG Invoice Group E-4 | MLG email presentment of MLG Invoice 21-1209-001 for *Wye Oak* incurred litigation expenses paid by Mills Law Group on behalf of Iraq during period of January-August 2021, totaling $1,199.05. | From MLG presentment of MLG expense Invoice 21-1209-002 through the Present ("as of" date stated above in title of this Table), no communication made to |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | | MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting Invoice 21-1209-002, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever |
| ¶ 21.AM<br>9 Dec 2021 | TO:<br>MinJus<br>MoJ<br><br>FM: | Fees Invoice 21-1209-001, constituting 2nd of 2 invoices in MLG Invoice Group F-3 | MLG email presentment of MLG Invoice 21-1209-001 for *Wye Oak* incurred litigation fees incurred during the period from 1 August 2021 | From MLG presentment of MLG fees Invoice 21-1209-001 through the Present ("as of" date stated above in title of |

| ANNEX B TO COMPLAINT |
| :---: |
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices** |
| (as of 30 September 2022) |

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
| :--- | :--- | :--- | :--- | :--- |
| | MLG | | through 5 October 2021 totaling $46,989.21. | this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, objecting to or contesting Invoice 21-1209-001, including: (1) no questions; (2) no objections; (3) no exceptions; and (4) no disputes whatsoever |
| ¶ 21.AN 14 Dec 2021 | TO: MinJus MoJ | MLG Invoice #21-0807-001 *(only)* | **Subject: Mills Law Group Response to Ministry of Justice Denial of Payment of Mills Law Group Wye** | From date of MLG response (14 December 2021) through the |

| ANNEX B TO COMPLAINT |
|---|
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices** |
| (as of 30 September 2022) |

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | (1st invoice in MLG Invoice Group F-3) | **Oak Fee Invoice No. 21-0807-001 ($120,001) for Professional Services between 1 January 2021-31 July 2021): Payment Demand re ALL Outstanding Invoices or Else Lawsuit**<br><br>"I acknowledge receipt of the 8 December 2021 communication by MoJ Legal Department Director General Hanan Nisaef by which Your Ministry has repudiated its legally-enforceable contractual obligations to pay the above-referenced Mills Law Group invoice (the "Invoice") *as presented*. | Present ("as of" date stated above in title of this Table), no communication made to MLG by: (i) MoJ; or (ii) any other official, office or entity of the Government of Iraq, concerning or related to MLG Invoice # 21-0807-001. |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | <u>First</u>, DG Nisaef's communication constitutes nothing more than an unprofessional, meritless invitation for Mills Law Group to negotiate against ourselves as though we are in a souk and bargaining over an unpriced toy. We decline to participate in such improprieties.<br><br>_*   *   *<br><br><u>Second</u>, the reason communicated by DG Nisaef for MoJ not proceeding to pay the above-referenced invoices is devoid of any merit, and, thus, completely pretextual. *All* of the legal services we provided in the *Wye Oak* | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | case between 1 January 2021 and 31 July 2021 were provided at the express request and authorization – and under the supervision of – the successor lead counsel appointed by MoJ for the Wye Oak case (the attorneys of Cleary Gottleib).  As a matter of applicable law, MoJ's appointment of Cleary Gottleib – and MoJ's instructions to us to fully cooperate with Cleary Gottleib as *Wye Oak* lead counsel – means that *all* of our invoiced legal services, and the extent of our invoiced legal services, were pre-authorized by Iraq. | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | *Nothing that DG Nisaef now summarily contends or communicates changes this fact.*<br><br>*Accordingly payment is full is overdue.*<br><br><u>Third</u>,  Mills Law Group presented the Invoices on 8 August 2021.  By the terms of the controlling Mills Law Group engagement contract with MoJ, MoJ is legally obligated to pay the Invoices by deposit of full payment into the Mills Law Group bank account by not later than sixty (60) days after presentment – in this | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | instance, by not later than 7 October 2021.<br><br>Iraq (through the inactions of your Ministry) has materially breached its contractual payment obligations by: (1) not paying the Invoices in full by [date]; and (2) concocting bad faith excuses for MoJ not paying the Invoices.<br><br>Fourth, Iraq (acting through MoJ) continues to be in material breach of obligation to pay *all* Mills Law Group Wye Oak invoices in full –twelve (12) invoices presented in 2019, seven (7) invoices presented in 2020 and four | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | (4) invoices presented in 2021, in all totaling US$4,025,495.65 (four million, twenty-five thousand, four hundred and ninety-five United States dollars and sixty-five cents).<br><br>***Iraq (through MoJ) has not paid even one cent of these 23 invoices.***<br><br>And, Iraq (through MoJ) has not given Mills Law Group any reason whatsoever for not paying any of the 23 invoices.<br><br>\*   \*   \* | |

