UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                         |                                      |
|-----------------------------------------|--------------------------------------|
| **MILLS LAW GROUP LLP,**                |                                      |
| Plaintiff,                              |                                      |
| vs.                                     | Civil Action No. 22-cv-03323-RCL     |
| **REPUBLIC OF IRAQ,** *et al.*,         |                                      |
| Defendant(s).                           |                                      |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 24th day of January, 2023 that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) the Republic of Iraq and the Ministry of Justice of the Republic of Iraq ("Defendants"), were served in accordance and compliance with the service provisions of the U.S. Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), by sending a copy of the summons and complaint and a notice of suit and other related papers, together with a translation of each into Arabic (the official language of the Republic of Iraq) (the "Service Papers"), by Federal Express delivery requiring signed receipt, addressed and dispatched by the Clerk of the Court to the Minister of Foreign Affairs of the Republic of Iraq (the "Minister of Foreign Affairs"), as the head of the Republic of Iraq Ministry of Foreign Affairs (*see* Certificate of Clerk of Mailing [ECF #8]), and that on Wednesday, 23 November 2022 the Service Documents were served by Federal Express on the Minister of Foreign Affairs by way of receipt of the Service Documents by "R. Sadoun, front desk receptionist." *See* [ECF #9] (Proof of Service by Foreign Mailing), Annex 2 (Federal Express tracking documentation) at p2. *See also* 28 U.S.C. § 1608(c)(2).

The authority for obtaining for obtaining personal jurisdiction over Defendants outside the District of Columbia is 28 U.S.C. § 1608.

[THIS SPACE INTENTIONALLY LEFT BLANK]

I further certify under penalty of perjury that: no appearance has been entered by said Defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiff; and no extension has been given and the time for filing has expired; and neither of Defendants are an infant nor an incompetent person.

The Clerk is requested to enter a Default against said Defendants.

Date: January 24, 2023                    Respectfully submitted,

**MILLS LAW GROUP LLP**
By: **/s/ *Timothy B. Mills***
Timothy B. Mills
D.C. Bar No. 425209
800 Connecticut Avenue N.W., Suite 300
Washington, DC 20006
Telephone: (202) 457-8090
Fax: (202) 478-5081
timothy.mills@mills-lawgrp.com
***Lead Counsel for Plaintiff Mills Law Group LLP***