Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

MILLS LAW GROUP LLP

        Plaintiff(s)

        Civil Action: 22-cv-03323-RCL

v.

REPUBLIC OF IRAQ, et al

        Defendant(s)

**RE:** REPUBLIC OF IRAQ and MINISTRY OF JUSTICE OF THE REPUBLIC OF IRAQ

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 23, 2022, and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of January, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens

Deputy Clerk