**ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| 15 Nov 2022 | TO:<br>MinJus<br><br>FM:<br>MLG | As set forth in Annex A to Motion for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices. | **(i) Exhibit ABS-1** to Second Certificate of Authenticity of Domestic Business Records (Exhibit 2 to Plaintiff's Motion for Leave to File Plaintiff's Business Records Under Seal) (hereinafter "Second Certificate") (Second Certificate at pp. 500-946):<br>True and correct copy of subject email.<br>**(ii) Subject Matter/Communication:**<br>Subject:<br>(1) Congratulation to new Minister of Justice Khalid Shwani on His Appointment as Minister of Justice for the Republic of Iraq; | No response. |

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| (1)<br>Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent MLG Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
| | | | (2) Request for Minister of Justice's Urgent Attention to the Matter of Payment of $4,025,495.65 in Delinquent Invoices for Legal Fees and Expenses Pending Since 2019; (3) Request for Meeting in Baghdad at Earliest Opportunity to Resolve Ministry of Justice's Delinquency in Light of Fees Collection Lawsuit Now Pending in United States Court in Washington, D.C.<br><br>Communication:<br>"[Y]our predecessor Ministry of Justice and the current Director General of the Legal Department of the Ministry have acted with utmost, inexcusable irresponsibility toward | |

ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT

Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | me and my law firm for more than three years – from October 2019 through now – by purposefully and inexcusably not paying *any* of my law firm's invoices now totaling **US$4,025,495.65 (four million, twenty-five thousand four hundred and ninety-five United States dollars and 65 cents)** for legal services and expenses incurred on behalf of the Republic of Iraq and the Ministry of Defense in the matter of the case of *Wye Oak Technologies, Inc. v. Republic of Iraq* (the "*Wye Oak* Litigation"). Throughout the last three years, we have continually urged your predecessor Minister of Justice and the Legal Department | |

<table>
<tr><td colspan="5" style="text-align:center"><strong>ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br><br><strong>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each <em>Wye Oak</em> Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices</strong><br><br>(as of 28 October 2023)</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | Director General to cure this outrageous breach by paying our invoices. Your predecessor Minister and the Legal Department Director General have ignored our requests – failing to reply and failing to pay even one of our invoices. In October 2020, we escalated this matter to the then-Prime Minister, His Excellency Mustafa al-Khadimi. Again, we received no response and no payment. . . .<br><br>I, my law firm and our co-counsel in the *Wye Oak* Litigation have been so gravely harmed by these actions and inactions by all concerned within the Republic of Iraq that we have been | |

| ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party\*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | left with no choice but to take this matter to Court in the United States. We have filed our Complaint with the United States District Court for the District of Columbia, and are serving the lawsuit on the Minister of Foreign Affairs. *See* Summons and Complaint and Arabic translations (attached).<br><br>We must – and will – take every action necessary for us to prevail in the lawsuit and collect the entire US$4,025,495.65, plus interest, plus attorneys fees and expenses that we have and will incur in pursuing this collection matter. And, prevail we will. | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | 1(i) Exhibit No.<br>(4)<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
|  |  |  | Your Excellency has the power and authority to correct this wrong by doing what has always been the right thing – even though your predecessor Minister of Justice did not—that is, pay in full the US$4,025,495.65 now.<br><br>I am prepared to come to Baghdad at your invitation, with the goal of amicably and mutually satisfactorily resolving all differences between Your Excellent Ministry and my law firm, Mills Law Group LLP of Washington, D.C.<br><br>Please let me have your response (by email) by not later than Thursday, 24 November 2022." |  |

| ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | Emphasis in original.<br><br>Attachments<br>1. 29 October 2020 correspondence with then-Prime Minister, His Excellency Mustafa al-Khadimi<br>2. A. Summons and Complaint (Court-filed);<br>B. Summons and Complaint (Arabic translations) | |
| 17 Nov 2022 | TO:<br>MinJus<br><br>FM:<br>MLG | As set forth in Annex A to Motion for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred | **(i) Exhibit ABS-2** to Second Certificate [ECF No. 13-2 at pp. 947-1361]:<br>True and correct copy of subject email. | No response. |

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices. | **(ii) Subject Matter/Communication:**<br><u>Subject</u>:<br>*Mills Law Group LLP v. Republic of Iraq and Ministry of Justice*<br>US District Court for the District of Columbia Civil Action No. 22-cv-03323-RCL – Notification of:<br>(1) Filed Breach of Contract Lawsuit ($4,025,495.65 in Delinquent Invoices for Legal Fees and Expenses);<br>(2) Service of Summons & Complaint<br><br><u>Communication</u>:<br>"By this email, we notify the Ministry of Justice and the Republic of Iraq that: | |

**ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | 1. We formally filed this lawsuit in the U.S. District Court for the District of Columbia on 30 October 2022; consequently, the lawsuit is now pending before U.S. District Judge Royce Lamberth (the same judge who is presiding over the ongoing *Wye Oak Technologies v. Iraq* litigation (to which pertain our $4,025,495.65 in invoices unpaid by MoJ); and<br><br>2. We have caused the Clerk of the Court to serve the Summons and Complaint in the lawsuit on His Excellency the Minister of Foreign Affairs (MoFA), by way of Federal Express that will be delivered to MoFA in Baghdad within the next 4-6 | |

<table>
<tr><td colspan="5" align="center"><b>ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each <i>Wye Oak</i> Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023)</b></td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | 1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | days. *See* U.S. District Court Clerk's Certificate of Mailing of Summons, Complaint, Notice of Suit, etc. and Arabic Translations thereof to Iraq Minister of Foreign Affairs [<u>filename</u>: mlg v iraq clerk's cert of mailing summons+compl+ntc of suit [8] 15nov22.pdf].<br><br>As a matter of professional courtesy, now we provide you with English and Arabic copies (attached) of:<br><br>-(i) The Summons issued by the U.S. District Court . . .;<br>(ii) The Court-mandated "Notice of Right to Content to Trial Before a United States Magistrate Judge," and | |

**ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | "Notice, Consent and Reference of a Civil Action to a Magistrate Judge" . . .; (iii) The Related Case Notice we filed with the Complaint . . . ; (iv) The Notice of Suit required by the U.S. Foreign Sovereign Immunities Act (FSIA) . . .. **Your Excellency has the power and authority to settle this lawsuit *now* – without experiencing the further serious complications to Iraq and the Ministry of Justice that will occur as a consequence of this litigation – by paying us the US$4,025,495.65 in full *now*.** Among other things, by doing so *now*, Iraq | |

<table>
<tr><td colspan="5">**ANNEX B SUPPLEMENT IN SUPPORT OF**<br>**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**Supplemental Chronological History of Mills Law Group-Iraq Communications**<br>**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**<br>**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**<br>**(1) All Presented Invoices and Payment Demands, and**<br>**(2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 28 October 2023)</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>and the Ministry of Justice will relieve itself having to come to the U.S. District Court and face U.S. District Judge Royce Lamberth (the same judge that sanctioned Iraq and the Ministry of Defense withholding evidence from us as defense counsel, from Wye Oak and from the Court, and entered judgment against Iraq and the Ministry of Defense accordingly in the *Wye Oak* case).<br><br>I am prepared to come to Baghdad at your written invitation, with the goal of amicably and mutually satisfactorily resolving all differences between Your Excellent Ministry and</td>
<td></td>
</tr>
</table>

<table>
<tr><td colspan="5" align="center"><b>ANNEX B SUPPLEMENT IN SUPPORT OF<br/>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br/><br/><b>Supplemental Chronological History of Mills Law Group-Iraq Communications<br/>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br/>Each <i>Wye Oak</i> Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br/>(1) All Presented Invoices and Payment Demands, and<br/>(2) Iraq Failure to Object to Presented Invoices</b><br/><br/>(as of 28 October 2023)</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | 1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | my law firm, Mills Law Group LLP of Washington, D.C.<br><br>Please let me have your written response by not later than Thursday, 24 November 2022.<br><br>(Emphasis in original.) | |
| 31 Jan 2023 | TO:<br>MinJus<br>MoJ<br><br>FM:<br>MLG | As set forth in Annex A to Motion for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred Litigation Cost Invoices; and | **(i) Exhibit ABS-3** to Second Certificate (Second Certificate at pp. 1362-1370):<br>True and correct copy of subject email.<br><br>**(ii) Subject Matter/Communication:**<br>Subject: | 1. No objection made by Defendants to any MLG invoice or claims;<br><br>2. Defendants continued default in obligation to appear in Court and respond to the Complaint. No |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each _Wye Oak_ Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
|  |  | (ii) All MLG Wye Oak Legal Fees Invoices. | _Mills Law Group LLP v. Republic of Iraq and Ministry of Justice_ US District Court for the District of Columbia Civil Action No. 22-cv-03323-RCL – Notification of: (1) The Court's Entry of Iraq's and MoJ's Default in Answering/Responding to the Mills Law Complaint for Breach of Contract: Failure to Answer/Respond to Complaint by 22 January 2023; (2) Forthcoming Entry by Court of Default Judgment Against Iraq and MoJ for: (i) Delinquent Invoices . . .; (ii) Pre-Judgment Interest . . . ; and | communication or action whatsoever on the part of Defendants to do so.<br><br>On 15 Feb 2023, MoJ Legal Department DG communicated by email solely as follows:<br><br>"Reference to your email dated 31st of January 2023, I would like to inform you that, your fees are pending before the High authorities and I will inform you the result as soon as possible. |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | (iii) Attorneys Fees and Costs of Collection Lawsuit<br>(iv) Post-Judgment Interest at a Rate of More than 7% Per Annum;<br>(3) Failure of Iraq and MoD to Respond to Prior Invitation to Settlement Discussions: Settlement and Dismissal of Mills Law Group Lawsuit Available Through Payment by Not Later than Tuesday, 14 February 2023 of:<br>(i) Delinquent Invoices . . .;<br>(ii) Pre-Judgment Interest . . .; and<br>(iii) Only as a Matter of Settlement Consideration: Partial Attorneys Fees and Costs of Collection Lawsuit . . .<br><br>Communication: | Thank you for your cooperation."<br><br>*See* row immediately below re **Exhibit ABS-4.** |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party\*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>"On 6 December 2023, we notified you that:<br><br>1. On 23 November 2023, the Clerk of the Court made legally effective service on the Minister of Foreign Affairs of all required service documents for the Mills Law Group lawsuit against Iraq and the Ministry of Justice ("MoJ");<br><br>2. The Republic of Iraq's ("Iraq") and MoJ must file their answer/response to the Complaint with the Court by not later than 22 January 2023; and</td>
<td></td>
</tr>
</table>

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | 3. If Iraq and MoJ fail to answer/respond to our Complaint by 22 January 2023, Iraq and MoJ will be in default, and the Court then will record a default judgment against Iraq and MoJ and in favor of Mills Law Group.<br><br>We also:<br><br>A. Noted to you that our lawsuit is for breach by the Ministry of Justice of the contractual obligation to pay our invoices in the *Wye Oak* litigation in the amount of $4,025,495.65, plus pre-judgment interest (now in the amount of more than $655,500.00), plus attorneys fees and costs of bringing | |

<table>
<tr><td colspan="5"><strong>ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br><br><strong>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each <em>Wye Oak</em> Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices</strong><br><br>(as of 28 October 2023)</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | the lawsuit, which now are in the range of approximately $250,000; and<br><br>B. Urged Your Excellency to act responsibly and avert this litigation (including the significant cost of Iraq and MOJ hiring new lawyers to appear in this litigation) simply by now paying the delinquent $4,025,495.65.<br><br>We also have offered to come to Baghdad to sign a final settlement agreement in connection with full payment.<br><br>On 22 January 2023, Iraq and MoJ defaulted on their obligation to answer/respond to the Complaint. | |

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices (as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1) Date of Communication** | **(2) Addressees and Sending Party*/** | **(3) Pertinent MLG Invoices** | **(4) 1(i) Exhibit No. (ii) Subject/Communication** | **(5) Response (if any)** |
| | | | Accordingly, on 24 January 2023, the Court found Iraq and MoJ to be in default. *See* Clerk's Entry of Default [Docket Entry #11] (attached). Very promptly, the Court will grant a default judgment against Iraq and MoJ and in favor of Mills Law Group will follow for the following: (i) . . . the full amount of the delinquent Mills Law Group Invoices; (ii) More than $655,500.00 (in pre-judgment interest); and | |