| | ANNEX B TO COMPLAINT | | | |
|---|---|---|---|---|
| | Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices (as of 30 September 2022) | | | |
| **(1)** **Complaint Sub¶ No. and Date of Communication** | **(2)** **Addressees and Sending Party\*/** | **(3)** **Pertinent Invoices** | **(4)** **Subject/Communication** | **(5)** **Response (if any)** |
| | | | <u>Fifth</u>, in light of the foregoing, Iraq (through MoJ) leaves Mills Law Group with no alternative but to sue Iraq for our fees and expenses in the United States District Court for the District of Columbia.<br><br>Accordingly, unless Iraq (through MoJ) gives us a good reason not to sue – by now paying the 23 invoices in full – we will see Iraq in Court."<br><br>(Emphasis in original.) | |
| ¶ 21.AO 24 Jul 2022 | TO: MLG<br><br>FROM: | No Reference to any Delinquent Wye Oak Invoice | Subject: **Subject:** Re: Presentment of Mills Law Group -- Rice Company | MLG Email dated 25 Jul 2022 (¶ 21.AP, *infra*) |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | MoJ | | Advisement Matter: Invoice No. 21-0808-001 (Professional Fees during Period 2 February 2021): $1,560.00<br><br>"Reference to your email dated 8th of August 2021 regarding your invoice No. (21-0808-001) dated 8/8/2021 I hope you provide me with the details of your Bank account in order to do the necessaries."<br><br>Note:  On 8 September 2022, MoJ remitted (by wire) partial wire payment in the amount of $1,525 ($35 short) of MLG Rice Company Invoice No. 21-0808-001. | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint<br>Sub¶ No. and<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party\*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| ¶ 21.AP<br>25 Jul 2022 | TO:<br>MinJus<br>MoJ | MLG Invoice Groups E-1, E-2, E-3, 1st Invoice in MLG Invoice Group E-4, F-1, F-2 and 1st Invoice in MLG Invoice Group F3 | Subject: Mills Law Group Response to MoJ Email dated 24 July 2022:<br>(1) Rice Company Invoice No. 21-0808-001 (Professional Fees of $1,560.00): Confirmation of Banking Instructions;<br>(2) Gravely Delinquent Wye Oak Invoices ($4,025,495): Payment in Full Required<br><br>-\*   \*   \*<br><br>". . . [P]lease refer to page 2 of the 2021 Rice Company Matter Invoice for our banking instructions.  *For ease of reference, I append to this response our email of 8 August 2021* | No response whatsoever to 25 July 2022 demand for payment of all pertinent MLG Wye Oak Invoices referenced in column (3) of this row. |

| ANNEX B TO COMPLAINT |
|---|
| **Chronological History of Mills Law Group-Iraq Communications Relevant to Mills Law Group Demands for Iraq Payment of Each _Wye Oak_ Litigation Invoice Presented to Iraq and Iraq Communications with respect to:** **(1) All Presented Invoices and Payment Demands, and** **(2) Iraq Failure to Object to Presented Invoices** (as of 30 September 2022) |

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | *(50 weeks ago) by which we transmitted the 2021 Rice Company Invoice to your office and to His Excellency the Minister of Justice.* <br><br> \*   \*   \* <br><br> **Payment of Gravely Delinquent Wye Oak Invoices** <br><br> We also note that _all_ Mills Law Group outstanding _Wye Oak_ Invoices totaling **$4,025,495.65** are gravely delinquent. We presented these invoices to Your Excellence and to DG Hanan Nisaef between December 2019 and August 2021.  We have communicated with you more than 20 times demanding | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1) Complaint Sub¶ No. and Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent Invoices | (4) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | that the Ministry of Justice (MoJ) and Iraq cure MoJ's and Iraq's grave breach of the indisputable contractual obligation to pay the invoiced $4,025,495.65. Nothing has been paid. We have been gravely damaged – as we have reported to you many times previously.<br><br>*       *       *       *       *<br><br>We were looking forward to having your firm approval for the payment in full of your delinquency of $4,025,495.65 (four million, twenty-five thousand four hundred and ninety-five dollars and sixty-five | |

| | ANNEX B TO COMPLAINT<br><br>Chronological History of Mills Law Group-Iraq Communications Relevant to<br>Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and<br>Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 30 September 2022) | | | |
|---|---|---|---|---|
| **(1)**<br>**Complaint**<br>**Sub¶ No. and**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party\*/** | **(3)**<br>**Pertinent Invoices** | **(4)**<br>**Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | cents).  Please  confirm  the  said approval.<br><br>As we have informed you before, we are obligated to go court to sue the Ministry  and  Iraq  to  recover  your delinquent debt.<br><br>Awaiting your kind approval and payment."<br><br>(Emphasis in original.) | |
| **Notes:**<br>\*/ <u>Key to abbreviation of addressees</u>:<br>**PM**:  His Excellency Mustafa Al-Kadhimi, Prime Minister of the Republic of Iraq;<br>**MinJus**:  The Minister of Justice, His Excellency Salar Abdul Sattar Muhammad Hussein; | | | | |