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | (iii) ~$250,000 (in attorneys fees and costs, as provided in the Mills Law Group-MoJ engagement letter).<br><br>*   *   *<br><br>**In light of these developments, we respectfully urge you to immediately settle this matter – once and for all – by paying Mills Law Group the following sums by not later than Tuesday, 14 February 2023 . . ..**<br><br>Once again, we confirm to Your Excellency that we are ready, willing and able to come to Baghdad to sign a final settlement agreement, immediately upon Your Excellency | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
<tr>
<td>

**(1)**
**Date of**
**Communication**

</td>
<td>

**(2)**
**Addressees and**
**Sending Party*/**

</td>
<td>

**(3)**
**Pertinent MLG**
**Invoices**

</td>
<td>

**(4)**
**1(i) Exhibit No.**
**(ii) Subject/Communication**

</td>
<td>

**(5)**
**Response**
**(if any)**

</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>

representing to us (in writing) that the Republic of Iraq and MoJ have agreed to settle this dispute by remitting by wire the full amount of the Settlement Payment to the Mills Law Group bank account by not later than Tuesday, 14 February 2023.

Please let us hear from you by Wednesday, 1 February 2023."

</td>
<td></td>
</tr>
<tr>
<td>15 Feb 2023</td>
<td>

TO: MLG

FM:
MoJ

</td>
<td>

As set forth in Annex A to Motion for Entry of Default Judgment
(i) All MLG Wye Oak Incurred

</td>
<td>

**(i) Exhibit ABS-4** to Second Certificate (Second Certificate at pp. 1371-1380):

**(ii) Subject Matter/Communication:**
Subject:
Wye Oak Case

</td>
<td>

*See* MLG response on 9 May 2023 (row below re **Exhibit ABS-5**).

</td>
</tr>
</table>

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
<tr>
<th>(1)<br>Date of<br>Communication</th>
<th>(2)<br>Addressees and<br>Sending Party*/</th>
<th>(3)<br>Pertinent MLG<br>Invoices</th>
<th>(4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication</th>
<th>(5)<br>Response<br>(if any)</th>
</tr>
<tr>
<td></td>
<td></td>
<td>Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices.</td>
<td>Communications:<br>As noted immediately above, solely:<br><br>"Reference to your email dated 31st of January 2023,<br><br>I would like to inform you that ,your fees are pending before the High authorities and I will inform you the result as soon as possible."<br><br>Thank you for your cooperation."</td>
<td></td>
</tr>
<tr>
<td>9 May 2023</td>
<td>TO: MLG<br><br>FM:<br>MoJ</td>
<td>MoJ administrative advisement communication of removal from office</td>
<td>**(i) Exhibit ABS-5** to Second Certificate (Second Certificate at pp. 1381-1382):</td>
<td>MLG Response:<br>22 May 2023<br>(**Exhibit ABS-6**, *infra*)</td>
</tr>
</table>

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | of MoJ Legal Department then-Director General Hanan Nisaef (aka Nassif). *See* extract of MoJ communication in Column 4 of this row of this Annex at the immediate right. | **(ii) Subject Matter/Communication:**<br><br>Sub: Clarification<br>Date: 9th of May 2023<br><br>I would like to inform you that Hanan Munther Nisaef no longer holds the position of General Director of the Legal Department and Mr. (Haitham Muhi Radhi AL Sedi) is the General Director for the Legal Department in the Ministry of Justice now. Also, Dr. (Ali Septy Boty) has no link to the foreign litigations department now.<br><br>So I hope you do not CC their email in your correspondence. | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
</table>

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | Thank you for your cooperation.<br>Best regards.<br>Haitham Muhi Radhi Al Sedi<br>General Director<br>Legal Department<br>Ministry of Justice<br>Republic of Iraq | |
| 22 May 2023 | TO:<br>MoJ<br><br>FM:<br>MLG | MLG response to MoJ administrative advisement communication (Exhibit ABS-5, supra). | **(i) Exhibit ABS-6** to Second Certificate (Second Certificate at pp. 1383-1385):<br><br>**(ii) Subject Matter/Communication:**<br><br>Dear Director General Haitham Muhi Radhi Al-Sedi: | MoJ email dated 8 August 2023 (Exhibit ABS-10, *infra*) |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
</table>

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | On behalf of Mills Law Group LLP, Attorneys-at-Law, Washington, D.C., I acknowledge your direction that former Legal Department Director General Hanan Munther Nisaef shall not be emailed by us, either directly or by way of cc:. We shall strictly adhere to your direction. Faithfully yours, Timothy B. Mills Managing Partner Mills Law Group LLP Attorneys at Law Washington, D.C. | |

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| 15 June 2023 | TO: MoJ FM: MLG | As set forth in Annex A to Motion for Entry of Default Judgment (i) All MLG Wye Oak Incurred Litigation Cost Invoices; and (ii) All MLG Wye Oak Legal Fees Invoices. | **(i) Exhibit ABS-7** to Second Certificate (Second Certificate at pp. 1386-1402): **(ii) Subject Matter/Communication:** TO: Haitham Muhi Radhi Al Sedi Director General Legal Department Ministry of Justice Republic of Iraq We refer to your letter of 9 May 2023 [Exhibit ABS-5, *supra*] by which you advised us of your assumption of duties as the new Director General of the Legal Department of the Ministry | MoJ email dated 18 June 2023 (Exhibit ABS-8, *infra*). |

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | of Justice. Please allow me to extend to you my personal congratulations on your promotion to this very important position, and my sincere warmest wishes for your success.<br><br>We also refer to our email of 31 January 2023 to His Excellency the Minister of Justice Khalid Shwani and to the Legal Department (Subject: *Mills Law Group LLP v. Republic of Iraq et al.*: (1) Court Clerk's Entry of Default; (2) Forthcoming Default Judgment of ~$5 Million; (3) Settlement Demand ($4,855,995.65), in which we communicated to His Excellency the Minister that we have sued Iraq and the Ministry of Justice | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
</table>