**ANNEX B TO COMPLAINT**

**Chronological History of Mills Law Group-Iraq Communications Relevant to
Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and
Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 30 September 2022)

| (1)<br>Complaint Sub¶ No. and Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent Invoices | (4)<br>Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| **MoJ**:  The Director General of the Ministry of Justice (MoJ) Legal Department<br>**LA**:  The then-Legal Advisor to the Prime Minister of Iraq Salem Chalabi;<br>Ambassador:  The then-Ambassador of the Republic of Iraq to the United States of America, His Excellency Fareed Yaseen<br>**MLG**: Mills Law Group | | | | |
| **\*\*/  The MLG Invoices Groups referenced herein are defined at Complaint ¶ 18, supra.** | | | | |

**<u>EXHIBIT 1.1</u>**

**Mills Law Group LLP-Republic of Iraq Ministry of Justice**

**Wye Oak Litigation Engagement Agreement dated 15 March 2018**

**MILLS LAW GROUP LLP**
Attorneys at Law
910 17th Street N.W., Suite 800
Washington, D.C. 20006

25 March 2018

**Timothy B. Mills**
**Managing Partner**
+1 202 457 8090 (Office)
+1 202 256 0162 (US Mobile)
**Internet Email:**
TimothyBMills@gmail.com
TimothyBMills@aol.com

**BY E-MAIL: compensation_iraq@yahoo.com**

Mr. Raad Khalil Ghajy
Director General, Legal Department
Ministry of Justice, Republic of Iraq
Baghdad, Iraq

**SUBJECT:    Engagement of Mills Law Group LLP:**
              ***Wye Oak Technology Inc. v. Republic of Iraq***
              U.S. District Court for the District of Columbia
              Civil Action No. 10-1182-RCL

Dear Director General Raad Khalil Ghajy:

Mills Law Group LLP (the "Firm") gratefully acknowledges and accepts the decision of the Ministry of Justice that the Firm shall continue the representation and defense of the Republic of Iraq ("Iraq") and the Ministry of Defense of the Republic of Iraq ("MoD") in the above-referenced case.

We shall act as counsel for the Iraq and MoD in accordance with the mutual understandings set forth in this letter.  It is agreed that we will present our invoices for our representation of Iraq and MoD only to the Legal Department of the Ministry of Justice for approval and payment by the Ministry of Justice.

This engagement agreement pertains to all of the professional services provided in connection with defense of the claims in this case, commencing as 19 February 2018.

In accordance with the Firm's business practices and ethical requirements and considerations under the rules of professional conduct for the jurisdictions in which the Firm practices, we wish

Mr. Raad Khalil Ghajy
Director General, Legal Department
SUBJECT:     ***Engagement of Mills Law Group LLP –***
                    ***Wye Oak Technology, Inc. v. Republic of Iraq et al.***
25 March 2018
Page 2 of 5

to ensure through this letter a common understanding between the Government of the new
Republic of Iraq and the Firm of the terms of this representation.

Please review this letter carefully to ensure that all is in accord with the Ministry's agreement.

## Legal Defense Team

I and other experienced litigators associated with the Firm will be part of the defense team.
Associates and staff attorneys, paralegals, specialists and other professionals also will be
involved in the defense. Our legal team already is knowledgeable of the issues of law and fact
that will bear on the defense of the claims at issue in this complex litigation.

## Business Terms – Fees, Expenses, Invoicing and Payment

### Fees and Expenses

As explained more fully in the Revised Standard Terms, the Firm will determine legal fees based
on our hourly billing rates in effect when the work is performed and the number of hours worked
by each attorney. The hourly billing rate for Mr. Mills is $650 per hour.  Billing rates for other
partners range between $425 and $650 per hour. Associate attorneys and legal assistants working
on the case will also be billed at rates commensurate with their seniority. Hourly billing rates for
associate attorneys range from US$150 to US$550, and legal assistants from US$95 to US$275.

In addition to our fees for legal services, we also charge separately for certain costs and expenses
as described in the enclosed statement.