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | because the Ministry and the Government of Iraq because the Ministry did not pay any of our invoices dating back to 2019 for our representation of Iraq and the Ministry of Defense in the *Wye Oak v. Iraq* litigation in the Federal Courts in Washington D.C. **I attach our 31 January 2023 email for your ease of reference.** [Exhibit ABS-3, *infra*]        *    *    * However, I have negative remarks concerning the previous administration of your Legal Department, which I have already explained in letters to numerous senior officials in the Ministry of Justice | |

| ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party\*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | (MoJ), including the MoJ General Inspector and successive Ministers of Justice. Your immediate predecessor – the former Legal Department Director General – since 2019 deliberately did not pay *any* our invoices for *Wye Oak* litigation legal services – which exceed US$4,000,000 (four million United States Dollars). And the former Director General had no cause whatsoever for this very grave breach of Iraq's contractual obligations to pay each invoice within 60 days of our presentment of each invoice. Nor did the former Legal Department Director General (or anyone else in the Ministry or the Government of Iraq) state or tell me or give any reason | |

ABS-29

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | whatsoever for this egregious non-payment – even continuing until today. | |
| | | | With deep regret, these intentionally illegal actions on the part of your predecessor Director General has compelled me and our law firm to bring this matter to the U.S. Court to recover my due fees through this legal action against Iraq and MoJ. | |
| | | | We are ready to cooperate with you, as the new DG of the MoJ Legal Office to mutually achieve resolution of this very serious matter by way of MoJ meeting our demand for payment of $4,855,955.65 we communicated to | |

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
</table>

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | His Excellency on 31 January 2023 (as mentioned above). I personally am ready to resume our excellent legal representation of Iraq and its entities upon our receipt of the $4,855,955.65.<br><br>Please immediately acknowledge to us your receipt this communication by way of reply email. Please let us have His Excellency the Minister of Justices response by not later than Monday, 26 June 2023. | |
| 18 June 2023 | TO: MLG<br><br>FM: MoJ | As set forth in Annex A to Motion for Entry of Default Judgment | **(i) Exhibit ABS-8**<br><br>**(ii) Subject Matter/Communication:** | MLG email dated 26 June 2023 (Exhibit ABS-9, *infra*) |

**ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | (i) All MLG Wye Oak Incurred Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices. | Sub: Fees<br>Date: 18th of June 2023<br><br>In reference to your email dated 15th of June 2023<br><br>***We would like to clarify that, we intend to pay your fees and start a new page to your good self*** (emphasis added).<br><br>We received your email on Thursday and as you know Friday & Saturday a holiday in Iraq. We appreciate your efforts in defense of the Iraqi interests and we put the matter of paying your fees our priority especially since the Budget Law is under procedure which | |

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | 1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | will speed up the payment matter. I hope you considering the payment by governmental entities need some special approval from competent authorities.<br><br>Thank you for your cooperation.<br><br>Best regards<br><br>Haitham Muhi Radhi<br>General director<br>Legal Department<br>Ministry of Justice<br>Republic of Iraq | |
| 26 June 2023 | TO:<br>MoJ | As set forth in Annex A to Motion | **(i) Exhibit ABS-9**; | None |

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of Communication** | **(2)**<br>**Addressees and Sending Party*/** | **(3)**<br>**Pertinent MLG Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response (if any)** |
| | FM:<br>MLG | for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices. | **(ii) Subject Matter/Communication:**<br><br>On behalf of Mills Law Group LLP (MLG), I acknowledge with gratefulness your email of 18 June 2023 (immediately below), in which you communicate that the Republic of Iraq ("Iraq") and the Ministry of Justice (the "Ministry" or "MoJ") intend to pay MLG's fees as a matter of priority, wish to start a new page with me and my law firm, and also that Iraq and the Ministry now appreciate our faithful efforts over the course of almost 20 years to defend the interests of Iraq. | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | I apologize for the delay in responding to you. Your email landed in the email spam/junk folder, and, therefore, went unnoticed until late last week. We do not know why this occurred, since all previous emails from you have gone directly to my email inbox. We have taken steps to fix this issue.<br><br>I understand your point (made on 18 June 2023) that the Budget Law was then under procedure, and that payment by Iraqi Governmental Entities requires some "special approval from competent authorities". We observe that on Wednesday, 21 June 2023, His Excellency the President of Iraq Abdul Latif Rashid | |

| ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | ratified the $153 billion 2023 Budget Law, and that the 2023 Budget Law is now in effect.<br><br>Thus, MoJ now has available much more than enough funds to most expeditiously and fully satisfy Iraq/MoJ's legal indebtedness to MLG – which now totals **$5,323,286.79** in unpaid *Wye Oak* Litigation invoices dating back to October 2019, plus pre-judgment interest and collections costs (including attorneys fees (see below).<br><br>We, and our co-counsel, and our translators continue to be egregiously harmed each day that Iraq/MoJ's does not pay us. All of us are unpaid. | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>

***Thus, to prevent additional harm to us, is it critically important that we receive full remittance of the US$5,323,286.79 absolutely as soon as possible – but in any event by not later than Monday, 10 July 2023 – that is, within 14 calendar days from today.***

***Please provide us with written assurances by not later than Monday, 3 July 2023 that this full payment will be made by Monday, 10 July 2023*** (emphasis in original).

***MoJ/Iraq can make this partial payment by wire to the MLG attorney***

</td>
<td></td>
</tr>
</table>

<div style="background-color: yellow;">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</div>

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | *trust account (as stated on our invoices) or by wiring the funds to the Iraqi Embassy in Washington, D.C., accompanied by diplomatic instructions to the Embassy to pay us the US$5,323,286.79 by Embassy Check made payable to "Mills Law Group LLP".* [Emphasis in original.]<br><br>Please also note: We are trusting in your assurances. Nevertheless, we must and will continue to obtain the default judgment for attorneys fees, prejudgment interest and collection costs in an amount of not less than $5,323,286.79 in our collections action against Iraq/MoJ (Federal lawsuit *Mills Law Group v. Republic* | |

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party\*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
|  |  |  | *of Iraq, et. al.*, Civil Action No. 22-cv-02232-RCL, D.D.C.) (the "MLG-Iraq/MoJ Collections Lawsuit").<br><br>**Delinquent Invoice Payments**<br><br>Iraq/MoJ is indebted to MLG for failure to pay MLG's Wye Oak Litigation Invoices in the total amount of $4,175,170.65 (the "Debt"), consisting of the following.<br><br>**Total Iraq/MoJ Delinquency and Indebtedness for MLG Wye Oak Litigation Expenses Invoices** Presentment Dates between 12 October 2019-9 December 2021: $287,393.65 |  |

**ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | **Total Iraq/MoJ Delinquency and Indebtedness for MLG Wye Oak Litigation Fee Invoices** Presentment Dates between 22 December 2019 and 9 December 2021: $3,887,777.00<br><br>**Total Iraq/MoJ Delinquency and Indebtedness for MLG Wye Oak Invoices: $4,175,170.65**<br><br>This is included as part of the MLG-Iraq/MoJ Collections Lawsuit, is indisputable, and shall become part of the default judgment in the lawsuit that will be issued by the Court imminently (the "Default Judgment"). | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | For you ease of reference, we are providing you with a detailed compilation with respect to MLG's presentment and Iraq/MoJ's delinquency in payment of each MLG Wye Oak Litigation Invoice.<br><br>*Please see* the attached "History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices", **Attachment 1** hereto, which the Court will consider in granting our Motion for Default Judgment on our Complaint against Iraq and MoJ. | |

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | **Accrued Pre-Judgment Interest (through 26 June 2023) ($798,116.14)** We present you with the Accrued Pre-Judgment Interest Table dated 30 April 2023 (**Attachment 2** hereto), which establishes our entitlement as of right, under District of Columbia Code Section 28-3302(a), to accrued prejudgment interest on Iraq/MoJ's Debt to MLG through 26 June 2023 in the total amount of **$798,116.14:** $750,086.79 in prejudgment interest through 30 April 2023; | |

<table>
<tr><td colspan="5" style="background-color:yellow; text-align:center;">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | $39,029.61 for the 57 days since 30 April 2023 (57 days x $684.73 per diem).<br><br>This too is part of the MLG-Iraq/MoJ Collections Lawsuit, is indisputable, and accordingly shall become part of the Default Judgment.<br><br>**Collection Costs (Attorneys Fee and Expenses for Pre-Litigation Collection Efforts and Collection Litigation) (In Excess of $350,000)**<br><br>The Mills Law Group-MoJ engagement letter obligates MoJ to pay each invoice by not later than the 60th day after presentment (after which | |

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of Communication | (2)<br>Addressees and Sending Party*/ | (3)<br>Pertinent MLG Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response (if any) |
|---|---|---|---|---|
| | | | each invoice becomes delinquent), and makes Iraq/MoJ liable to MLG for all attorneys fees and costs for collection efforts, including delinquency notices and demands, as well as for MLG's attorneys fees and expenses incurred in preparation for, filing, and prosecuting the collection action now pending before the U.S. District Court for the District of Columbia (the "Collection Costs").<br><br>These Collection Costs exceed $350,000.<br><br>We will shortly evidence these collection costs to MoJ and to the | |

ABS-44

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
</table>

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | Court in a separate Collection Costs document.<br><br>This also is part of the MLG-Iraq/MoJ Collections Lawsuit, will become indisputable, and shall become part of the Default Judgment. | |
| 8 Aug 2023 | TO: MLG<br><br>FM:<br>MoJ | MoJ administrative advisement communication directing broadly to all outside international law firms concerning MoJ mandate of manner of future communications. | **(i) Exhibit ABS-10**: to Second Certificate (Second Certificate at pp. 1431-1432):<br><br>**(ii) Subject Matter/Communication:**<br><br>Sub: Clarification<br>Date: 8th of August 2023 | None required or given |

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | 1(i) Exhibit No.<br>(4)<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | *See* extract of MoJ communication in Column 4 of this row of this Annex at the immediate right. | We would like to inform you that, the work system of our department, is that communication with the attorneys be via official email of our department and no phone call will be dependent in our work.<br><br>Thank you for your cooperation.<br><br>Best regards.<br><br>Haitham Muhi Radhi Al Sedi<br>General Director<br>Legal Department<br>Ministry of Justice<br>Republic of Iraq | |

**ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| 2 Sep 2023 | TO:<br>Min<br>MoJ<br><br>FM:<br>MLG | As set forth in Annex A to Motion for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices. | **(i) Exhibit ABS-11** to Second Certificate (Second Certificate at pp. 1433-1457):<br><br>**(ii) Subject Matter/Communication:<br>SUB: TOP URGENT: IRAQ/MINISTRY OF JUSTICE CONTINUING UNEXCUSABLE MATERIAL BREACH OF CONTRACT/DEFAULT ON 18 JUNE 2023 PAYMENT ASSURANCES**<br><br>(1) Payment of Iraq Delinquency/Debt to Mills Law Group (per 18 June 2018 MoJ Assurance) Also in Default; | None given as of date of filing of Motion for Entry of Default Judgment. |

ABS-47

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party\*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>(2) Iraq/MoJ's Continuing Grave Breach of Contractual Payment Obligations to MLG;<br>(3) TOP URGENT ACTION REQUIRED: BY THURSDAY, 7 SEPTEMBER 2023: FULL REMITTANCE OF US$5,323,286.79 (PER BELOW) (Emphasis in original)<br><br>TO: His Excellency the Minister of Justice Khalid Shwani; Director General Haitham Muhi Radhi, Legal Department, Ministry of Justice<br><br>1.     On 18 June 2023, Director General ("DG") Haitham Muhi Radhi communicated assurances to Mills Law Group (MLG), *for the first time*</td>
<td></td>
</tr>
</table>

<table>
<tbody>
<tr>
<td colspan="5" align="center">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td>
</tr>
</tbody>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | *in five years*, that the Republic of Iraq ("Iraq") (acting through the Ministry of Justice (the "Ministry" or "MoJ")) now will meet its legal obligations to pay in full pay all delinquent MLG invoices for legal services provided to Iraq commencing in 2018 in the *Wye Oak* litigation (the "18 June 2023 MoJ Assurances"). DG asked for MLG's understanding that: (1) as of 18 June 2023, the Budget Law (which then was "under procedure") will "speed up the payment matter"; and (2) some "special approval from competent authorities" is in the process of being granted. | |

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | 2.     On 26 June 2023, MLG responded to the 18 June 2023 MoJ Assurances, reminding Iraq/the Ministry of the following and demanding payment in full Iraq's/the Ministry's indebtedness to MLG – namely, that:<br><br>A.     Iraq/the Ministry is indebted to MLG for each such invoice, plus accrued pre-judgment interest and collection costs (the "Iraq Debt");<br><br>B.     As of 30 April 2023, the Iraq Debt totaled US$5,323,286.76; | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party\*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>

C.　　Iraq/the Ministry must provide MLG with further written assurances by Monday, 3 July 2023; and

D.　　Iraq/the Ministry must remit to MLG payment in full of the Iraq Debt of US$5,323,286.76 by not later than Monday, 10 July 2023.