### Retainer (Advance Payment), Invoicing and Payments

***The Firm requires a retainer (advance payment) in the total amount of US$100,000 for our
representation in this case.  The Retainer amount of US$100,000 must be maintained on
account throughout the representation, and, thus, must be replenished by prompt payment in
full of invoices to which retainer funds have been applied.***

This retainer amount will be held in the Firm's trust account, and will be applied against billing
as they occur.  We will invoice the Ministry for the fees and expenses incurred, so as to replenish
the retainer balance during the course of the litigation.  At the conclusion of this litigation, we
will apply the final bill to the retainer balance, and, if a remainder balance exists then, such
remainder will be returned to the Ministry.

We understand that the Ministry we will arrange for the advance payment to be sent to us as soon
as the Ministry receives this Engagement Letter.

Mr. Raad Khalil Ghajy
Director General, Legal Department
SUBJECT:      ***Engagement of Mills Law Group LLP –***
              ***Wye Oak Technology, Inc. v. Republic of Iraq et al.***
25 March 2018
Page 3 of 5

**The Firm asks that the Ministry accomplish the wire transfer of the US$100,000 retainer advance payment as soon as practicable, per banking/wire transfer instructions that the Firm will provide to the Ministry under separate cover.**

**Invoicing and Payments**

Mills Law Group LLP will present statements (invoices) to the Ministry (as set forth in the Supplemental Terms) either: (a) when unbilled incurred fees and expenses total at least US$15,000, or (b) monthly, at the Firm's election.  The statements will detail the effort and expenses associated with the defense effort.  Fees will be itemized to show the work performed and time spent per time-keeper.

The Ministry will make payment of the retainer (advance payment) and the Firm's invoices by wire transfer of funds (in United States dollars) to the account of Mills Law Group LLP by the payment due date, in accordance with banking instructions on the invoices.

It is agreed by the Ministry and the Firm, however, that wire transfer payment in full of each is due to be received in the account of Mills Law Group LLP by not later than sixty (60) days after delivery of each invoice to the Ministry, by e-mail, addressed as above.

**<u>Scope of Representation</u>**

The Firm agrees that, upon the Ministry's approval of this engagement, the Firm will:

1.      Mount the defense in accordance with instructions from the Ministry, through your office.

2.      Obtain, through you, the Ministry's approval of any revision to the approved strategy before pursuing the strategy.

3.      To give effect to the approved strategy, prepare appropriate substantive motions and other substantive pleadings and communications (such as letters to Plaintiff's counsel or the Court), in draft form, and submit the draft motions, submissions and communications to the Ministry, through you, for approval by the Ministry and any other organs of the new Government of Iraq as the Ministry may determine may be appropriate, prior to any filing, dispatch or other public disclosure.  Again, this process must be expeditious, especially when the Court requires filings within a short period of time.

Mr. Raad Khalil Ghajy
Director General, Legal Department
SUBJECT:      ***Engagement of Mills Law Group LLP –***
                      ***Wye Oak Technology, Inc. v. Republic of Iraq et al.***
25 March 2018
Page 4 of 5

## Incorporation of Standard Terms

The Firm and the Ministry agree that the Standard Terms of the prior engagement agreement between the Ministry and Maggs & McDermott LLC for this action shall also apply to this engagement agreement and are incorporated by reference.

## Consent by the Ministry of Justice to the Firm's Withdrawal as Counsel Upon Delinquency in Payment

The Ministry and the Firm agree that should payment of one of the Firm's invoices become delinquent (*that is*, not be paid within sixty (60) days of presentation of the invoice to the Ministry), then: (i) the Firm shall have the option, in its sole discretion, to take all actions necessary to withdraw as counsel to the Government of the Republic of Iraq in this litigation (including the filing with the court of a Notice/Motion to Strike Appearance and/or Withdraw (the "Withdrawal Motion(s)"); and (ii) the Government of Iraq shall not oppose such Withdrawal Motion.

## Application of Terms to All Work in This Case

The mutually-agreed understanding expressed in this letter as well as the Standard Terms will apply to any future work we undertake for the Ministry in this case, unless mutually agreed otherwise, in writing, by the Parties.

$$*        *        *        *        *$$

As always, we remain available to you and His Excellency the Minister to address any questions that may arise.

The Firm does ask that the Ministry evidence our mutual agreement by signing and returning a fully-executed original of this letter to us, either by DHL or Federal Express or by hand.


[THIS SPACE INTENTIONALLY LEFT BLANK]

Mr. Raad Khalil Ghajy
Director General, Legal Department
SUBJECT:   ***Engagement of Mills Law Group LLP –***
              ***Wye Oak Technology, Inc. v. Republic of Iraq et al.***
25 March 2018
Page 5 of 5

We look forward to being of service to you and your Esteemed Ministry in the defense and resolution of these claims.