*See* MLG 26 June 2023 response to the 18 June 2023 MoJ Assurances, immediately below (the "MLG 26 June 2023 Response and Demand")

3.　　Since the MLG 26 June 2023 Response and Demand, 2 months and 7 days have passed. The Ministry has neither: (1) acknowledged in any way

</td>
<td></td>
</tr>
</table>

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | the MLG 26 June 2023 Response and Demand; nor (2) remitted payment of any part of the Debt. Iraq/the Ministry has no excuse for this most egregious breach of the 18 June 2023 MoJ Assurances –particularly because, subsequently to 18 June 2023, the following have occurred:<br><br>A.      The Budget Law has been fully implemented, and the Ministry has received the budgeted funds – *including those budgeted funds needed for Iraq/the Ministry to pay in full the Iraq Debt of US$5,323,286.76* [emphasis in original]; | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>B.      In the 2 months and 7 days since our MLG 26 June 2023 Response and Demand, Iraq/the Ministry have had more than sufficient time to secure the "approval of the competent authorities" for remittance to MLG of payment in full of the Iraq Debt of US$5,323,286.76. The only possible explanation for any failure on the part of Iraq/MoJ to have secured the approval is *bad faith*.<br><br>**4.      Given the foregoing – and in consideration of the mutual interest of Iraq/the Ministry and Mills Law Group restoring good relations – we demand that:**</td>
<td></td>
</tr>
</table>

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices (as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)** **Date of Communication** | **(2)** **Addressees and Sending Party*/** | **(3)** **Pertinent MLG Invoices** | **(4)** **1(i) Exhibit No.** **(ii) Subject/Communication** | **(5)** **Response** **(if any)** |
| | | | **(1) His Excellency the Minister of Justice Khalid Shawni and DG Haitham Muhi Radhi immediately acknowledge receipt of this correspondence by reply email; and** **(2) Iraq/the Ministry remit payment in full of the Iraq Debt of US$5,323,286.76 by not later than Thursday, 7 September 2023.** [Emphasis in original.] 5.      Should Iraq/the Ministry fail to make payment in full by Thursday, 7 September 2023 (as demanded), severe adverse consequence will come upon Iraq/the Ministry – particularly in the matter of the default judgment | |

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | that will be entered against Iraq/the Ministry by the U.S. District Court for the District of Columbia.<br><br>Attachments<br>As Referenced | |
| 25 Sep 2023 | TO:<br>MLG<br><br>FM:<br>MinJus<br>MoJ | As set forth in Annex A to Motion for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices. | **(i) Exhibit ABS-12** to Second Certificate (Second Certificate at pp. 1458-1466):<br><br>**(ii) Subject Matter/Communication:**<br>Subject:<br>Wye Oak Cases (reply to MLG email to Minister of Justice, MoJ Legal Department DG dated 2 September 2023)(Exhibit ABS-11, *supra*)<br>Communications: | MLG email dated 3 October 2023 (Exhibit ABS-13, *infra*) |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>"A high- level committee has been formed for that, this committee recommended to approach your good self regarding reducing the amount in order to pay your dues in the light of the difficult economic position and lack of necessary funds in Iraq."</td>
<td></td>
</tr>
<tr>
<td>1 Oct 2023</td>
<td>TO:<br>MinJus<br>MoJ<br><br>FM:<br>MLG</td>
<td>As set forth in Annex A to Motion for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred Litigation Cost Invoices; and</td>
<td>**(i) Exhibit ABS-13** to Second Certificate (Second Certificate at pp. 1467-1494):<br><br>**(ii) Subject Matter/Communication:**<br>Subject:<br>Immediate Iraq Good Faith Partial Payment to Mills Law Group in the Amount of US$2,661,643.40 (50% of the Iraq Debt of US$5,323,286.76)</td>
<td>None to date.<br><br>*See* MLG further demand on</td>
</tr>
</table>

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | (ii) All MLG Wye Oak Legal Fees Invoices. | Must be Made by 3:30 p.m. (Baghdad Time) Monday, 9 October 2023<br><br>Communications:<br>Dear Excellency Khalid Shwani and Director General Haitham Muhi Radhi:<br><br>On behalf of Mills Law Group LLP ("MLG"), I acknowledge receipt of Iraq's and the Ministry of Justice's ("MoJ") Reference C email communication by which Iraq (through the Ministry of Justice) replied to the Reference B MLG communication demanding that Iraq (through MoJ) pay in full Iraq's US$5,323,286.76 debt | |

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT  Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices  (as of 28 October 2023) | | | | |
|---|---|---|---|---|
| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|  |  |  | to MLG (the "Iraq Debt") by not later than Thursday, 7 September 2023.  We are deeply troubled by Iraq's-MoJ's completely unsatisfactory and wholly non-credible response to MLG's Reference B demand to that Iraq-MoJ remit full payment of the Iraq Debt by 7 September 2023.  The Iraq-MoJ reply borders on bad faith, for the following reasons). As such, the Iraq-MoJ reply removes all reasons for MLG to continue to forbear from seeking judgment, and then enforcing judgment in our lawsuit |  |