Sincerely,

**MILLS LAW GROUP LLP**

          */s/*      ***Timothy B. Mills***

By:    Timothy B. Mills
         Partner

The foregoing understandings in this letter are agreed to this _____ day of February 2018 by:

**MINISTRY OF JUSTICE, REPUBLIC OF IRAQ**

By: _____
         Raad Khalil Ghajy
         Director General, Legal Department
         Ministry of Justice, Republic of Iraq

**EXHIBIT 1.2**

**Maggs & McDermott LLC-Republic of Iraq Ministry of Justice**

**Wye Oak Litigation Engagement Agreement dated 10 February 2010**

**MAGGS & MCDERMOTT LLC**
Attorneys at Law
910 17th Street N.W., Suite 800
Washington, D.C. 20006

20 February 2010

**Timothy B. Mills**
**Partner**
+1 202 457 8090
+1 202 256 0162 (US Mobile)
+962 777 44 5555 (Int'l Mobile)
**Internet Email:**
TimothyBMills@aol.com

BY E-MAIL: compensation_iraq@yahoo.com

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
Ministry of Justice, Republic of Iraq
Baghdad, Iraq

**SUBJECT:** **Engagement of Maggs & McDermott:**
*Wye Oak Technology Inc. v. Republic of Iraq*
U.S. District Court, Eastern District of Virginia
Civil Action No. 09-0793-AJT

Dear Acting Director General Omar Ghassan Jamil Al-Wiswasi:

Maggs & McDermott, LLC (the "Firm") gratefully acknowledges and accepts the decision of the
Ministry of Justice and the Legal Consultation Bureau that the Firm shall represent and defend
the Government of Iraq in the above-referenced case.

We shall act as counsel for the Republic of Iraq in accordance with the mutual understandings set
forth in this letter. It is agreed that, as has always been the case, we will present our invoices for
our representation of the Republic of Iraq only to the Legal Department of the Ministry of Justice
for approval by the Legal Consultation Bureau and, upon approval, payment by the Ministry of
Justice.

This engagement agreement pertains to all of the professional services provided in connection
with defense of the claims in this case, commencing as 18 February 2010.

In accordance with the Firm's business practices and ethical requirements and considerations
under the rules of professional conduct for the jurisdictions in which the Firm practices, we wish
to ensure through this letter a common understanding between the Government of the new
Republic of Iraq and the Firm of the terms of this representation.



Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:    *Engagement of Maggs & McDermott –*
              *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
20 February 2010
Page 2 of 11

Accordingly, I have enclosed a statement describing the revised standard terms of engagement for legal services to be provided by the Firm (the "Revised Standard Terms"), as previously agreed between the Ministry and our Firm in all of our previous representation of the Republic of Iraq and its Ministries.

As before, the Revised Standard Terms cover such matters as our procedure for handling potential conflicts of interest, fees, costs and expenses, billing arrangements and terms of payment. Please note, however, that the Standard Terms are supplemented and modified by: (i) the Supplemental Terms of Conditions also described in the statement; and (ii) the mutually-agreed understandings expressed in this letter.

Please review this letter and the enclosed Revised Standard Terms carefully to ensure that all is in accord with the Ministry's agreement.

## Legal Defense Team

I and other experienced litigators associated with the Firm will be part of the defense team. Associates and staff attorneys, paralegals, specialists and other professionals also will be involved in the defense. Our legal team already is knowledgeable of the issues of law and fact that will bear on the defense of the claims at issue in this complex litigation.

## Business Terms – Fees, Expenses, Invoicing and Payment

### Fees and Expenses

As explained more fully in the Revised Standard Terms, the Firm will determine legal fees based on our hourly billing rates in effect when the work is performed and the number of hours worked by each attorney. The hourly billing rate for Mr. Mills is $650 per hour. Billing rates for other partners range between $425 and $550 per hour. Associate attorneys and legal assistants working on the case will also be billed at rates commensurate with their seniority. Hourly billing rates for associate attorneys range from US$150 to US$400, and legal assistants from US$50 to US$210.

In addition to our fees for legal services, we also charge separately for certain costs and expenses as described in the enclosed statement.

### Retainer (Advance Payment), Invoicing and Payments

*The Firm requires a retainer (advance payment) in the total amount of US$50,000 for our representation in this case.*

This retainer amount will be held in the Firm's trust account, and will be applied against billing as they occur. We will invoice the Ministry for the fees and expenses incurred, so as to replenish

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:   *Engagement of Maggs & McDermott –*
             *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
20 February 2010
Page 3 of 11

the retainer balance during the course of the litigation. At the conclusion of this litigation, we will apply the final bill to the retainer balance, and, if a remainder balance exists then, such remainder will be returned to the Ministry.

We understand that the Ministry we will arrange for the advance payment to be sent to us as soon as the Ministry receives this Engagement Letter.