**ANNEX B SUPPLEMENT IN SUPPORT OF
PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications
Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of
Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:
(1) All Presented Invoices and Payment Demands, and
(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | against Iraq pending before the U.S. District Court for the District of Columbia.<br><br>1. Iraq-MoJ failed to remit to MLG any amount whatsoever.<br><br>Even though:<br>(a) None of the delinquent outstanding MLG Invoices (the "Delinquent Invoices") have been legally disputed by Iraq-MoJ, ever; and<br>(b) As a matter of the applicable law of "On Account Stated", the Delinquent Invoices no longer can be disputed. | |

| ANNEX B SUPPLEMENT IN SUPPORT OF PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT Supplemental Chronological History of Mills Law Group-Iraq Communications Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to: (1) All Presented Invoices and Payment Demands, and (2) Iraq Failure to Object to Presented Invoices (as of 28 October 2023) | | | | |
|---|---|---|---|---|
| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
| | | | 2. Under the law (whether District of Columbia law applicable to this matter, as well as the Iraqi Civil Code), the principle of good faith in contract payment disputes requires that a party must pay all undisputed amounts due under a contract and withhold payment of only the disputed amounts, and that party that is withholding payment must have a reasonable basis for disputing the amounts. The purpose of this principle is to prevent unjust enrichment and unfair delay of payments. | |

| **ANNEX B SUPPLEMENT IN SUPPORT OF**<br>**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**Supplemental Chronological History of Mills Law Group-Iraq Communications**<br>**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**<br>**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**<br>**(1) All Presented Invoices and Payment Demands, and**<br>**(2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 28 October 2023) | | | | |
|---|---|---|---|---|
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | Yet, that is exactly what Iraq-MoJ continue to do: unjustly enrich Iraq-MoJ and unfairly delay payments.<br><br>Iraq-MoJ's unjust enrichment of itself and unfair delay of payments has caused and continues to cause very serious harm to MLG, its co-counsel and the vendors that provided support to MLG and Iraq in the Wye Oak litigation.<br><br>One small example: Even though not required to do so by the MLG-Iraq Wye Oak engagement letter (which mandated that Iraq-MoJ must advance funds to cover Wye Oak litigation expenses), to prevent an Iraq default in | |

<table>
<tr><td colspan="5" align="center"><b>ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br><br><b>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each <i>Wye Oak</i> Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices</b><br><br>(as of 28 October 2023)</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | its Wye Oak litigation responsibilities to the Court and the plaintiff, MLG paid $287,393.65 in necessary Wye Oak litigation expenses in cash out of MLG's own funds, and invoiced the Wye Oak litigation expenses to Iraq-MoJ, on the MoJ promise that MoJ would promptly pay each such invoice. Yet, even now – more than 4 years later – Iraq-MoJ has not paid any MLG Wye Oak expense invoice or any MLG Wye Oak fee invoice.<br><br>3. The Iraq-MoJ Reference C communication puts forward the proposition that Iraq-MoJ want MLG to "reducing the amount [of MLG's demand that Iraq-MoJ pay the Iraq Debt in full]" for two reasons: (a) | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
<tr>
<td>**(1)**<br>**Date of**<br>**Communication**</td>
<td>**(2)**<br>**Addressees and**<br>**Sending Party*/**</td>
<td>**(3)**<br>**Pertinent MLG**<br>**Invoices**</td>
<td>**(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication**</td>
<td>**(5)**<br>**Response**<br>**(if any)**</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>"in the light of the difficult economic position [of Iraq-MoJ]"; and (b) "lack of necessary funds in Iraq."<br><br>There are two additional reasons why this is non-credible – legally and commercially:<br><br>1. Under no applicable legal doctrine whatsoever is Iraq-MoJ excused from paying now the Debt to MLG because of "the difficult economic position of Iraq" or "the lack of necessary funds in Iraq."<br><br>Iraq-MoJ has not paid even one of the Delinquent Invoices. The Delinquent Invoices date back</td>
<td></td>
</tr>
</table>

| | | | | |
|---|---|---|---|---|
| **ANNEX B SUPPLEMENT IN SUPPORT OF**<br>**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**Supplemental Chronological History of Mills Law Group-Iraq Communications**<br>**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**<br>**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**<br>**(1) All Presented Invoices and Payment Demands, and**<br>**(2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 28 October 2023) | | | | |
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party\*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | more than four years. Thus, Iraq-MoJ has been in material breach of its contractual payment obligations to MLG for more than four years.<br><br>During those four years, Iraq-MoJ has not been continuously in a "difficult economic position" and lacked the "necessary funds" to cure the Iraq-MoJ egregious default of failing to pay the Iraqi Debt to MLG.<br><br>2. It is incredible for Iraq-MoJ to claim that Iraq has a "lack of funds" or a "difficult economic position."<br><br>The authoritative reports of the Word Bank on the Government of Iraq's | |

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)
</td></tr>
</table>

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | total current reserves (through the end of 2022) and the current Iraq Budget Bill passed by the Iraqi Parliament and signed by the President of Iraq (that is now the law of the Republic of Iraq) prove otherwise.<br><br>According to the World Bank, as of December 2022, Iraq has total foreign reserves of US$97,009,236,970.00 (ninety seven billion, nine million, two hundred thirty-six thousand nine hundred seventy U.S. dollars). *See* World Bank Report: Total reserves (includes gold, current US$) – Iraq, available at https://data.worldbank.org/indicator/FI.RES.TOTL.CD?locations=IQ | |

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

(as of 28 October 2023)

| (1) Date of Communication | (2) Addressees and Sending Party*/ | (3) Pertinent MLG Invoices | (4) 1(i) Exhibit No. (ii) Subject/Communication | (5) Response (if any) |
|---|---|---|---|---|
| | | | **MLG Condition for Continued Forbearance in Judgment Enforcement: Iraq-MoJ Immediate Good Faith Partial Payment Iraq Debt in the Amount of US$2,661,643.40 (50% of the Iraq Debt) by Not Later than 3 p.m. (Baghdad time) Monday, 9 October 2023**<br><br>Because of Iraq-MoJ's continuing egregious material breach of payment obligations, MLG will not extend forbearance to Iraq-MoJ unless Iraq-MoJ makes an immediate good-faith partial payment to MLG of the | |

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
<tr>
<td>

**(1)**
**Date of**
**Communication**

</td>
<td>

**(2)**
**Addressees and**
**Sending Party*/**

</td>
<td>

**(3)**
**Pertinent MLG**
**Invoices**

</td>
<td>

**(4)**
**1(i) Exhibit No.**
**(ii) Subject/Communication**

</td>
<td>

**(5)**
**Response**
**(if any)**

</td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>

Iraq Debt, in the amount of
US$2,661,643.40, by wire transfer
made to and received in MLG's
attorney trust account, by not later
than 3:30 p.m. (Baghdad time),
Monday, 9 October 2023.
MLG demands so.