### Invoicing and Payments

Maggs & McDermott will present statements (invoices) to the Ministry (as set forth in the Supplemental Terms) either: (a) when unbilled incurred fees and expenses total at least US$25,000, or (b) monthly, whichever occurs first. The statements will detail the effort and expenses associated with the defense effort. Fees will be itemized to show the work performed and time spent per time-keeper.

The Ministry will make payment of the retainer (advance payment) and the Firm's invoices by wire transfer of funds (in United States dollars) to the account of Maggs & McDermott by the payment due date, in accordance with banking instructions on the invoices.

**The Firm asks that the Ministry accomplish the wire transfer of the US$50,000 retainer advance payment as soon as practicable, per the following banking/wire transfer instructions:**

| | |
|---|---|
| US Correspondent Bank: | Bank of America |
| SWIFT Code: | BOFAUS3N |
| US ABA Routing #: | 026009593 |
| Further Credit to: | Central Jersey Bank, NA |
| ABA Routing #: | 021213180 |
| Final Credit to: | Maggs & McDermott Iolta Account, Attorney Trust Account |
| Account # | 2000000824 |
| Reference | Iraq Ministry of Justice/Wye Oak Technology, Inc. |

The Firm asks that the Ministry endeavor to pay each of the Firm's invoices by wire transfer within fifteen (15) days of receipt of the invoice. It is agreed by the Ministry and the Firm, however, that wire transfer payment in full of each is due to be received in the account of Maggs & McDermott by not later than thirty (30) days after delivery of each invoice to the Ministry, by e-mail, addressed as above.

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:    *Engagement of Maggs & McDermott –*
                 *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
20 February 2010
Page 4 of 11

## Designation of Ministry Point of Contact (Authorization of Positions, Pleadings and Communications)

The Firm wishes to establish a process that ensures timely response by the Government of Iraq. We request that either you, or another designated official with authority to act for the Government of Iraq on our recommendations, be our point of contact. Strict deadlines are set by law, Federal procedural rules and court orders for making filings by certain fixed, established deadlines. Serious adverse consequences can result if a litigant fails to bring motions or make other required filings by those deadlines. Thus, it is critically important that we and the Ministry work together to establish an agreed protocol/procedure by which the Firm will submit proposed substantive motions (and other filings) for review, comment and, ultimately, approval of the final work product by the new Government of Iraq, within the deadlines established by law, rule or court order.

## Scope of Representation

The Firm agrees that, upon the Ministry's approval of this engagement, the Firm will:

1.     Mount the defense in accordance with instructions from the Ministry, through your office.

2.     Obtain, through you, the Ministry's approval of any revision to the approved strategy before pursuing the strategy.

3.     To give effect to the approved strategy, prepare appropriate substantive motions and other substantive pleadings and communications (such as letters to Plaintiffs counsel or the Court), in draft form, and submit the draft motions, submissions and communications to the Ministry, through you, for approval by the Ministry and any other organs of the new Government of Iraq as the Ministry may determine may be appropriate, prior to any filing, dispatch or other public disclosure. Again, this process must be expeditious, especially when the Court requires filings within a short period of time.

## Consent by the Ministry of Justice to the Firm's Withdrawal as Counsel Upon Delinquency in Payment

The Ministry and the Firm agree that should payment of one of the Firm's invoices become delinquent (*that is,* not be paid within 30 days of presentation of the invoice to the Ministry), then: (i) the Firm shall have the option, in its sole discretion, to take all actions necessary to withdraw as counsel to the Government of the Republic of Iraq in this litigation (including the filing with the court of a Notice/Motion to Strike Appearance and/or Withdraw (the "Withdrawal Motion(s)"); and (ii) the Government of Iraq shall not oppose such Withdrawal Motion.

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:    *Engagement of Maggs & McDermott –*
            *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
20 February 2010
Page 5 of 11

## Application of Terms to All Work in This Case

The mutually-agreed understanding expressed in this letter as well as the Revised Standard
Terms will apply to any future work we undertake for the Ministry in this case, unless mutually
agreed otherwise, in writing, by the Parties.

    *    *    *    *    *

As always, we remain available to you and His Excellency the Minister to address any questions
that may arise.

The Firm does ask that the Ministry evidence our mutual agreement by signing and returning a
fully-executed original of this letter to us, either by DHL or Federal Express or by hand.

We look forward to being of service to you and your Esteemed Ministry in the defense and
resolution of these claims.