MLG also requires that MoJ
immediately acknowledge MoJ's
receipt of this correspondence, by way
of reply email.

Faithfully yours,
Timothy Mills
Managing Partner
Mills Law Group LLP

Attachment

</td>
<td></td>
</tr>
</table>

<table>
<tr><td colspan="5">

**ANNEX B SUPPLEMENT IN SUPPORT OF**
**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**Supplemental Chronological History of Mills Law Group-Iraq Communications**
**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**
**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**
**(1) All Presented Invoices and Payment Demands, and**
**(2) Iraq Failure to Object to Presented Invoices**

**(as of 28 October 2023)**

</td></tr>
</table>

| (1)<br>Date of<br>Communication | (2)<br>Addressees and<br>Sending Party*/ | (3)<br>Pertinent MLG<br>Invoices | (4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication | (5)<br>Response<br>(if any) |
|---|---|---|---|---|
| | | | 1. Annex 1 – Statement of the Law of On Account Stated Under the Law of the District of Columbia | |
| 28 Oct 2023 | TO:<br>MinJus<br>MoJ<br><br>FM:<br>MLG | As set forth in Annex A to Motion for Entry of Default Judgment<br>(i) All MLG Wye Oak Incurred Litigation Cost Invoices; and<br>(ii) All MLG Wye Oak Legal Fees Invoices. | **(i) Exhibit A-3.6** to 2nd Certificate [ECF No. 13-2 at pp. 1530-1532]:<br><br>MLG email dated 28 October 2023 to Minister of Justice MoJ Legal Department DG (follow up to 1 October 2023 MLG email (following up on 1 October 2023 payment demand to HE the Minister and MoJ Legal Department DG (Exhibit ABS-13, *supra*):<br><br><u>Noting</u>: That, for more than 3-3/4 years, without excuse, Iraq-MoJ "has | |

| | | | | |
|---|---|---|---|---|
| **ANNEX B SUPPLEMENT IN SUPPORT OF**<br>**PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**Supplemental Chronological History of Mills Law Group-Iraq Communications**<br>**Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of**<br>**Each *Wye Oak* Litigation Invoice Presented to Iraq and Iraq Communications with respect to:**<br>**(1) All Presented Invoices and Payment Demands, and**<br>**(2) Iraq Failure to Object to Presented Invoices**<br><br>(as of 28 October 2023) | | | | |
| **(1)**<br>**Date of**<br>**Communication** | **(2)**<br>**Addressees and**<br>**Sending Party\*/** | **(3)**<br>**Pertinent MLG**<br>**Invoices** | **(4)**<br>**1(i) Exhibit No.**<br>**(ii) Subject/Communication** | **(5)**<br>**Response**<br>**(if any)** |
| | | | paid *nothing – not even one dime*!" against any Delinquent Invoice, nor toward satisfaction of the accrued interest and collection cost indebtedness to MLG (emphasis in original); and that MLG is filing for default judgment against defendants Iraq and MoJ; and<br><br>Demanding that Iraq and MoJ immediately pay in full all Iraq-MoJ indebtedness to MLG, in the total amount of $5,528,944.33, consisting of:<br>(1) Delinquent MLG Wye Oak Litigation Invoices totaling $4,075,170.65; | |

<table>
<tr><td colspan="5">ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each <i>Wye Oak</i> Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices<br><br>(as of 28 October 2023)</td></tr>
<tr><td>(1)<br>Date of<br>Communication</td><td>(2)<br>Addressees and<br>Sending Party*/</td><td>(3)<br>Pertinent MLG<br>Invoices</td><td>(4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication</td><td>(5)<br>Response<br>(if any)</td></tr>
<tr><td></td><td></td><td></td><td>(b) Accrued prejudgment interest accrued on the invoice debt through 28 October 2023 totaling $852,172.75; and<br>(c) Documented MLG collection costs of $601,600.83.<br><br>Noting again to HE the Minister of Justice and the MoJ Legal Department DG that, for more than 3-3/4 years, without excuse, Iraq-MoJ "has paid <i>nothing – not even one dime!</i>"<br><br><u>Attachments:</u><br>Presented MLG Invoices<br>2.a.1. MLG Collection Costs Expense Invoice #28-1028-001;</td><td></td></tr>
</table>

<table>
<tr><td colspan="5"><b>ANNEX B SUPPLEMENT IN SUPPORT OF<br>PLAINTIFF MILLS LAW GROUP MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br><br><b>Supplemental Chronological History of Mills Law Group-Iraq Communications<br>Subsequent to 7 December 2021 Relevant to Mills Law Group Demands for Iraq Payment of<br>Each <i>Wye Oak</i> Litigation Invoice Presented to Iraq and Iraq Communications with respect to:<br>(1) All Presented Invoices and Payment Demands, and<br>(2) Iraq Failure to Object to Presented Invoices</b><br><br>(as of 28 October 2023)</td></tr>
<tr>
<td><b>(1)<br>Date of<br>Communication</b></td>
<td><b>(2)<br>Addressees and<br>Sending Party*/</b></td>
<td><b>(3)<br>Pertinent MLG<br>Invoices</b></td>
<td><b>(4)<br>1(i) Exhibit No.<br>(ii) Subject/Communication</b></td>
<td><b>(5)<br>Response<br>(if any)</b></td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>2.a.2. MLG Collection Cost Legal Fees Invoice #23-1028-002; and<br>2.b. Presentment of MLG Credit Note 19-1220-001</td>
<td></td>
</tr>
</table>

<u>Notes:</u>
*/ <u>Key to abbreviation of addressees</u>:
**PM**:  His Excellency ("HE") Mustafa Al-Kadhimi, then the Prime Minister of the Republic of Iraq;
**MinJus**:  The Ministers of Justice (previously HE Salar Abdul Sattar Muhammad Hussein; currently HE Khalid Shwani);
**MoJ**:  The previous and current Directors General of the Ministry of Justice (MoJ) Legal Department
**LA**:  The then-Legal Advisor to the Prime Minister of Iraq Salem Chalabi;
**Ambassador:**  Then-Ambassador of the Republic of Iraq to the United States of America, His Excellency Fareed Yaseen
**MLG**: Mills Law Group