Sincerely,

### MAGGS & McDERMOTT, LLC

   /s/    *Timothy B. Mills*

By:  Timothy B. Mills
   Partner

The foregoing understandings in this letter and the Revised Standard Terms are agreed to this
_____ day of _____, 2010 by:

### MINISTRY OF JUSTICE, REPUBLIC OF IRAQ

By: _____

   Omar Ghassan Jamil Al-Wiswasi
   Acting Director General, Legal Department
   Ministry of Justice, Republic of Iraq

Enclosure
Revised Standard Terms and Conditions

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:    *Engagement of Maggs & McDermott –*
           *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
20 February 2010
Page 6 of 11

## MAGGS & McDERMOTT, LLC

## Revised Standard Terms of Engagement for Legal Services

I appreciate your selection of Maggs & McDermott, LLC (the "Firm") to represent you. The
purpose of this statement is to provide you with important information about the scope of this
engagement, our fees and billing policies, and other terms that will govern our relationship.
While we do not wish to begin this relationship on an unduly formal footing, it has been our
experience that this statement is helpful to both the client and the Firm

Unless modified by the engagement letter forwarded along with this enclosure, this statement
sets forth the standard terms of our engagement as your lawyers. We therefore ask that you
carefully review it to ensure that it comports with your understanding of our respective
responsibilities. If you have any questions concerning the matters discussed below, please
contact us promptly so that we may address them with you. We suggest that you retain a copy of
this statement with your signed copy of the accompanying engagement letter, as these terms will
be an integral part of our agreement with you.

### The Scope of Our Engagement

The accompanying engagement letter describes the work we are to perform on your behalf. We
want you to have a clear understanding of the legal services we will provide, and encourage you
to review the letter and to discuss with us any questions you may have concerning these services

We will at all times act on your behalf to the best of our ability. During the course of our
representation, you may seek our professional opinion regarding the likely outcome of your legal
matters. Any expressions (solicited or otherwise) on our part concerning such possible outcomes
are expressions of our best professional judgment, but are not guarantees.

Before we begin representing a particular client, we try to determine whether there are any
conflicts of interest that would interfere with our representation of that client's interests. We
have made these inquiries and have determined that no conflict of interest exists. We similarly
ask you to notify us if you become aware of any potential conflicts of interest. If either you or
we conclude that our representation should or must be terminated, we will do our best to protect
your interests by assisting in providing a smooth transition to new counsel

It is our policy that we represent only the person or entity that is specifically identified in our
accompanying engagement letter and not any affiliates of that person or entity. This means that if
you are a corporation or partnership, or governmental agency or department, our engagement
does not include representation of any parents, subsidiaries or affiliates, or other agencies or
departments. Nor does it include representation of any employees, officers, directors,

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:   *Engagement of Maggs & McDermott –*
            *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
20 February 2010
Page 7 of 11

shareholders of the corporation or partners of the partnership, or agency or department, or commonly owned corporations, joint ventures or other corporate, governmental or contractual affiliates or partnerships. If you are an association, our representation does not include representation of any of your individual members.

It is also our policy that the attorney-client relationship will terminate upon our completion of any services that you have retained us to perform. We hope, of course, that you will choose to retain our Firm to perform further or additional services. Should you do so, our attorney-client relationship will be re-established subject to these terms of engagement, as they may be supplemented at that time.

## Who Will Provide the Legal Services

Your representation will be supervised by the principal attorney specified in the accompanying engagement letter. Subject to the principal attorney's supervision, other lawyers, in-house specialists and consultants and/or legal assistants (paralegals) in the Firm may perform services on your behalf. The staffing decisions are made by the principal attorney with the objective of rendering timely and cost-effective services to you. Whenever practicable, we will advise you of the names of those attorneys, in-house specialists and consultants and legal assistants who work on your matters.

## How Fees Will Be Set

Fees for services rendered will be based on the reasonable value of those services as determined in accordance with the codes of professional responsibility for the jurisdictions in which we practice. Fees will be based primarily on our standard hourly billing rates in effect at the time the work is performed and the numbers of hours worked. Each attorney, legal assistant (paralegal), law clerk, and in-house specialist and consultant is assigned a standard hourly billing rate, based on the person's experience, years of practice, special expertise, and professional achievement. The accompanying engagement letter details the current billing rates of the persons most likely to perform the primary services on your behalf. The Firm typically adjusts these rates on an annual basis to reflect current levels of legal experience, changes in overhead costs and other factors.

Time for which a client will be charged will include, among other things, telephone and office conferences with the client, witnesses, consultants, court personnel and others; conferences among our legal personnel; factual investigations; legal research; preparation of responses to clients' requests for us to provide information to their auditors; drafting of letters, pleadings, briefs, memoranda and other documents; travel time; and time in depositions, other discovery proceedings and in court. We charge our time in units of one tenth of an hour.

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:    *Engagement of Maggs & McDermott –*
            *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
20 February 2010
Page 8 of 11

We are often requested to estimate the amount of fees and costs likely to be incurred in
connection with a particular matter. Whenever possible we will furnish an estimate based upon
our professional judgment, but always with a clear understanding that it is not a maximum or
fixed fee quotation. All estimates are subject to unforeseen circumstances and are by their nature
inexact.

## Costs and Expenses

In addition to our fees for legal services, we also charge separately for certain costs and expenses
incurred in performing those services. These expenses may include costs of telecommunications,
photocopying, messenger and delivery service, computerized research, travel, long-distance
telephone calls, telecopying, filing fees, staff overtime expenses and other similar costs and
expenses. Certain of these items may be charged at more than our direct cost to cover our
overhead. Unless special arrangements are made at the outset, fees and expenses of experts and
consultants will be the responsibility of, and will be billed directly to, the client.

Our policy requires other out-of-pocket charges in the amount of $250 or more to be billed and
paid by you to the Firm before the supplier can be paid. Because our ability to render legal
services on your behalf is often dependent upon the services of these suppliers, prompt payment
of these invoices is particularly important. When we are asked to undertake matters that will
involve significant out-of-pocket expenses, we will ask you to provide us, in advance, with funds
to cover the anticipated expenses.

We reserve the right to make at your expense and retain copies of all documents generated or
received by us in the course of our representation. When you request documents from us, copies
that we generate shall also be made at your expense, including both professional fees for time
expended in reviewing files to be copied and reproduction costs.

## Billing Arrangements and Terms of Payment

We will bill you on a regular basis, ordinarily each month, for both fees and costs and expenses.
We generally send our statements in the second half of the month following the month to which
the bill relates. Our statements are payable upon presentation.

It is our general policy to ask for an advance payment (which we sometimes refer to as a retainer
or a deposit) against which we will charge our fees and expenses. Such advance payments are
not refundable unless mutually agreed otherwise by you and the firm. Agreed upon amounts for
monthly representation or for specific assignments are not considered "advance payments."

We will notify you promptly if your account becomes delinquent, and you agree to bring the
account or the advance deposit current when so notified. If the delinquency continues and you
do not arrange satisfactory payment terms, we reserve the right to postpone or defer providing

Omar Ghassan Jamil Al-Wiswasi
Acting Director General, Legal Department
SUBJECT:    *Engagement of Maggs & McDermott –*
            *Wye Oak Technology, Inc. v. Republic of Iraq et al.*
26 February 2010
Page 9 of 11

additional services or to withdraw from the representation and pursue collection of your account.
If collection activities are necessary, you agree to pay to us any costs we may incur in collecting
the debt, including court costs, filing fees and a reasonable attorney's fee.

## Termination of Representation

You may terminate our representation at any time, with or without cause, by notifying us. If
such termination occurs, upon your request, we will promptly return to you any papers or
property that you have given to us, subject to our rights, where permitted by applicable rules of
professional conduct, to retain such papers or property as security for the payment of any
outstanding fees, costs or expenses. We will retain our own work-product pertaining to the case
for a reasonable period of time after such termination. It is our general policy not to retain
copies of files or other records relating to an engagement for more than five years after
completion of the services you have asked us to perform. Thereafter, we destroy those files
unless the client tells us otherwise. If you want us to keep files for a longer period of time,
please tell us. Your termination of our services will not affect your responsibility for payment of
legal services rendered and costs and expenses incurred before termination and in connection
with an orderly transition of the matter. In terms of a retainer relationship where a minimum
period of retention is agreed to, early termination will not absolve you of your responsibility for
all agreed to fees for the specified time period.

We are subject to the rules of professional responsibility for the jurisdictions in which we
practice, which list several types of conduct or circumstances that require or allow us to
withdraw from representing a client, including for example: nonpayment of fees or costs,
misrepresentation of or failure to disclose material facts, action contrary to our advice, conflict of
interest with another client or, if in our judgment, any fact or circumstance would render our
continuing representation unlawful or unethical. If withdrawal ever becomes necessary, we will
take all reasonable measures to ensure a smooth transition to new counsel. Your signature on the
engagement letter accompanying this statement constitutes your agreement not to contest our
motion to withdraw from any court or administrative proceeding in these circumstances.

## Insurance Coverage

It is possible that you may have insurance policies relating to a matter with respect to which you
request our assistance. You should carefully check all policies and, if coverage may be
available, notify the insurance company about the matters as soon as possible. We do not
undertake any responsibility to advise you as to the existence, applicability or availability of
insurance coverage for any of the matters to be handled by us unless you have provided us with
copies of your policies of insurance and expressly request our advice as to potential coverage
under those policies. If an insurance company undertakes the payment of any portion of our
statements, you will still remain responsible for any amounts not paid by the insurance company