**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MILLS LAW GROUP LLP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. 22-cv-3323 (RCL) |
| ) | |
| **REPUBLIC OF IRAQ AND MINISTRY OF** ) | |
| **JUSTICE OF THE REPUBLIC OF IRAQ,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DECLARATION OF KARL THORN JR.**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.       I am Karl Thorn Jr. I am the principal of Thorn Accounting & Tax Consultants. I have expertise in tax preparation, planning and consultation. I have diversified experience in auditing and other attestation service with an emphasis on non-profit entities, multi-employer retirement plans, and various employee benefit plans. My business address is 37 South Hanover Street, Suite 202, Carlisle, Pennsylvania 17013.

2.       I have personal knowledge of the matters stated herein. I would testify to those matters if called to court.

**<u>Assignment</u>**

3.       A. I have been retained by Mills Law Group LLP ("MLG") to calculate: (i) the accrued prejudgment interest on the debt of the Republic of Iraq ("Iraq") and Ministry of Justice of the Republic of Iraq ("MoJ") (Defendants) represented by the unpaid invoices presented by MLG to the Republic of Iraq for expenses and legal fees incurred by MLG on behalf of Iraq in defense of Iraq and the Ministry of Defense in the civil action *Wye Oak Technologies, Inc. v.*

*Iraq et al.* (Civil Action No. 10-cv-1182-RCL (D.D.C.), as stated in Annex A to the Plaintiff's Motion for Entry of Default Judgment (the "Delinquent Invoices") (for ease of reference, appended at **Exhibit 1** to this Declaration); and (ii) the post-judgment interest that will accrue daily on the default judgment if the Court enters default judgment against Defendants and grants Plaintiff MLG monetary relief in the amount requested by Plaintiff MLG (the "Engagement").

B.      As part of the Engagement, I have been asked to prepare a report setting forth: (1) the calculation of prejudgment interest that has accrued on each Delinquent Invoice from 61 days after the date of MLG's presentment of each Delinquent Invoice to Iraq through 30 September 2023; and (2) the amount of prejudgment interest that accrues on the total sum of all Delinquent Invoices (the "Debt") for each day, beginning on 1 October 2023, that the Iraq does not make any payment of the Debt to MLG (the "Accrued Interest Report"). I append the Accrued Interest Report at **Exhibit 2** to this Declaration; and

C.      Also as part of the Engagement, I have been asked to set forth in this Declaration the calculation of the post-judgment interest that will accrue daily on a default judgment in the amount of the monetary relief requested by Plaintiff MLG in its Motion for Entry of Default Judgment (the "Motion").

**Qualifications**

4.      I have a Bachelor of Science in Mathematics from Stockton State College, and Bachelor of Science in Accounting from Rider University. I hold Certified Public Accountant licenses in Pennsylvania, the District of Columbia, and New Jersey. I am a member of the American Institute of CPAs, and a member of the Maryland Society of Accounting & Tax Professionals. I have over twenty years of experience in tax preparation, planning and consultation including partnership/LLCs, corporations, trusts, and non-profits. I have diversified

experience in auditing and other attestation service with an emphasis on non-profit entities, multi-employer retirement plans, and various employee benefit plans. Additionally, I have an in-depth knowledge of a full range of retirement plans including profit sharing & MP pension plans, 401(k)s, 403(b)s, annuities, simple IRAs, SEPs, and traditional/Roth IRAs. My practice focuses on providing high quality professional accounting services to small to medium sized owner operated businesses. I append my CV at **Exhibit 3** to this Declaration.

5.      From my accounting experience stated in my CV, I have substantial experience in calculating accrued interest.

**Instructions**

6.      I have been instructed by MLG as follows:

A.      To consider and apply the terms of art defined in the Glossary to Plaintiff's Statement of Material Facts for which There Is No Genuine Issue Submitted in Support of Plaintiff's Motion for Entry of Default Judgment (for ease of reference, appended at **Exhibit 4** to this Declaration);

B.      To accept as accurate the information set forth in Annex A to Plaintiff's Motion for Entry of Default Judgment, including as to: each Delinquent Invoice, including the amount of each such invoice; the Presentment Date for each such invoice; the Initial Interest Accrual Date for each such invoice (which is also the delinquency date for each Delinquent Invoice, consisting of the 61st day following the Presentment Date);

C.      To calculate the accrued pre-judgment interest by applying the pre-judgment interest rate of 6% per annum (simple interest) provided by D.C. Code § 28-3302(a) – Rate of interest not expressed and on judgments; and

D.      For purposes of setting forth the formula for calculating post-judgment

interest that would accrue on a default judgment against Defendants Iraq and MoJ, applying the provisions of 28 U.S.C. 1961 - Post Judgment Interest Rates, and referencing the weekly average one-year constant maturity Treasury yield for the calendar week preceding 7 April 2023 (the date of this Declaration), available at https://www.federalreserve.gov/releases/h15/ .

**Documents Reviewed**

7.      As part of my assignment, I have been provided and have reviewed the following:

A.      Annex A to Motion for Default Judgment (**Exhibit 1** to this Declaration);

B.      The Glossary to Plaintiff's Statement of Material Facts for which There Is No Genuine Issue Submitted in Support of Plaintiff's Motion for Entry of Default Judgment (**Exhibit 4** to this Declaration);

C.      D.C. Code § 28-3302(a) – Rate of interest not expressed and on judgments (available at https://code.dccouncil.gov/us/dc/council/code/sections/28-3302#:~:text=Search...-,%C2%A7%2028%E2%80%933302.,%2C%20is%206%25%20per%20annum. );

D.      28 U.S.C. 1961 - Post Judgment Interest Rates (available at https://www.uscourts.gov/services-forms/fees/post-judgement-interest-rate/28-usc-1961-post-judgment-interest-rates ); and

E.      The Federal Reserve Table of Selected Interest Rates that includes the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of this Declaration (available at https://www.federalreserve.gov/releases/h15/ ).

**Methodology**

**Calculation of Accrued Prejudgment Interest**

8.      I have used the following methodology (accepted as standard in the financial industry) to calculate: (a) the accrued prejudgment interest through 30 September 2023 for each

4

Delinquent Invoice; and (b) the total accrued prejudgment interest for all Delinquent Invoices:

A.      For each Delinquent Invoice, I have determined how many years and how many days have elapsed between the Initial Interest Accrual Date and 30 September 2023. *See* Accrued Interest Report (**Exhibit 2** to this Declaration) at Column 7 (Number of Years) and Column 10 (Number of Days);

B.      I have multiplied the number of years by the 6% per annum simple interest rate established by D.C. Code § 28-3302(a), and recorded the product in Column 8 (Accrued Annual Interest) of the Accrued Interest Report;

C.      I have determined the prejudgment interest daily rate by dividing 6% per annum by 365 days, resulting in a rate of 0.000164 per diem, and have set forth that rate in Column 9 (Prejudgment Interest Daily Rate) of the Accrued Interest Report;

D.      I have multiplied the number of days by the Prejudgment Interest Daily Rate in Column 9 of the Accrued Interest Report, and have recorded the product in Column 11 (Daily Accrued Prejudgment Interest) of the Accrued Interest Report; and

E.      I have summed the Accrued Annual Interest (Column 8) and the Daily Accrued Prejudgment Interest (Column 11), and recorded the total in Column 12 (Total Accrued Prejudgment Interest By Invoice);

F.      I then have summed the Total Accrued Prejudgment Interest By Invoice to arrive at the Total Accrued Prejudgment Interest set forth at the bottom line of Column 12 of the Accrued Interest Report.

**Calculation of Daily Accrued Prejudgment Interest on the Debt**

9.      I have used the following methodology (accepted as standard in the financial industry) to calculate the daily accrued prejudgment interest on the Debt:

    A.    I have multiplied the total Debt (set forth on Annex A to Plaintiff's Motion for Entry of Default Judgment (for ease of reference, appended at Exhibit 2 to this Declaration)) by the Prejudgment Interest Daily Rate (0.000164) set forth at Column 9 of the Accrued Interest Report;

    B.    I then recorded the product at the line of the Accrued Interest Report immediately following the entry for "Total Accrued Prejudgment Interest" at the bottom of Column 12.

**Calculation of Daily Accrued Post-Judgment Interest**

10.    I have used the following methodology to determine the formula for calculating the daily accrued post-judgment interest:

    A.    Post-Judgment Interest Rate for the Calendar Week Preceding the Date of this Declaration:[1]

    (1)    By reference to the Federal Reserve Table of Selected Interest Rates (available at https://www.federalreserve.gov/releases/h15/ ), I have determined that, as of 29 September 2023, the weekly average 1-year constant maturity Treasury yield rate is 5.46%;

    (2)    To determine the post-judgment interest daily rate, I have divided 5.46% by 365 days, resulting in a daily rate of 0.000149%;

    B.    Thus, by way of example, the formula for determining the daily accrual of post-judgment interest, if the judgment had been entered within a week of 29 September 2023, would be: (i) the amount of the default judgment entered by the Court; multiplied by 0.000149%.

---

[1] I have been informed that 28 U.S.C. § 1961(a) provides that the interest rate for a money judgment recovered in a District Court shall be "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

11.     I am instructed by MLG that MLG seeks a default judgment against Defendants in the total amount of at least $5,520,000.00.

12.     Again by way of example, if it were the case that a default judgment had been entered against Defendants in the amount of $5,520.00 within one week of 29 September 2023, then, for each day that Defendants did not satisfy the judgment debt, per diem post-judgment interest will accrue on the judgment debt as follows:

Judgment debt of $5,520,000 multiplied by post-judgment interest daily rate of 0.000149% = $822.48.

**Findings**

13.     I have determined that:

A.     Prejudgment interest has accrued on the Delinquent Invoices from the Initial Interest Accrual Dates (also known as the "Delinquency Dates", occurring 61 days after the Dates of Presentment – *see* Glossary (Exhibit 4), below) through 30 September 2023 is in the total amount of $833,462.31; and

B.     Prejudgment interest will accrue daily on the Debt in the amount of $668.33 per day for each day that Defendants do not pay any part of the Debt.

Accrued Interest Report (**Exhibit 2**) at Total Accrued Prejudgment Interest, and Daily Accrued Interest on Total Invoice Debt.

[THIS SPACE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of October 2023 in Washington, D.C.

Karl Thorn Jr.

**<u>EXHIBIT 1</u>**

**Extracted Annex A to Plaintiff's Motion for Entry of Default Judgment:**

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to**

**Defendants Iraq and Ministry of Justice**

| | | | | |
|---|---|---|---|---|
| **ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**<br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br>(Derived from Annex A to Complaint [ECF No. 5-2] | | | | |
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No.**<br>**(2) Invoice Date**<br>**(3) Presentment Date** | **(1) Invoice Amt Due**<br>**(2) Delinquency Date 1/** | **(1) Period Covered**<br>**(2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| **MLG Invoice Group E-1 (Presented 12 October 2019)**<br>*See* **Complaint ¶ 18(A); Complaint Annex A at ¶¶ 18.A, 18.B, 18.C, and 18.D** | | | | |
| **¶ 18.A** | *Original (Incorrect)*<br>(1) 19-1009-01<br>(2) 9 Oct 2019<br>(3) 12 Oct 2019<br><br>*Corrected Invoice*<br>(1) 19-1009-01C<br>(2) 9 Oct 2019<br>(correction date:<br>7 Dec 2019)<br>(3) 7 Dec 2019 | (1) $0.00<br>(2) 12 Dec 2019<br><br><br>(1) $3,373.35<br>(2) 6 Feb 2020 | (1) Period Covered: March-December 2018<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at ¶ 18.A, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.A.** (1st Certificate of Authenticity of Domestic Business Records [ECF Nos. 13 and 13-1] ("1st Certificate") at pp. 25-39 (MLG Presentment email to MoJ and attached presented Invoice # 19-1009-01), **Exhibit 18.A.B.C.(C)+18.D** |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and | (1st Certificate [ECF No. 13-1 at pp. 57-434] (MLG Presentment email to MoJ and attached presented Invoice # 19-1009-01C); *Defendants' Non-Objection to Invoice:* Facts stated in: (a) Complaint Annex A at ¶ 18.A, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. ***Explanatory Note:*** a. The date of Invoice # |

3

| **ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** (Derived from Annex A to Complaint [ECF No. 5-2] | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | | 19-1009-01 is 9 Oct 2019, and *not* 10 Oct 2019 (mentioned in Complaint Annex A, ¶ 18.A, Column 2. *See* **Exhibit 18.A.B.C.(C)+18.D** (1st Certificate [ECF No. 13-1 at p. 67]); b. Invoice # 19-1009-01C corrected prior Invoice # 19-1009-01, by documenting and invoicing an additional $3,373.35 in Wye Oak Litigation Expenses incurred by MLG during the covered period. *See* 7 December 2019 presentment email |

<table>
<tr><td colspan="5" style="background:yellow"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
|  |  |  |  | **(Exhibit 18.A.B.C.(C)+18.D)** (1st Certificate [ECF No. 12-1 at pp. 58-61].) |
| ¶ 18.B | *Original (Incorrect)* (1) 19-1009-02 (2) 9 Oct 2019 (3) 12 Oct 2019  *Corrected Invoice* (1) 19-1009-02C (2) 9 Oct 2019 (correction date: 7 Dec 2019) (3) 7 Dec 2019 | (1) $9,162.53 (2) 12 Dec 2019   (1) $17,482.18 (2) 6 Feb 2020 | (1) Period Covered: January 2019 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.B, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.B.** (1st Certificate [ECF No. 13-1 at pp. 40-45]) (MLG Presentment email to MoJ and attached presented Invoice # 19-1009-002); **Exhibit 18.A.B.C.(C)+18.D** (1st Certificate [ECF |

<table>
<tr><td colspan="5" style="background-color:yellow">

**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
(Derived from Annex A to Complaint [ECF No. 5-2])

</td></tr>
</table>

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at | No. 13-1 at pp. 57-434]) (MLG Presentment email to MoJ and attached presented Invoice # 19-1009-02C; ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.B, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. *Explanatory Note:* a. The date of Invoice # 19-1009-02 is 9 Oct |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
|  |  |  |  | 2019, and *not* 10 Oct 2019 (mentioned in Complaint Annex A, ¶ 18.B, Column 2. *See* **Exhibit 18.A.B.C.(C)+18.D** (1st Certificate [ECF No. 13-1 at p. 244]); b. Invoice # 19-1009-02C corrected prior Invoice # 19-1009-02 by documenting and invoicing an additional $8,319.65 in Wye Oak Litigation Expenses incurred by MLG during the covered period. *See* 7 December 2019 presentment email **(Exhibit** |

<table>
<tr><td colspan="5" style="background:yellow">**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5">**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**</td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date | (1) Invoice Amt Due<br>(2) Delinquency Date 1/ | (1) Period Covered<br>(2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | | 18.A.B.C.(C)+18.D) (1st Certificate at pp. 58-61. |
| ¶ 18.C | *Original (Incorrect)*<br>(1) 19-1009-03<br>(2) 9 Oct 2019<br>(3) 12 Oct 2019<br><br>*Corrected Invoice*<br>(1) 19-1009-03C<br>(2) 9 Oct 2019<br>(correction date: 7 Dec 2019)<br>(3) 7 Dec 2019 | (1) $233,542.78<br>(2) 12 Dec 2019<br><br><br>(1) $240,041.24<br>(2) 6 Feb 2020 | (1) Period Covered: February-September 2019<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.C, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communication | *Invoice, Invoice Amount and Presentment Date:* **Exhibit 18.C.** (1st Certificate [ECF No. 13-1 at pp. 46-56]) (MLG Presentment email to MoJ and attached presented Invoice # 19-1009-003);<br>**Exhibit 18.A.B.C.(C)+18.D** (1st Certificate [ECF No. 13-1 at pp. 57- |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>(Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date** | **(1) Invoice Amt Due<br>(2) Delinquency Date 1/** | **(1) Period Covered<br>(2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
|  |  |  | s: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in | 434]) (MLG Presentment email to MoJ and attached presented Invoice # 19-1009-03C;<br>***Defendants' Non-Objection to Invoice:***<br>Facts stated in:<br>(a) Complaint Annex A at ¶ 18.C, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 | evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. ***Explanatory Note:*** a. The date of Invoice # 19-1009-03 is 9 Oct 2019, and *not* 10 Oct |

<table>
<tr>
<td colspan="5" align="center"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td>
</tr>
<tr>
<td colspan="5" align="center"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td>
</tr>
<tr>
<td><strong>Compl. Annex A ¶ #</strong></td>
<td><strong>(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date</strong></td>
<td><strong>(1) Invoice Amt Due<br>(2) Delinquency Date 1/</strong></td>
<td><strong>(1) Period Covered<br>(2) Facts of Defendants' Non-Objection</strong></td>
<td><strong>Substantiating Evidence; Explanatory Notes</strong></td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd</td>
<td>2019 (mentioned in Complaint Annex A, ¶ 18.C, Column 2. <em>See</em> <strong>Exhibit 18.A.B.C.(C)+18.D</strong> (1st Certificate at p. 270;<br><br>Invoice # 19-1009-03C corrected prior Invoice # 19-1009-03 by documenting and invoicing an additional $6,498.46 in Wye Oak Litigation Expenses incurred by MLG during the covered period. <em>See</em> 7 December 2019 presentment email <strong>(Exhibit</strong></td>
</tr>
</table>

<table>
<tr><td colspan="5" style="background-color:yellow"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
|  |  |  | Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | **18.A.B.C.(C)+18.D)** (1st Certificate at pp. 58-61. |
| **¶ 18.D** | (1) 19-1203-01 (2) 3 Dec 2019 (3) 7 Dec 2019 | (1) $5,793.37 (2) 6 Feb 2020 | (1) Period Covered: 17 December 2018-25 July 2019 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.D, Column 4; (2) Non-existence of dispute | *Invoice, Invoice Amount and Presentment Date:* **Exhibit 18.A.B.C.(C)+18.D** (1st Certificate [ECF No. 13-1 at pp. 57-434]) (MLG Presentment email to MoJ and attached presented Invoice # 19- |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
| --- | --- | --- | --- | --- |
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 | 1203-01; ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.D, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>(Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date | (1) Invoice Amt Due<br>(2) Delinquency Date 1/ | (1) Period Covered<br>(2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |

<table>
<tr><td colspan="5" align="center" style="background-color:yellow"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| **¶ 18.E.1**<br>**Total Iraq Delinquency in Payment of MLG Group E-1 Incurred Expense Invoices:**<br>**Subgroup 1** (Invoices 19-1009-01, 19-1009-02, 19-1009-03 presented on 12 October 2019) | | **(1) $242,705.31**<br>**(2) Per above** | (1) *See* entries at ¶¶ 18.A, 18.B, 18.C, *supra*;<br>(2) *Id.*;<br>(3) *Id.* | *See* entries at ¶¶ 18.A, 18.B, and 18.C, *supra*. |
| **¶ 18.E.2**<br>**Subgroup 2 (Invoices 19-1009-01C, 19-1009-02C, 19-1009-03C):** Difference between Subgroup 1 and Subgroup 2 Invoices: | | **(1) $18,191.46**<br>**(2) Per above** | (1) *See* entries at ¶¶ 18.A, 18.B, 18.C, *supra*;<br>.(2) *Id.* | *See* entries at ¶¶ 18.A, 18.B, and 18.C, *supra*. |
| **¶ 18.E.3**<br>**Subgroup 3 (Invoice 19-1203-01)** | | **(1) $5,793.37**<br>**(2) Per above** | (1) *See* entry at ¶ 18.D, *supra*;<br>(2) *Id.* | *See* entry at ¶ 18.D, *supra*. |

16

<table>
<tr><td colspan="5"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| **¶ 18.E.4**<br>**MLG Invoice Group E-1**<br>**Grand Total**<br>(Sum of ¶¶ 18.E.1, 18.E.2, 18.E.3): | | **(1) $266,690.14**<br>**(2) Per above** | (1) and (2):<br>Per ¶¶ 18.E.1 18.E.2 and 18.E.3, *supra* | Per ¶¶ 18.E.1 18.E.2 and 18.E.3, *supra* |
| colspan | | | | |

<table>
<tr><td colspan="5"><strong>MLG Invoice Group E-2 (Presented 22 Dec 2019)</strong><br><em>See</em> Complaint ¶ 18(A); Complaint Annex A at ¶ 18.F</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| **¶ 18.F** | (1) 19-1219-01<br>(2) 19 Dec 2019<br>(3) 22 Dec 2019 | (1) $3,791.40<br>(2) 21 Feb 2020 | (1) Period Covered: 13-18 Dec 2019<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.F, Column 4;<br>(2) Non-existence of dispute | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.F+18.T+Inv 19-1222-001** (1st Certificate [ECF No. 13-1 at pp. 435-478]) (MLG Presentment email to MoJ and |

<table>
<tr><td colspan="5" style="background-color:yellow; text-align:center;"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2]</td></tr>
<tr><td colspan="5" style="text-align:center;"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 | attached presented Invoice # 19-1219-01; ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.F, as evidenced by Mills Declaration at ¶¶ 4 and 7(A); (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶¶ 4 and 7(A); (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and |

<table>
<tr><td colspan="5" align="center"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
<tr>
<td align="center"><strong>Compl.<br>Annex A<br>¶ #</strong></td>
<td align="center"><strong>(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment<br>Date</strong></td>
<td align="center"><strong>(1) Invoice Amt Due<br>(2) Delinquency Date 1/</strong></td>
<td align="center"><strong>(1) Period Covered<br>(2) Facts of<br>Defendants'<br>Non-Objection</strong></td>
<td align="center"><strong>Substantiating Evidence;<br>Explanatory Notes</strong></td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶¶ 4 and 7(A).</td>
<td>evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶¶ 4 and 7(A).<br><br><strong><em>Explanatory Note:</em></strong><br>On 22 December 2019, MLG simultaneously presented the following invoices to Defendants as attachments to the</td>
</tr>
</table>

<table>
<tr><td colspan="5" style="background:yellow;text-align:center"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" style="text-align:center"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
|  |  |  |  | above-referenced presentment email: expense Invoice 19-1219-01 (referenced at Complaint Annex A at ¶ 18.F); fee Invoice 19-1220-001 (referenced in Complaint Annex A at ¶ 18.T), and fee Invoice 19-1222-001 (not referenced in Complaint Annex A). *See* **Exhibit 18.F+18.+Inv 19-1222-001** (1st Certificate at pp. 436-437. |

<table>
<tr><td colspan="5"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2]</td></tr>
<tr><td colspan="5"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| **¶ 18.G**<br>**Total Iraq Delinquency in Payment of MLG Group E-2 Incurred Expense Invoice**<br>(Sum of ¶¶ 18.F): | | **(1) $3,791.40**<br>**(2) Per above** | (1) *See* entries at ¶ 18.H, *supra*;<br>(2) *Id.* | *See* entries at ¶ 18.H, *supra*. |
| **¶ 18.H**<br>**Total of MLG 2019 Delinquent Expense Invoices:**<br>**MLG Invoice Group E-1 -**<br>**$266,690.14 (***see*** ¶ 18.E.4,** *supra***);**<br>**and**<br>**MLG Invoice Group E-2 -**<br>**$3,791.40 (***see*** ¶ 18.G, supra):** | | **(1) $270,481.54**<br>**(2) Per above** | **(1) and (2):**<br>**Previously stated (***supra***)** | **(1) and (2):**<br>**Previously stated (***supra***)** |
| colspan | **MLG Invoice Group E-3**<br>**(Delinquent MLG Wye Oak Litigation Incurred Expense Invoices Presented in 2020)**<br>***See*** **Complaint ¶ 18(B); Complaint Annex A at ¶¶ 18.I, and 18.K** | | | |
| **¶ 18.I** | (1) 20-1228-001 | (1) $5,649.02 | (1) Period Covered: | *Invoice, Invoice* |

21

<table>
<tr>
<td colspan="5" style="background-color:yellow">
<b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>
MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>
(Derived from Annex A to Complaint [ECF No. 5-2])
</td>
</tr>
<tr>
<td colspan="5">
<b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of<br>
Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b>
</td>
</tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | (2) 28 Dec 2020 (3) 29 Dec 2020 | (2) 28 Feb 2021 | 1 Jan 2020-28 Dec 2020 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.I, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 | *Amount and Presentment Date:* **Exhibit 18.I** (1st Certificate [ECF No. 13-1 at pp. 479-496]) (MLG Presentment email to MoJ and attached presented Invoice # 20-1228-001); *Defendants' Non-Objection to Invoice:* Facts stated in: (a) Complaint Annex A at ¶ 18.I, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by |

| | ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | |
|---|---|---|---|---|
| | History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. | Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
| --- | --- | --- | --- | --- |
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | |
| ¶ 18.J | (1) 20-1230-001 (2) 30 Dec 2020 (3) 30 Dec 2020 | (1) $7,500.00 (2) 1 Mar 2021 | (1) Period Covered: 2 Oct 2019 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at ¶ 18.J, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to | *Invoice, Invoice Amount and Presentment Date:* **Exhibit 18.J+18.AD** 1st Certificate [ECF No. 13-1 at pp. 497-528] (MLG Presentment email to MoJ and attached presented Invoice # 20-1230-001); *Defendants' Non-Objection to Invoice:* Facts stated in: (a) Complaint Annex A |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and | at ¶ 18.J, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. *Explanatory Note:* a. Complaint Annex A at ¶ 18.J, Column 2 lists the invoice number as 20-1230-001(E) (to designate the invoice as an expense invoice). However, the number stated on the invoice is 20-1230-001. *See* **Exhibit 18.J+18.AD** (First Certification at p. 499; b. Because of a typographical error, Complaint Annex B, ¶ |

<table>
<tr><td colspan="5" align="center"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
</table>

| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
|---|---|---|---|---|
| **Compl. Annex A ¶ #** | **(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date** | **(1) Invoice Amt Due<br>(2) Delinquency Date 1/** | **(1) Period Covered<br>(2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | | 18.J at Column 3 misstates the invoice amount at $7,518. The correct invoice amount is $7,500. *See* **Exhibit 18.J** (1st Certificate at pp. 499-502 (expense Invoice 20-1230-001 in the amount of $7,500). |
| **¶ 18.K**<br>**Total Iraq Delinquency in Payment of MLG Group E-3 Incurred Expense Invoices**<br>(Sum of ¶¶ 18.I, 18.J): | | **(1) $13,149.02**<br>**(2) Per above** | (1) *See* entries at ¶ 18.I and J, *supra*;<br>(2) *Id.* | *See* entries at ¶ 18.I and J, *supra*. |
| <td colspan="4" align="center">**MLG Invoice Group E-4**<br>**(Delinquent MLG Wye Oak Litigation Incurred Expense Invoices Presented in 2021)**<br>*See* **Complaint ¶ 18(C); Complaint Annex A at ¶¶ 18.L, and 18.M** |

| ¶ 18.L | (1) 21-0807-002<br>(2) 8 Aug 2021<br>(3) 8 Aug 2021 | (1) $2,564.04<br>(2) 8 Oct 2021 | (1) Period Covered:<br>1 Jan 2021-31 Jul 2021<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.L, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.L** (1st Certificate [ECF No. 13-1 at pp. 539-542] (MLG Presentment email to MoJ and attached presented Invoice # 21-0807-002);<br>***Defendants' Non-Objection to Invoice:*** Facts stated in:<br>(a) Complaint Annex A at ¶ 18.L, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. *Explanatory Note:* a. Complaint Annex A at ¶ 18.L, Column 2 incorrectly lists the date of 21-0807-002 as 8 Aug 2021. However, the invoice date is 7 Aug 2021. *See* **Exhibit 18.L** (1st Certificate at p. 531. |
| **¶ 18.M** | (1) 21-1209-002 (2) 9 Dec 2021 (2) 9 Dec 2021 | (1) $1,199.05 (2) 8 Feb 2022 | (1) Period Covered: 1 Aug 2021-24 Sep 2021 | *Invoice, Invoice Amount and Presentment Date:* |

<table>
<tr><td colspan="5" align="center"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
|  |  |  | (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.M, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and | **Exhibit 18.M+18.AI** (1st Certificate [ECF No. 13-1 at pp. 543-567] (MLG Presentment email to MoJ and attached presented Invoice # 21-1209-002); ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.M, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications |

| | | | ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | |
| --- | --- | --- | --- | --- | --- |
| | | | **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | | **Substantiating Evidence; Explanatory Notes** |
| | | | presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; | | between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. ***Explanatory Note:*** |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | (c) Stated under oath in Mills Declaration at ¶ 4. | On 9 December 2021, MLG simultaneously presented the following invoices to Defendants as attachments to the above-referenced presentment email: fee Invoice 21-1209-001 (referenced at Complaint Annex A at ¶ 18.AI); expense Invoice 21-1209-002 (referenced in Complaint Annex A at ¶ 18.M). *See* **Exhibit 18.M+18.AI** (1st Certificate [ECF No. 13-1 at p. 544]. |
| **¶ 18.N Total Iraq Delinquency in Payment of MLG Group E-4 Incurred Expense Invoices (Sum of ¶¶ 18.L, 18.M, 18.N):** | | **(1) $3,763.09 (2) Per above** | (1) *See* entries at ¶ 18.L and M, *supra*; (2) *Id.* | *See* entries at ¶ 18.L and M, *supra*. |

**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
(Derived from Annex A to Complaint [ECF No. 5-2])

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| colspan | **Total Delinquent MLG Wye Oak Litigation Incurred Expense Invoices** | | | |
|  | **Complaint Invoice Group #'s** | | **Invoice Group Amount Delinquent** | |
| **¶ 18.O** MLG Invoice Group E-1 (¶ 18.E.4, *supra*) | | | $266,690.14 | |
| **¶ 18.P** MLG Invoice Group E-2 (¶ 18.G, *supra*) | | | $3,791.40 | |
| **¶ 18.Q** MLG Invoice Group E-3 (¶ 18.K, *supra*) | | | $13,149.02 | |
| **¶ 18.R** MLG Invoice Group E-4 (¶ 18.N, *supra*) | | | $3,763.09 | |
| **¶ 18.S** **Total Iraq Delinquency in Payment of MLG Wye Oak Litigation Expense Invoices** | | | **$287,393.65** | |
| colspan | **MLG Invoice Groups F-1 through F-3** **Delinquent MLG Wye Oak Litigation Fee Invoices (Presented 2019-2021)** | | | |
| | **MLG Invoice Group F-1 (Presented 22-28 December 2019)** *See* **Complaint ¶ 18.A; Complaint Annex A ¶¶ 18.T, 18.U, 18.V, 18.W, 18.Y, and 18.Z** | | | |
| **¶ 18.T** | (1) 19-1220-001 | (1) $152,245.00 | (1) Period Covered: | *Invoice, Invoice* |

| | | | | |
|---|---|---|---|---|
| **ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**<br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br>(Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl.**<br>**Annex A**<br>**¶ #** | **(1) Invoice No.**<br>**(2) Invoice Date**<br>**(3) Presentment Date** | **(1) Invoice Amt Due**<br>**(2) Delinquency Date 1/** | **(1) Period Covered**<br>**(2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | (2) 20 Dec 2019<br>(3) 22 Dec 2019 | (2) 21 Feb 2020<br><br>Note: November 15, 2018 MoJ $100,000 Wye Oak retainer payment applied to Invoice 19-1220-001 by MLG Credit Note 19-1220-001. *See* 2nd Certificate, Ex. A-3.6 [ECF No. 13-2 at p. 1734]. Accounts receivable credit entered at ¶¶ 18.AA, *infra*. | 5 Mar 2018-2 Jun 2018<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at ¶ 18.T, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 | ***Amount and Presentment Date:***<br>**Exhibit 18.F+18.T+Inv 19-1222-001** (1st Certificate [ECF No. 13-1 at pp. 435-478] (MLG Presentment email to MoJ and attached presented Invoice # 19-1220-001);<br>***Defendants' Non-Objection to Invoice:***<br>***Defendants' Non-Objection to Invoice:***<br>Facts stated in:<br>(a) Complaint Annex A at ¶ 18.T, as evidenced by Mills Declaration at ¶ |

<table>
<tr><td colspan="5" style="background-color:yellow;text-align:center"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" style="text-align:center"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. | 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the |

<table>
<tr>
<td colspan="5" style="background:yellow">

**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
(Derived from Annex A to Complaint [ECF No. 5-2])

</td>
</tr>
</table>

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. *Explanatory Notes:* (a) On 22 December 2019, MLG simultaneously presented the following invoices to Defendants as attachments to the above-referenced presentment email: expense Invoice 19-1219-001 (referenced at Complaint Annex A at ¶ 18.F); fee Invoice 19-1220-001 (referenced in Complaint Annex A at ¶ 18.T), and fee Invoice 19-1222-001 (not referenced in Complaint |

<table>
<tr><td colspan="5" style="text-align:center"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | | Annex A). *See* **Exhibit 18.F+18.+Inv 19-1222-001** (1st Certificate at pp. 436-437. |
| | | | | (b) As a consequence of inadvertent typographical error, Annex A to the Complaint at ¶ 18.T, Column 3, understates the actual invoice amount by $100,000 (erroneously stating "$52,245.00" instead of the actual invoice amount of $152,245.00. (*See* presented invoice 19-1220-001 1st Certificate **Exhibit** |

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
| --- | --- | --- | --- | --- |
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | | **18.F+18.T+Inv 19-1222-001** at pp. 461-478). This error has been corrected. *See* this Annex A to Motion for Entry of Default Judgment, ¶ 18.T, Column 3 (invoice amount: $152,245.00). |

| ¶ 18.U | (1) 19-1220-002<br>(2) 20 Dec 2019<br>(3) 23 Dec 2019 | (1) $790,182.50<br>(2) 22 Feb 2020 | (1) *See* entries at ¶ 18.L and M, *supra*;<br>(2) *Id.* | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.U** (1st Certificate [ECF No. 13-1 at pp. 568-627]) (MLG Presentment email to MoJ and attached presented Invoice # 19-1220-002); ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.U, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>(Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl.<br>Annex A<br>¶ # | (1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment<br>Date | (1) Invoice Amt Due<br>(2) Delinquency Date 1/ | (1) Period Covered<br>(2) Facts of<br>Defendants'<br>Non-Objection | Substantiating Evidence;<br>Explanatory Notes |
| | | | | No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |
| Not listed in Complaint Annex A | (1) 19-1222-001<br>(2) 22 Dec 2019<br>(3) 22 Dec 2019 | (1) $49,675.00<br>(2) 21 Feb 2020 | (1) Period Covered: 26 Mar 2018-28 Aug 2018<br>(2) Facts of Defendants Non-Objection:<br>(a) Stated under oath in Mills Declaration at ¶ 4: | *Invoice, Invoice Amount and Presentment Date:* **Exhibit 18.F+18.T+Inv 19-1222-001** (1st Certificate [ECF No. 13-1 at pp. 435-478]) (MLG Presentment email to MoJ and attached presented |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | As of the date of this motion, neither Defendant Iraq nor Defendant MoJ has:<br><br>A. Objected to this invoice;<br><br>B. Taken any issue with any of the expenses stated on this invoice; or<br><br>C. Provided any explanation whatsoever why Iraq has not paid this invoice, despite Mills Law making payment demands | Invoice # 19-1220-001); ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (b) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

<table>
<tr><td colspan="5" style="background-color: yellow;"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | to Iraq between the payment due date for this invoice and the date of commencement of this action; and<br><br>D. As of the date stated above, has not paid this invoice.<br><br>E. Under the District of Columbia law of on account stated, Iraq agreed with and/or accepted this Invoice. | No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4.<br><br>*Explanatory Note:*<br>On 22 December 2019, MLG simultaneously presented the following invoices to Defendants as attachments to the above-referenced presentment email: expense Invoice 19-1219-001 (referenced at Complaint Annex A at ¶ 18.F); fee Invoice 19-1220-001 |

42

<table>
<tr><td colspan="5" align="center"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date <u>1/</u> | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | | (referenced in Complaint Annex A at ¶ 18.T), and fee Invoice 19-1222-001 (not referenced in Complaint Annex A). *See* **Exhibit 18.F+18.T+Inv 19-1222-001** 1st Certificate [ECF No. 13-1 at pp. 436-437].<br><br>MLG, through inadvertence, did not expressly include Invoice 19-1222-001 in Annex A to the Complaint.<br><br>In sum: (1) MLG presented Invoice No. 19-1222-001 to Defendants pursuant to the Engagement Agreement; (2) Defendants did not object to the invoice; (3) the invoice |

<table>
<tr><td colspan="5" align="center"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | | became due and is delinquent; (4) Defendants breached their legal obligations to remit payment to MLG (either under the law of on account stated or under the Engagement Agreement); (5) by virtue of the foregoing, Defendants have actual notice of their breach of such legal obligations and that MLG has sued Defendants in this action to collect on this invoice. Accordingly, default judgment against Defendants should include this liability, alternatively under Counts I or II of the Complaint or paragraph F of Plaintiff's |

44

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | | prayer for relief (that the Court grant MLG "such additional relief as the Court shall deem just and equitable." |

| ¶ 18.V | (1) 19-1223-001<br>(2) 23 Dec 2019<br>(3) 24 Dec 2019 | (1) $609,204.50<br>(2) 23 Feb 2020 | (1) Period Covered: 26 Sep 2018-31 Dec 2018<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.V, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.V** (1st Certificate [ECF No. 13-1 at pp. 628-676]) (MLG Presentment email to MoJ and attached presented Invoice # 19-1223-001);<br>***Defendants' Non-Objection to Invoice:*** Facts stated in:<br>(a) Complaint Annex A at ¶ 18.V, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|  |  |  | for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |

| ¶ 18.W | (1) 19-1225-001<br>(2) 25 Dec 2019<br>(3) 26 Dec 2019 | (1) $678,596.50<br>(2) 25 Feb 2020 | (1) Period Covered: 1 Jan 2019-31 Mar 2019<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.W, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.W** (1st Certificate [ECF No. 13-1 at pp. 677-728]) (MLG Presentment email to MoJ and attached presented Invoice # 19-1225-001);<br>***Defendants' Non-Objection to Invoice:*** Facts stated in:<br>(a) Complaint Annex A at ¶ 18.W, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
(Derived from Annex A to Complaint [ECF No. 5-2])

</td></tr>
</table>

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |
| ¶ 18.X | *Original Inaccurate* (1) 19-1226-001 (2) 26 Dec 2019 (3) 27 Dec 2019 | (1) $561,498.00 (2) 26 Feb 2020 | (1) Period Covered: 1 Apr 2019-30 Jun 2019 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.X** (1st Certificate [ECF No. 13-1 at pp. 729-778]) (MLG Presentment email to MoJ and |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | at¶ 18.X, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] | attached presented Invoice # 19-1226-001); ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.X, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and |

| | | | ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>(Derived from Annex A to Complaint [ECF No. 5-2] | |
|---|---|---|---|---|
| | | | **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | |
| **Compl. Annex A ¶ #** | **(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date** | **(1) Invoice Amt Due<br>(2) Delinquency Date 1/** | **(1) Period Covered<br>(2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466];<br>(c) Stated under oath in Mills Declaration at ¶¶ 4 and 7(B). | evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶¶ 4 and 7(B). |
| ¶ 18.Y | (1) 19-1227-001<br>(2) 27 Dec 2019<br>(3) 27 Dec 2019 | (1) $313,824.00<br>(2) 26 Feb 2020 | (1) Period Covered: 1 Jul 2019-30 Sep 2019 | *Invoice, Invoice Amount and Presentment Date:* |

<table>
<tr><td colspan="5"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.Y, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and | **Exhibit 18.Y** (1st Certificate [ECF No. 13-1 at pp. 779-817] (MLG Presentment email to MoJ and attached presented Invoice # 19-1227-001); ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.Y, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.Y through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications |

| | | | ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>(Derived from Annex A to Complaint [ECF No. 5-2]) | |
|---|---|---|---|---|
| | | | **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | |
| **Compl. Annex A ¶ #** | **(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date** | **(1) Invoice Amt Due<br>(2) Delinquency Date 1/** | **(1) Period Covered<br>(2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath | between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |

<table>
<tr>
<td colspan="5"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td>
</tr>
<tr>
<td colspan="5"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td>
</tr>
<tr>
<td><strong>Compl.<br>Annex A<br>¶ #</strong></td>
<td><strong>(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment<br>Date</strong></td>
<td><strong>(1) Invoice Amt Due<br>(2) Delinquency Date <u>1/</u></strong></td>
<td><strong>(1) Period Covered<br>(2) Facts of<br>Defendants'<br>Non-Objection</strong></td>
<td><strong>Substantiating Evidence;<br>Explanatory Notes</strong></td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>in Mills Declaration at ¶ 4.</td>
<td></td>
</tr>
<tr>
<td><strong>¶ 18.Z</strong></td>
<td>(1) 19-1228-001<br>(2) 28 Dec 2019<br>(3) 28 Dec 2019</td>
<td>(1) $67,600.00<br>(2) 27 Feb 2020</td>
<td>(1) Period Covered: 1 Oct 2019-25 Nov 2019<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at ¶ 18.Z, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023</td>
<td><strong><em>Invoice, Invoice Amount and Presentment Date:</em></strong> Exhibit 18.Z (1st Certificate [ECF No. 13-1 at pp. 818-835] (MLG Presentment email to MoJ and attached presented Invoice # 19-1228-001);<br><strong><em>Defendants' Non-Defendants' Non-Objection to Invoice:</em></strong> Facts stated in:<br>(a) Complaint Annex A at ¶ 18.Z, as evidenced by Mills Declaration at ¶</td>
</tr>
</table>

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
| --- | --- | --- | --- | --- |
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd | 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
|  |  |  | Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. *Explanatory Note:* Because of a typographical error, Complaint Annex B, ¶ 18.Z at Column 3 misstates the invoice amount at $67,618.00. The correct invoice amount is $67,600.00. *See* **Exhibit 18.Z** (1st Certificate at pp. 820-835 (fee Invoice 19-1228-001 in the amount of $67,600.00). |

**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT**
(Derived from Annex A to Complaint [ECF No. 5-2])

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| ¶ 18.AA **Total Iraq Delinquency in Payment of MLG Group F-1 Incurred Fees Invoices** (Sum of ¶¶ 18.T, 18.U, Invoice 19-1222-001, 18.V, 18.W, 18.Y, and 18.Z) | **(1) $3,222,825.50 -$100,000.00**/ **$3,122,825.50** **/ *See* ¶ 18.T, *supra* (MLG Credit Note 19-1220-001) **(2) Per above** | (1) *See* entries at ¶¶ 18.T, 18.U, at Invoice 19-1222-001, 18.V, 18.W, 18.X, 18.Y and 18.Z, *supra*; (2) *Id.* | *See* entries at ¶¶ 18.T, 18.U, 18.V, 18.W, 18.X, 18.Y and 18.Z, *supra*. ***Explanatory Note:*** As a consequence of the corrections noted at ¶ 18.T, Invoice 19-1222-001, and ¶ 18.Z, *supra*, the inaccurate amount of $3,073,150.50 stated in ¶ 18.AA of Complaint Annex A as the total Iraq deficiency in payment of MLG Group F-1 Incurred Fees Invoices is corrected herein to state $3,222,825.50. |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT<br>(Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date** | **(1) Invoice Amt Due<br>(2) Delinquency Date 1/** | **(1) Period Covered<br>(2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| **MLG Invoice Group F-2 (Presented 27-31 December 2020)**<br>*See* **Complaint ¶ 18(B); Complaint Annex A ¶¶ 18.AB, 18.AC, 18.AD, 18.AE, and 18.AF** | | | | |
| ¶ 18.AB | (1) 20-1226-001<br>(2) 26 Dec 2020<br>(3) 27 Dec 2020 | (1) $111,287.50<br>(2) 26 Feb 2021 | (1) Period Covered: 26 Nov 2019-31 Dec 2019<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.AB, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications: | *Invoice, Invoice Amount and Presentment Date:* **Exhibit 18.AB+18.AC** (1st Certificate [ECF No. 13-1 at pp. 836-866]) (MLG Presentment email to MoJ and attached presented Invoice # 20-1226-001);<br>*Defendants' Non-Objection to Invoice:* Facts stated in:<br>(a) Complaint Annex A at ¶ 18.AB, as evidenced |

<table>
<tr>
<td colspan="5" align="center"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td>
</tr>
<tr>
<td colspan="5" align="center"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td>
</tr>
<tr>
<td><strong>Compl.<br>Annex A<br>¶ #</strong></td>
<td><strong>(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment<br>Date</strong></td>
<td><strong>(1) Invoice Amt Due<br>(2) Delinquency Date 1/</strong></td>
<td><strong>(1) Period Covered<br>(2) Facts of<br>Defendants'<br>Non-Objection</strong></td>
<td><strong>Substantiating Evidence;<br>Explanatory Notes</strong></td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at</td>
<td>by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph</td>
</tr>
</table>

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4.<br><br>*Explanatory Note:*<br>(a) On 27 December 2020, MLG simultaneously presented the following invoices to Defendants as attachments to the above-referenced presentment email: fee Invoice 20-1226-001 (referenced at Complaint Annex A at ¶ 18.AB) and fee Invoice 20-1227-001 (referenced in Complaint Annex A at ¶ 18.AC). *See* |

<table>
<tr><td colspan="5" style="background:yellow">

**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT**
(Derived from Annex A to Complaint [ECF No. 5-2])

</td></tr>
<tr><td colspan="5">

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

</td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | | Exhibit 18.AB+18.AC (1st Certificate at p. 837. |
| ¶ 18.AC | (1) 20-1227-001 (2) 27 Dec 2020 (3) 27 Dec 2020 | (1) $36,410.00 (2) 26 Feb 2021 | (1) Period Covered: 1 Jan 2020-31 Mar 2020 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.AC, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 | *Invoice, Invoice Amount and Presentment Date:* **Exhibit 18.AB+18.AC** (1st Certificate [ECF No. 13-1 at pp. 836-866]) (MLG Presentment email to MoJ and attached presented Invoice # 20-1227-001); *Defendants' Non-Objection to Invoice:* Facts stated in: (a) Complaint Annex A at ¶ 18.AC, as evidenced by Mills Declaration at ¶ 4; |

<table>
<tr>
<td colspan="5" style="background-color:yellow; text-align:center;"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td>
</tr>
<tr>
<td colspan="5" style="text-align:center;"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td>
</tr>
<tr>
<td style="background-color:yellow;"><strong>Compl. Annex A ¶ #</strong></td>
<td style="background-color:yellow;"><strong>(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment Date</strong></td>
<td style="background-color:yellow;"><strong>(1) Invoice Amt Due<br>(2) Delinquency Date 1/</strong></td>
<td style="background-color:yellow;"><strong>(1) Period Covered<br>(2) Facts of Defendants' Non-Objection</strong></td>
<td style="background-color:yellow;"><strong>Substantiating Evidence; Explanatory Notes</strong></td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as</td>
<td>(b) Complaint Annex B at ¶¶ 21.AC through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof;</td>
</tr>
</table>

<table>
<tr><td colspan="5" style="background-color:yellow;text-align:center"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" style="text-align:center"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | | | evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. *Explanatory Note:* (a) On 27 December 2020, MLG simultaneously presented the following invoices to Defendants as attachments to the above-referenced presentment email: fee Invoice 20-1226-001 (referenced at Complaint Annex A at ¶ 18.AB) and fee Invoice 20-1227-001 (referenced in Complaint Annex A at ¶ 18.AC). *See* **Exhibit 18.AB+18.AC** (1st Certificate at p. 837. |
| ¶ 18.AD | (1) 20-1230-002 | (1) $144,370.00 | (1) Period Covered: | *Invoice, Invoice* |

<table>
<tr><td colspan="5" align="center"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | (2) 30 Dec 2020 (3) 30 Dec 2020 | (2) 1 Mar 2021 | 1 April 2020-30 June 2020 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.AD, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry | ***Amount and Presentment Date:*** **Exhibit 18.J+18.AD** (1st Certificate [ECF No. 13-1 at pp. 497-528]) (MLG Presentment email to MoJ and attached presented Invoice # 20-1230-002); ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.AD, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
| | | | for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. | Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | *Explanatory Note:* (a) On 30 December 2020, MLG simultaneously presented the following invoices to Defendants as attachments to the above-referenced presentment email: expense Invoice 20-1230-001 (referenced at Complaint Annex A at ¶ **18.J**) and fee Invoice 20-1230-002 (referenced in Complaint Annex A at ¶ **18.AD**). *See* **Exhibit 18.J+18.AD** (1st Certificate at p. 498. |
| **¶ 18.AE.1** | *Inaccurate Original* (1) 20-1230-001 (2) 31 Dec 2020 | (1) $124,864.00 (2) 2 Mar 2021 | (1) Period Covered: 1 Jul 2020-30 Sep 2020 | ***Invoice, Invoice Amount and Presentment Date:*** |

<table>
<tr><td colspan="5"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5"><strong>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</strong></td></tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| | (3) 31 Dec 2020<br><br>*Corrected*<br>(1) 20-1230-001(F)(corr)<br>(2) 31 Dec 2020<br>(3) 24 Jan 2021 | See ¶ 18.AE.2, Column 3, infra. | (2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at ¶ 18.AE, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at | **Exhibit 18.AE.1** (1st Certificate [ECF No. 13-1 at pp. 867-893]) (MLG Presentment email to MoJ and attached presented Invoice # 20-1230-002);<br>***Defendants' Non-Objection to Invoice:***<br>Facts stated in:<br>(a) Complaint Annex A at ¶ 18.AE, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; | between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |

<table>
<tr>
<td colspan="5" align="center" style="background-color:yellow"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2]</td>
</tr>
<tr>
<td colspan="5" align="center"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td>
</tr>
</table>

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
|  |  |  | (c) Stated under oath in Mills Declaration at ¶ 4. | ***Explanatory Note:*** a. Complaint Annex A at ¶ 18.AE, Column 2 incorrectly list Presentment Date for the fees invoice # 20-1230-001 as 30 Dec 2020. The correct Presentment Date is 31 Dec 2020. *See* **Exhibit 18.AE.1** (1st Certificate at p. 869. <br><br> b. On 31 December 2020, MLG presented fee Invoice 20-1230-001 in the amount of $124,864.00 to Defendants. Corrected Invoice # 20-1230-001(F)(corr) was presented on 24 January 2021. *See* this Annex A at ¶ 18.AE.2. |

<table>
<tr><td colspan="5" style="background-color:yellow"><strong>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</strong><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
</table>

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|
| ¶ 18.AE.2 | (1) 20-1230-001(F)(corr) (2) 31 Dec 2020 (3) 24 Jan 2021 | (1) $1,233.00 **/ (2) 24 Jan 2021<br><br>**/ Corrected invoice amount in excess of amount of Invoice # 20-1230-001. See ¶ 18.AE.2, Column 2 (immediately above). | (1) Period Covered: 1 Jul 2020-30 Sep 2020 (2) Facts of Defendants Non-Objection: (a) As stated in Complaint Annex A at¶ 18.AE, Column 4; (2) Non-existence of dispute communicated and confirmed by MoJ email communications: (1) MoJ email to MLG dated 8 August 2023 referenced in Annex | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.AE.2** (1st Certificate [ECF No. 13-1 at pp. 894-924]) (MLG Presentment email to MoJ and attached presented Invoice # 20-1230-001(F)(corr); ***Defendants' Non-Objection to Invoice:*** Facts stated in: (a) Complaint Annex A at ¶ 18.AE, as evidenced by Mills Declaration at ¶ 4; (b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by |

| | | | | |
|---|---|---|---|---|
| **ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. | Mills Declaration at ¶ 4; (c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by: (1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |

<table>
<tr><td colspan="5" align="center"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center"><b>History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence</b></td></tr>
<tr>
<td><b>Compl.<br>Annex A<br>¶ #</b></td>
<td><b>(1) Invoice No.<br>(2) Invoice Date<br>(3) Presentment<br>Date</b></td>
<td><b>(1) Invoice Amt Due<br>(2) Delinquency Date <u>1/</u></b></td>
<td><b>(1) Period Covered<br>(2) Facts of<br>Defendants'<br>Non-Objection</b></td>
<td><b>Substantiating Evidence;<br>Explanatory Notes</b></td>
</tr>
<tr>
<td></td>
<td></td>
<td></td>
<td>ABS-12 [ECF No. 13-2 at p. 1459-1466];<br>(c) Stated under oath in Mills Declaration at ¶ 4.</td>
<td><i>Explanatory Notes:</i><br>a. On 24 January 2021 MLG presented corrected Invoice # 20-1230-001(F)(corr) in the amount of $126,097.00 to Defendants. <i>See</i> <b>Exhibit 18.AE.2</b> (1st Certificate at pp. 895-899;<br>b. The difference of amount between Invoice # 20-1230-001 and 20-1230-001(F)(corr) is $1,233.00. <i>Compare</i> <b>Exhibit 18.AE.1</b> (1st Certificate at p. 869 and <b>Exhibit 18.AE.2</b> at (1st Certificate at p. 900.<br>c. Complaint Annex A at ¶ 18.AE inaccurately states a presentation date of 2</td>
</tr>
</table>

72

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | | February 2021 for Invoice # 20-1230-001(F)(corr). As noted in subparagraph a. (immediately above) the correct Presentment Date for Invoice # 20-1230-001(F)(corr) is 24 January 2021. **Exhibit 18.AE.2** (1st Certificate at p. 895. |

| ¶ 18.AF | (1) 20-1231-002<br>(2) 31 Dec 2020<br>(3) 31 Dec 2020 | (1) $79,797.00<br>(2) 2 Mar 2021 | (1) Period Covered: 1 Oct 2020-30 Dec 2020<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.AF, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.AF** (1st Certificate [ECF No. 13-1 at pp. 925-942]) (MLG Presentment email to MoJ and attached presented Invoice # 20-1231-002);<br>***Defendants' Non-Objection to Invoice:*** Facts stated in:<br>(a) Complaint Annex A at ¶ 18.AF, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| | | | B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4. |
| ¶ 18.AG **Total Iraq Delinquency in Payment of MLG Group F-2 Incurred Fees Invoices** (Sum of ¶¶ 18.AB, 18.AC, 18.AD, 18.AE, and 18.AF) | | **(1) $497,961.50 (2) Per above** | (1) *See* entries at ¶¶ 18.AB, 18.AC, 18.AD, 18.AE, and 18.AF, *supra*; (2) *Id.* | *See* entries at ¶¶ 18.AB, 18.AC, 18.AD, 18.AE, and 18.AF, *supra*. |

75

| ANNEX A TO PLAINTIFF MILLS LAW GROUP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Derived from Annex A to Complaint [ECF No. 5-2]) | | | | |
| --- | --- | --- | --- | --- |
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| **MLG Invoice Group F-3 (Presented 8 Aug 2021-9 December 2021)** *See* **Complaint ¶ 18(C); Complaint Annex A ¶¶ 18.AH, and 18.AI** | | | | |

| ¶ 18.AH | (1) 21-0807-001<br>(2) 7 Aug 2021<br>(3) 8 Aug 2021 | (1) $120,001.00<br>(2) 8 Oct 2021 | (1) Period Covered: 1 Jan 2021-31 Jul 2021<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at ¶ 18.AH, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex | ***Invoice, Invoice Amount and Presentment Date:*** **Exhibit 18.AH** (1st Certificate [ECF No. 13-1 at pp. 943-967]) (MLG Presentment email to MoJ and attached presented Invoice # 21-0807-001);<br>***Defendants' Non-Objection to Invoice:*** Facts stated in:<br>(a) Complaint Annex A at ¶ 18.AH, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

<table>
<tr><td colspan="5" align="center">**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**<br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
<tr><td colspan="5" align="center">**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**</td></tr>
<tr><td>**Compl. Annex A ¶ #**</td><td>**(1) Invoice No.**<br>**(2) Invoice Date**<br>**(3) Presentment Date**</td><td>**(1) Invoice Amt Due**<br>**(2) Delinquency Date 1/**</td><td>**(1) Period Covered**<br>**(2) Facts of Defendants' Non-Objection**</td><td>**Substantiating Evidence; Explanatory Notes**</td></tr>
<tr><td></td><td></td><td></td><td>B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4.</td><td>No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4.</td></tr>
</table>

| ¶ 18.AI | (1) 21-1209-001<br>(2) 9 Dec 2021<br>(3) 9 Dec 2021 | (1) $46,989.00<br>(2) 8 Feb 2022 | (1) Period Covered: 1 Aug 2021-5 Oct 2021<br>(2) Facts of Defendants Non-Objection:<br>(a) As stated in Complaint Annex A at¶ 18.AI, Column 4;<br>(2) Non-existence of dispute communicated and confirmed by MoJ email communications:<br>(1) MoJ email to MLG dated 8 August 2023 referenced in Annex B Supplement entry for Ex. ABS-10 [ECF No. 12-3 at pp. 45-47] and presented as evidence (2nd Certificate, Ex. ABS-10 [ECF No. 13-2 at p. 14312] and (2) MoJ email to MLG dated 25 September 2023 referenced in Annex | ***Invoice, Invoice Amount and Presentment Date:***<br>**Exhibit 18.M+18.AI** (1st Certificate [ECF No. 13-1 at pp. 543-567]) (MLG Presentment email to MoJ and attached presented Invoice # 21-0807-002);<br>***Defendants' Non-Objection to Invoice:***<br>Facts stated in:<br>(a) Complaint Annex A at ¶ 18.AI, as evidenced by Mills Declaration at ¶ 4;<br>(b) Complaint Annex B at ¶¶ 21.A through 21.P, as evidenced by Mills Declaration at ¶ 4;<br>(c) Communications between MLG and Defendants subsequent to 25 July 2022, evidenced by:<br>(1) the facts stated and evidentiary references set forth in Annex B Supplement [ECF #12-3], as attested to by the Mills Declaration [ECF |

| | | | B Supplement entry for Ex. ABS-12 [ECF No. 12-3 at pp. 55-56] and presented as evidence (2nd Certificate, Ex. ABS-12 [ECF No. 13-2 at p. 1459-1466]; (c) Stated under oath in Mills Declaration at ¶ 4. | No. 12-5]; (2) the evidentiary references set forth in subparagraph (2) of column to the immediate left hereof; and (3) Mills Declaration [ECF No. 12-5] at ¶ 4.  ***Explanatory Note:*** On 9 December 2021, MLG simultaneously presented the following invoices to Defendants as attachments to the above-referenced presentment email: fee Invoice 21-1209-001 (referenced at Complaint Annex A at ¶ **18.AI**); expense Invoice 21-1209-002 (referenced in Complaint Annex A at ¶ **18.M**). *See* **Exhibit 18.M+18.AI** (1st Certificate at p.544. |
|---|---|---|---|---|
| **¶ 18.AJ Total Iraq Delinquency in Payment of MLG Group F-3 Incurred Fees Invoices** (Sum of ¶¶ 18.AH, 18.AI) | | **(1) $166,990.00 (2) Per above** | (1) *See* entries at ¶¶ 18.AH, 18.AI, *supra*; (2) *Id.* | *See* entries at ¶¶ 18.AH, 18.AI, *supra*. |

| Total Delinquent MLG Wye Oak Litigation Incurred Fees Invoices | |
|---|---|
| Complaint Invoice Group #'s | Invoice Group Amount Delinquent |

<table>
<tr><td colspan="5" style="background:yellow"><b>ANNEX A TO PLAINTIFF MILLS LAW GROUP'S<br>MOTION FOR ENTRY OF DEFAULT JUDGMENT</b><br>(Derived from Annex A to Complaint [ECF No. 5-2])</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| **History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence** | | | | |
| **Compl. Annex A ¶ #** | **(1) Invoice No. (2) Invoice Date (3) Presentment Date** | **(1) Invoice Amt Due (2) Delinquency Date 1/** | **(1) Period Covered (2) Facts of Defendants' Non-Objection** | **Substantiating Evidence; Explanatory Notes** |
| **¶ 18.AK** <br> MLG Invoice Group F-1 | | | | $3,122,825.50 |
| **¶ 18.AL** <br> MLG Invoice Group F-2 | | | | $497,961.50 |
| **¶ 18.AM** <br> MLG Invoice Group F-3 | | | | $166,990.00 |
| **¶ 18.AN** <br> **Total Iraq Delinquency in Payment of MLG Wye Oak Litigation Fees Invoices** | | | | **$3,787,777.00** |
| **Grand Total: Delinquent MLG Wye Oak Litigation Expense and Fees Invoices (Presented in 2019, 2020 and 2021)** | | | | |
| **¶ 18.AO** <br> Total Iraq Delinquency in Payment of MLG Invoice Groups E-1, E-2, E-3 and E-4 Wye Oak Litigation Expense Invoices | | | | $287,393.65 |
| **¶ 18.AP** <br> Total Iraq Delinquency in Payment of MLG Invoice Groups F-1, F-2 and F3 Wye Oak Litigation Fees Invoices | | | | $3,787,777.00 |
| **¶ 18.AQ** <br> **Grand Total Iraq** <br> **Delinquency in Payment of MLG Invoices** | | | | **$4,075,170.65** |

**ANNEX A TO PLAINTIFF MILLS LAW GROUP'S**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**
(Derived from Annex A to Complaint [ECF No. 5-2])

**History of Mills Law Group Presentment of Wye Oak Litigation Invoices to Defendants Iraq and Ministry of Justice, Each Defendant's Non-Objection and Non-Payment of Presented Invoices; Supporting Evidence**

| Compl. Annex A ¶ # | (1) Invoice No. (2) Invoice Date (3) Presentment Date | (1) Invoice Amt Due (2) Delinquency Date 1/ | (1) Period Covered (2) Facts of Defendants' Non-Objection | Substantiating Evidence; Explanatory Notes |
|---|---|---|---|---|

**Footnotes**

1/ The Engagement Agreement (Complaint Exhibit 1.1) obligates Defendants to remit payment in full of each MLG invoice as follows: "It is agreed by the Ministry and the Firm, however, that wire transfer payment in full of each is due to be received in the account of Mills Law Group LLP by not later than sixty (60) days after delivery of each invoice to the Ministry, by e-mail, addressed as above." Accordingly, the delinquency date for each invoice is the 61st day after the Presentment Date (the "Delinquency Date"). *See* Complaint at ¶¶ 1.A, 2.B, 2.C, 2.G, 12, 15.A, 15.B, 19, 22.B, 26, 31, 35, 44.B, and 46.A.

**<u>EXHIBIT 2</u>**

**Accrued Interest Report**

*Mills Law Group v. Republic of Iraq et al.*
Civil Action No. 22-cv-03323-RCL
**Prejudgment Interest on Delinquent MLG Wye Oak Litigation Invoices**
**Calculation of Accrued Interest from Invoice Presentment Dates through September 30, 2023**

| Compl. Annex A Paragraph # | Invoice # | Date of Invoice Presentment ("Presentment Date") (1) | Initial Interest Accrual Date (2) | Invoice Amount (3) | Annual Prejudgment Interest Rate (6% Per Annum) (4) | Number of Years | Accrued Annual Interest (5) | Prejudgment Interest Daily Rate (6) | Number of Days (7) | Daily Accrued Prejudgment Interest (8) | Total Accrued Prejudgment Interest (By Invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18.A | 19-1009-001 | 12 Oct 2019 | 12 Dec 2019 | $0.00 | 0.060000 | 3 | $0.00 | 0.000164 | 292 | $0.00 | $0.00 |
| 18.B | 19-1009-002 | 12 Oct 2019 | 12 Dec 2019 | $9,162.53 | 0.060000 | 3 | $1,649.26 | 0.000164 | 292 | $439.80 | $2,089.06 |
| 18.C | 19-1009-003 | 12 Oct 2019 | 12 Dec 2019 | $233,542.78 | 0.060000 | 3 | $42,037.70 | 0.000164 | 292 | $11,210.05 | $53,247.75 |
| 18.A,18.B,18.C | - - - | 7 Dec 2019 | 6 Feb 2020 | $18,191.46 | 0.060000 | 3 | $3,274.46 | 0.000164 | 236 | $705.73 | $3,980.19 |
| 18.D | 19-1203-001 | 7 Dec 2019 | 6 Feb 2020 | $5,793.37 | 0.060000 | 3 | $1,042.81 | 0.000164 | 236 | $224.75 | $1,267.56 |
| 18.F | 19-1219-001 | 22 Dec 2019 | 21 Feb 2020 | $3,791.40 | 0.060000 | 3 | $682.45 | 0.000164 | 221 | $137.74 | $820.19 |
| 18.I | 20-1228-001 | 29 Dec 2020 | 28 Feb 2021 | $5,649.02 | 0.060000 | 2 | $677.88 | 0.000164 | 214 | $198.72 | $876.60 |
| 18.J | 20-1230-001(E) | 30 Dec 2020 | 1 Mar 2021 | $7,500.00 | 0.060000 | 2 | $900.00 | 0.000164 | 213 | $262.60 | $1,162.60 |
| 18.L | 21-0807-002 | 8 Aug 2021 | 8 Oct 2021 | $2,564.04 | 0.060000 | 1 | $153.84 | 0.000164 | 357 | $150.47 | $304.31 |
| 18.M | 21-1209-002 | 9 Dec 2021 | 8 Feb 2022 | $1,199.05 | 0.060000 | 1 | $71.94 | 0.000164 | 234 | $46.12 | $118.07 |
| | | **Total Expense Invoices** | | **$287,393.65** | | | | | | | |
| 18.T | 19-1220-001 | 22 Dec 2019 | 21 Feb 2020 | $52,245.00 | 0.060000 | 3 | $9,404.10 | 0.000164 | 221 | $1,898.00 | $11,302.10 |
| 18.U | 19-1220-002 | 23 Dec 2019 | 22 Feb 2020 | $790,182.50 | 0.060000 | 3 | $142,232.85 | 0.000164 | 220 | $28,576.46 | $170,809.31 |
| 18.V | 19-1222-001 | 22 Dec 2019 | 21 Feb 2020 | $49,675.00 | 0.060000 | 3 | $8,941.50 | 0.000164 | 221 | $1,804.63 | $10,746.13 |
| 18.V | 19-1223-001 | 24 Dec 2019 | 23 Feb 2020 | $609,204.50 | 0.060000 | 3 | $109,656.81 | 0.000164 | 219 | $21,931.36 | $131,588.17 |
| 18.W | 19-1225-001 | 26 Dec 2019 | 25 Feb 2020 | $678,596.50 | 0.060000 | 3 | $122,147.37 | 0.000164 | 217 | $24,206.37 | $146,353.74 |
| 18.X | 19-1226-001 | 27 Dec 2019 | 26 Feb 2020 | $561,498.00 | 0.060000 | 3 | $101,069.64 | 0.000164 | 216 | $19,937.02 | $121,006.66 |
| 18.Y | 19-1227-001 | 27 Dec 2019 | 26 Feb 2020 | $313,824.00 | 0.060000 | 3 | $56,488.32 | 0.000164 | 216 | $11,142.90 | $67,631.22 |
| 18.Z | 19-1228-001 | 28 Dec 2019 | 27 Feb 2020 | $67,600.00 | 0.060000 | 3 | $12,168.00 | 0.000164 | 215 | $2,389.15 | $14,557.15 |
| 18.AB | 20-1226-001 | 27 Dec 2020 | 26 Feb 2021 | $111,287.50 | 0.060000 | 2 | $13,354.50 | 0.000164 | 216 | $3,951.47 | $17,305.97 |
| 18.AC | 20-1227-001 | 27 Dec 2020 | 26 Feb 2021 | $36,410.00 | 0.060000 | 2 | $4,369.20 | 0.000164 | 216 | $1,292.80 | $5,662.00 |
| 18.AD | 20-1230-002 | 30 Dec 2020 | 01 Mar 2021 | $144,370.00 | 0.060000 | 2 | $17,324.40 | 0.000164 | 213 | $5,054.93 | $22,379.33 |
| 18.AE | 20-1230-001F | 24 Jan 2021 | 26 Mar 2021 | $126,097.00 | 0.060000 | 2 | $15,131.64 | 0.000164 | 188 | $3,896.92 | $19,028.56 |
| 18.AF | 20-1231-002 | 31 Dec 2020 | 2 Mar 2021 | $79,797.00 | 0.060000 | 2 | $9,575.64 | 0.000164 | 212 | $2,780.87 | $12,356.51 |
| 18.AH | 21-0807-001 | 8 Aug 2021 | 8 Oct 2021 | $120,001.00 | 0.060000 | 1 | $7,200.06 | 0.000164 | 357 | $7,042.25 | $14,242.31 |
| 18.AI | 21-1209-001 | 9 Dec 2021 | 8 Feb 2022 | $46,989.00 | 0.060000 | 1 | $2,819.34 | 0.000164 | 234 | $1,807.47 | $4,626.81 |
| | | **Total Fee Invoices** | | **$3,787,777.00** | | | | | | | |
| | | **Total Invoice Debt** | | **$4,075,170.65** | | | | | **Total Accrued Prejudgment Interest** | | **$833,462.31** |

**Daily Accrued Interest on Total Invoice Debt (on and after October 1, 2023):** $668.33 (9)

(1) Annex A, Column 2, Item (3).
(2) Date of Invoice Presentment plus 61 days.
(3) Annex A, Column 3.
(4) D.C. Code 28-3302(a).
(5) Per annum rate (6%) x number of years
(6) Interest Rate Per Annum (6%) / 365 days
(7) The number of days beyond the last whole year that each invoice has been outstanding.
(8) Prejudgment Interest Daily Rate (0.000164) x number of days
(9) Total Invoice Debt ($4,075,170.65) x Daily Interest Rate (0.000164)

**<u>EXHIBIT 3</u>**

**Curriculum Vitae:**

**Karl Thorn Jr., C.P.A.**

# Curriculum Vitae

## Karl Thorn Jr., CPA

# Curriculum Vitae



### Karl Thorn Jr., CPA

212 34th Street N.E.
Washington, D.C. 20019

37 South Hanover Street (Main office)
Suite 202
Carlisle, PA 17013

**Business:** **(202) 550-4195**
**Mobile:**  **(717) 856-2146**
**Fax:**     **(866) 856-0546**
**Email:**   karl@thornaccounting.com

**Date of Birth:** 8th February 1969

## Personal Statement

I have over twenty years of experience in tax preparation, planning and consultation including individual, partnership/LLCs, corporation, trust, and non-profits.  I have diversified experience in auditing and other attestation services with an emphasis on non-profit entities, multi-employer retirement plans, and various employee benefit plans. Attestation services include experience with small business clients, physician and dental practices, labor unions, etc. Additionally, I have an in-depth knowledge of a full range of retirement plans including profit sharing & MP pension plans, 401(k)s, 403(b)s, annuities, simple IRAs, SEPs, and traditional/Roth IRAs.  I currently own and operate Thorn Accounting & Tax Consultants serving clients in the Washington, DC metro area and Carlisle, PA.  My practice focuses on providing high quality professional accounting services to small to medium sized owner operated businesses.

## Skills

| | |
|---|---|
| Audit assistance | Annual charitable entity filing |
| Preparation of non-profit returns | All tax services - business and individual |
| Outsourced accounting and bookkeeping | Compilations and reviews |
| Form 990 preparation | Payroll Services |
| Application for exempt status for IRC 501(c) organizations | Financial statement preparation |
| Budgeting & cash forecasting | Retirement Plan Filings – profit sharing, 401k, SEPS, simple IRA plans, etc. |
| Accounting system implementation assistance | |

## Education and Professional Certifications/Affiliations

Rider University, Lawrenceville, NJ
**Bachelor of Science – Accounting** (1997)
      **Graduated Cum Laude**

Stockton State College, Pomona, NJ
**Bachelor of Science – Mathematics** (1992)

- Certified public accountant licenses – Pennsylvania, District of Columbia, and New Jersey

- Member of the American Institute of CPAs

## Software Experience

Computer skills include proficiency in Excel, QuickBooks Desktop and QuickBooks online, ATX Tax software, Lacerte Tax software, ProSeries, Quicken, Business Works, and MS Office.

## Past Accounting Experience

- Provided monthly/quarterly accounting consultation, & year-end analysis for businesses.

- Calculated buy-in & buy-out values for incoming/outgoing business owners.

- Prepared income tax returns, gift tax returns, retirement plan & other informational returns.

- Generated client response notices to various taxing authorities.

- Calculated client's retirement contribution each year for the owners and their staff, and advised the clients on what type of retirement plan to adopt and how to contribute to the plan.

- Performed audits and other attestation services, drafted the financial statements, prepared tax/information returns, U.S. Labor Management reports, and other required state/federal filings for clients. The performance of the audits included preliminary testing, field work, and final review/analysis.  Assessed the strength of the client's internal controls, and in turn tested those internal controls.  These tests were performed on cash receipts/disbursements, inventory, and payroll.

- Performed compilation/review services, maintenance & posting to general/subsidiary ledgers, and preparation of annual tax/information returns.

- Completed compilation and review services in accordance to the AICPA's "Statements on Standards for Accounting and Review Services."  Maintained client's books and reviewed in-house bookkeeper's maintenance as well.  Additional services included maintenance and analysis of the employee benefit plan's investments, and calculation of Employer Retirement Income Security Act's("ERISA") gains and losses of those investments.

- Performed audits and employer compliance examinations.  Prepared and reviewed contributing employer confirmations, performed the testing of general ledger accounts, the testing of the cash receipts/disbursement journals, as well as other types of audit procedures.

- Prepared IRS forms 990, 990T, and 5500. Prepared individual, partnership, and S-Corporation income tax returns for the firm's tax department during the 1998 tax season, including tax planning and advising individuals on what investments they should sell/hold at year-end.

- Additional services included preparation of applications for unemployment insurance and state income taxes for various 501(c) Not-for-Profit organizations

**<u>EXHIBIT 4</u>**

**Glossary to Plaintiff's Statement of Material Facts for which There Is No Genuine Issue**

**Submitted in Support of Plaintiff's Motion for Entry of Default Judgment**

# I. <u>GLOSSARY</u>

The following terms, used in Plaintiff's Motion for Entry of Default Judgment (the "Motion") [ECF NO.12] and in the papers submitted by Plaintiff in support of the Motion [ECF NO. 12-1 through 12-7] and [ECF NO.13 through 13-2], are defined as follows.

| Term | Definition | Source of Definition |
|---|---|---|
| **Associated Co-Counsel** | The law firm of DiMuro Ginsberg P.C. and its attorneys engaged by MLG to appear and serve as co-counsel to Defendants Iraq and the Ministry of Defense of the Republic of Iraq in defense of the Wye Oak Litigation. | Compl. Ex. 1.1: Engagement Agreement at 2 (Legal Defense Team) [ECF No. 5-2 at p. 168]; *also at* 2nd Certificate of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11) ("2nd Certificate"), Ex. A-3.1 [ECF No. 13-2 at p. 1503]. |
| **Collection Activities** | Actions taken by MLG on and after the Delinquency Date for Delinquent Invoices to attempt to collect the Debt represented by the Delinquent Invoices, including, but not limited to: (i) preparing and delivering notices of the delinquency and demands for payment (in English and Arabic); and (ii) upon Defendants' failure to make any cure of the Delinquency by paying any of the Delinquent Invoices, preparing, commencing and maintaining this action for collection of the Debt. | Compl. Ex. 1.1: Engagement Agreement at 4 (incorporating by reference Maggs & McDermott-MoJ Engagement Letter) [ECF No. 5-2 at p. 170] *also at* 2nd Certificate Ex. A-3.1 [ECF No. 13-2 at p. 1505]  Compl. Ex. 1.2: Maggs & McDermott-MOJ Engagement Letter at 8-9 ("Billing Arrangements and Terms of Payment") [ECF No. 5-2 at 180-181] *also at* 2nd Certificate Ex. A-3.2 [ECF No. 13-2 at pp. 1515-1516]. |
| **Collection Costs** | All costs that MLG incurs in attempting to collect the Debt on and after the Delinquency Date | *Id.* |

E-4

| Term | Definition | Source of Definition |
|---|---|---|
| | for each Wye Oak Wye Oak Incurred Litigation Cost Invoice and Wye Oak Legal Fees Invoice, including, but not limited to, "court costs, filing fees and a reasonable attorney's fee", documented by Collection Cost Invoices: (1) MLG Invoice #23-1028-001 (Collection Costs expenses);[2] and (2) MLG Invoice # 13-1028-001 (Collection Costs legal fees).[3] | |
| **Credit Note** | The legal document by which MLG credited the $100,000 *Wye Oak* Litigation retainer payment (provided by Iraq to MLG by Iraqi Embassy Check No. 16933 on 15 November 2018)[4] to *Wye Oak* Legal Fees Invoice No. 19-1220-001 (legal fees for the period 5 March 2018-2 June 2018).[5] | MLG Credit Note I-19-1220-001, 2nd Certificate, Ex. A-3.6 [ECF No. 13-2 at p. ]1524 |
| **Debt** | The total amount of all delinquent (unpaid) MLG Wye Oak Incurred Litigation Cost Invoices and Wye Oak Legal Fees Invoices, accrued interest and Collection Costs. | Compl. at ¶ 3; Compl. Ex. 1.1 Engagement Agreement at 4 (incorporating by reference Maggs & McDermott-MoJ Engagement Agreement and Standard Terms thereof) [ECF No. 5-2 at p. 170]; *also at* 2nd Certificate Ex. A-3.1 [ECF No. 13-2 at p. 1505] Compl Ex. 1.2: Maggs & McDermott-MoJ Engagement Agreement at 10-11 (Standard Terms at "Billing |

---

[2] 2nd Certificate, Ex. A-3.6 [ECF No. 13-2 at pp. 1529-1594].
[3] 2nd Certificate, Ex. A-3.6 [ECF No. 13-2 at pp. 1596-1732].
[4] 2nd Certificate, Ex. A-3.4 [ECF No. 13-2 at p. 1521].
[5] 1st Certificate, Ex. Exhibit 18.F+18.T+ Inv 19-1222-001 [ECF No. 13-1 at pp. 443-460].

| Term | Definition | Source of Definition |
|------|-----------|---------------------|
| | | Arrangements and Terms of Payment") (ECF No. 5-2 at pp. 180-181] *also at* 2nd Certificate Ex. A-3.2 [ECF No. 13-2 at pp. 1515-1516]. |
| **Defendants** | Iraq and MoJ, jointly and severally. | Compl. at ¶ 6. |
| **Delinquency Date** | For each MLG Wye Oak Incurred Litigation Cost Invoice and each MLG Wye Oak Legal Fees Invoice that Iraq did not pay in full by the Payment Due Date, the first day after the Payment Due Date (also, the 61st calendar day after the Presentment Date). | Compl. Ex. 1.1 Engagement Letter at 4 [ECF No. 5-2 at p. 170]; *also at* 2nd Certificate Ex. A-3.1[ECF No. 13-2 at p. 1505]. |
| **Delinquent Invoices** | (i) The Wye Oak Incurred Litigation Cost Invoices; plus (ii) The Wye Oak Legal Fees Invoices, as referenced in Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment [ECF No. 12-2]. | With respect to Wye Oak Incurred Litigation Cost Invoices: Compl. ¶ 2.B; Compl. ¶ 18; Compl. Annex A [ECF No. 5-2 at 26-49]; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶¶ 18.A through 18.N [ECF No. 12-2 at pp. 1-26]<br><br>With respect to Wye Oak Legal Fees Invoices: Compl. ¶ 2.B; Compl. ¶ 18; Compl. Annex A [ECF No. 5-2 at 26-49]; Annex A to Mem. of Law in Support of Motion at ¶¶ 18.T through 18.AJ, inclusive of row beginning 19-1222-001 between rows ¶¶ 18.U and 18.V [ECF No.12-2 at pp. 16-59] **\*/ See Explanatory Note** |

| Term | Definition | Source of Definition |
|------|-----------|---------------------|
| | | concerning inclusion of MLG Invoice No. 19-1222-001 as part of delinquent Wye Oak Legal Fees Invoices stated at Annex A to Mem. of Law Row 19-1222-001, Column 5 [ECF No. 12-2] at pp. 33-36]. |
| **Engagement Letter** | The written commercial legal services Engagement Agreement between Mills Law Group and Iraq, a true and correct copy of which is set forth at Compl. Exhibit 1.1. | Compl. ¶¶ 5.C, 9.B <br><br> Comp. Ex. 1.1 [ECF No.5-2 at pp. 167-171] *also at* 2nd Certificate Ex. A-3.1 [ECF 13-1 at pp. 1502-1506]. |
| **Expenses** | Wye Oak Litigation expenses incurred by MLG on Iraq's behalf and invoiced by MLG to Iraq through MLG presentment to Iraq of the Wye Oak Incurred Litigation Cost Invoices that, pursuant to the Engagement Agreement, Iraq must pay in full to MLG by the Payment Date. | Compl. ¶ 11.A; see also Compl. ¶¶ 1.A, 2.A, 3. |
| **Iraq** | Defendant Republic of Iraq. | Compl. ¶ 6. |
| **Invoice Presentment** | MLG delivery of each MLG invoice to Iraq (through MoJ) via email. | Compl. Ex. 1.1. Engagement Letter at 1 (second para.), 3 ("Invoicing and Payments") [ECF No. 5-2 at 167, 169]; *also at* 2nd Certificate, Ex. A-3.1 [ECF No. 13-2 at pp. 1502, 1504]. |
| **The Law Firm; Mills Law Group; MLG; Plaintiff** | Plaintiff Mills Law Group L.L.P. | Compl. ¶ 5. |
| **Legal Services** | The legal services provided by MLG and Associated Co-Counsel in the Wye Oak Litigation. | Compl. ¶ 1. |

| Term | Definition | Source of Definition |
|---|---|---|
| **Maggs & McDermott-MoJ Engagement Agreement** | The engagement agreement entered into between the law firm Maggs & McDermott LLC ("Maggs & McDermott") and Iraq (through the MoJ Legal Department) dated 20 February 2010, effective as of 18 February 2010, for Maggs & McDermott to provide legal services to Iraq in defense of the Wye Oak Litigation. | Compl. Ex. 1.2 [ECF No.5-2 at pp. 173-181]; *also at* 2nd Certificate, Ex. A-3.2 [ECF No. 13-2 at pp. 1508-1516]. <br><br> Compl. ¶¶ 9.D, 9.E. |
| **Minister of Justice** | The most senior official of the Ministry of Justice of the Republic of Iraq responsible for approving and effecting payment of the Delinquent Invoices pursuant to the Engagement Agreement. | Compl. ¶ 13-14. |
| **Ministry of Justice; MoJ** | The Ministry of Justice of the Republic of Iraq, including the Director General of the MoJ Legal Department as the MoJ official responsible for processing the Delinquent Invoices, and, upon approval by the Minister of Justice, carrying out payment of the Delinquent Invoices pursuant to the Engagement Agreement. | Compl. ¶¶ 6, 13-14. |
| **MLG Invoice Group E-1** | **The following Wye Oak Incurred Litigation Cost Invoices:**<br><br>**E-1.  Invoice No. 19-1009-01**<br>$0.00 due (*original incorrect*):[6]<br>Presentment Date: 12 Oct 2019;<br>Payment Due Date: 11 Dec 2019;<br>Delinquency Date: 12 Dec 2019.<br>*Corrected Invoice*:<br>**Invoice No. 19-1009-001C** | **1. Invoices Nos. 19-1009-001 and 19-1009-001C:**<br>Compl. ¶ 18.A;<br><br>**E-1. Invoices Nos. 19-1009-01 and 19-1009-001C:**<br><br>Compl. Annex A ¶ 18.A;<br>Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.A. |

---

[6] [ECF No. 13-1] at pp. 27-39.

| Term | Definition | Source of Definition |
|---|---|---|
| | $3,373.35 due: [7]<br>Correction Presentment Date: 7 Dec 2019;<br>Payment Due Date: 5 Feb 2020;<br>Delinquency Date: 6 Feb 2020.<br><br><br>**E.2.  Invoice No. 19-1009-02**<br>$9,162.53 (*original incorrect*):[8]<br>Presentment Date: 12 Oct 2019;<br>Payment Due Date: 11 Dec 2019;<br>Delinquency Date: 12 Dec 2019.<br>*Corrected Invoice:*<br>**19-1009-002C**[9] (Corrected Invoice Amount: $17,482.18; an additional $8,319.65 balance due in excess of $9,162.53 balance stated on Invoice No. 19-1009-002 which is included on Invoice 19-1009-002)<br>Correction Presentment Date: 7 Dec 2019;<br>Payment Due Date: 5 Feb 2020;<br>Delinquency Date: 6 Feb 2020.<br><br>**E.3.  Invoice No. 19-1009-03**<br>$233,542.78 (*original incorrect*):[10]<br>Presentment Date: 12 Oct 2019;<br>Payment Due Date: 11 Dec 2019;<br>Delinquency Date: 12 Dec 2019.<br>*Corrected Invoice:*<br>**19-1009-003C**[11] (Corrected Invoice Amount: $240,041.24; an additional $6,498.45 balance due in excess of $233,542.79 balance stated on Invoice No. 19-1009-003)<br>Correction Presentment Date: 7 Dec 2019;<br>Payment Due Date: 5 Feb 2020; | **E.2. Invoices Nos. 19-1009-02 and 19-1009-002C:**<br>Compl. ¶ 18.;<br>Compl. Annex A ¶ 18.B;<br>Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment ¶ 18.B.<br><br><br><br>**E.3. Invoices Nos. 19-1009-03 and 19-1009-003C:**<br>Compl. ¶ 18;<br>Compl. Annex A ¶ 18.C;<br>Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.C. |

---

[7] [ECF No. 13-1] at pp. 67-243.

[8] [ECF No. 13-1] at pp. 42-45.

[9] [ECF No. 13-1] at pp. 244-269.

[10] [ECF No. 13-1] at pp. 48-56.

[11] [ECF No. 13-1] at pp. 270-411.

| Term | Definition | Source of Definition |
|---|---|---|
| | Delinquency Date: 6 Feb 2020.<br><br>**E.4. Invoice No. 19-1203-01**<br>$5,793.37;[12]<br>Presentment Date: 7 Dec 2019<br>Payment Due Date: 5 Feb 2020<br>Delinquency Date: 6 Feb 2020. | **E.4. Invoice No. 19-1203-01**<br>Compl. ¶ 18;<br>Compl. Annex A ¶ 18.D;<br>Annex A to Plaintiff's<br>Memorandum of Law in Support<br>of Motion for Entry of Default<br>Judgment at ¶ 18.D. |
| **MLG Invoice Group E-2** | **The following Wye Oak Incurred Litigation Cost Invoices:**<br><br>**E.5.  Invoice No. 19-1219-001**<br>$3,791.40;[13]<br>Presentment Date: 22 Dec 2019;<br>Payment Due Date: 20 Feb 2020;<br>Delinquency Date: 21 Feb 2020. | **E.5.  Invoice No. 19-1219-001**<br>Compl. ¶ 18;<br>Compl. Annex A ¶ 18.F;<br>Annex A to Plaintiff's<br>Memorandum of Law in Support<br>of Motion for Entry of Default<br>Judgment at ¶ 18.F. |
| **MLG Invoice Group E-3** | **The following Wye Oak Incurred Litigation Cost Invoices:**<br><br>**E.6. Invoice No. 20-1228-001**<br>$5,649.02;[14]<br>Presentment Date: 29 Dec 2020;<br>Payment Due Date: 27 Feb 2021;<br>Delinquency Date: 28 Feb 2021.<br><br>**E.7. Invoice No. 20-1230-001**<br>$7,500.00;[15]<br>Presentment Date: 30 Dec 2020;<br>Payment Due Date: 28 Feb 2021;<br>Delinquency Date: 1 Mar 2021. | **E.6. Invoice No. 20-1228-001:**<br>Compl. ¶ 18;<br>Compl. Annex A ¶ 18.I;<br>Annex A to Plaintiff's<br>Memorandum of Law in Support<br>of Motion for Entry of Default<br>Judgment at ¶ 18.I.<br><br>**E.7. Invoice No. 20-1230-001:**<br>Compl. ¶ 18;<br>Compl. Annex A ¶ 18.J;<br>Annex A to Plaintiff's<br>Memorandum of Law in Support<br>of Motion for Entry of Default<br>Judgment at ¶ 18.J. |

---

[12] [ECF No. 13-1] at pp. 412-434.
[13] [ECF No. 13-1] at pp. 438-442.
[14] [ECF No. 13-1] at pp. 479-469.
[15] [ECF No. 13-1] at pp. 499-502.

| Term | Definition | Source of Definition |
|---|---|---|
| **MLG Invoice Group E-4** | **The following Wye Oak Incurred Litigation Cost Invoices:** | |
| | **E.8.  Invoice No. 21-0807-002** $2,564.04:[16] Presentment Date: 8 Aug 2021; Payment Due Date: 7 Oct 2021; Delinquency Date: 8 Oct 2021. | **E.8. Invoice No. 21-0807-002:** Compl. ¶ 18; Compl. Annex A ¶ 18.L; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.L. |
| | **E.9.  Invoice No. 21-1209-002** $1,199.05:[17] Presentment Date: 9 Dec 2021; Payment Due Date: 7 Feb 2022; Delinquency Date: 8 Feb 2022. | **E.9. Invoice No. 21-1209-002:** Compl. ¶ 18; Compl. Annex A ¶ 18.M; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.M. |
| **MLG Invoice Group F-1** | **The following Wye Oak Legal Fees Invoices:** | |
| | **F.1. Invoice No. 19-1220-001**[18] (As presented: $152,245.00. Modified by MLG Credit Note No. 19-1220-001[19] crediting $100,000 retainer payment. Ending invoice balance: $52,245.00 effective as of invoice Presentment Date.) Presentment Date: 22 Dec 2019; Payment Due Date: 20 Feb 2020; Delinquency Date: 21 Feb 2020. | **F.1. Invoice No. 19-1220-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.T; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.T. |
| | **F.2. Invoice No. 19-1220-002** $790,182.50:[20] Presentment Date: 23 Dec 2019; Payment Due Date: 21 Feb 2020; Delinquency Date: 22 Feb 2020. | **F.2. Invoice No. 19-1220-002:** Compl. ¶ 18; Compl. Annex A ¶ 18.U; Annex A to Plaintiff's Memorandum of Law in Support |

---

[16] [ECF No. 13-1] at pp. 531-542.
[17] [ECF No. 13-1] at pp. 561-567.
[18] [ECF No. 13-1] at pp. 443-460.
[19] [ECF No. 13-2] at p. 1734.
[20] [ECF No. 13-1] at pp. 570-627.

| Term | Definition | Source of Definition |
|------|-----------|---------------------|
| | | of Motion for Entry of Default Judgment at ¶ 18.U. |
| | **F.3. Invoice No. 19-1222-001** $49,675.00:[21] Presentment Date: 22 Dec 2019; Payment Due Date: 20 Feb 2020; Delinquency Date: 21 Feb 2020. | **F.3. Invoice No. 19-1222-001:** Generally: Compl. ¶ 18; Compl. Annex A: Not Listed Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment ¶¶ 18.U and 18.V. |
| | **F.4. Invoice No. 19-1223-001** $609,204.50:[22] Presentment Date: 24 Dec 2019; Payment Due Date: 22 Feb 2020; Delinquency Date: 23 Feb 2020. | **F.4. Invoice No. 19-1223-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.V; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.V. |
| | **F.5. Invoice No. 19-1225-001** $678,596.50:[23] Presentment Date: 26 Dec 2019; Payment Due Date: 24 Feb 2020; Delinquency Date: 25 Feb 2020. | **F.5. Invoice No. 19-1225-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.W; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.W. |
| | **F.6. Invoice No. 19-1226-001** $561,498.00 (*original incorrect*):[24] Presentment Date: 27 Dec 2019; Payment Due Date: 25 Feb 2020; Delinquency Date: 26 Feb 2020. | **F.6. Invoice No. 19-1226-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.X; Annex A to Motion for Entry of Default Judgment at ¶ 18.X. |
| | **F.7. Invoice No. 19-1227-001** $313,824.00:[25] Presentment Date: 27 Dec 2019; Payment Due Date: 25 Feb 2020; Delinquency Date: 26 Feb 2020. | **F.7. Invoice No. 19-1227-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.Y; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default |

---

[21] [ECF No. 13-1] at pp. 461-478.
[22] [ECF No. 13-1] at pp. 632-679.
[23] [ECF No. 13-1] at pp. 679-728.
[24] [ECF No. 13-1] at pp. 731-777.
[25] [ECF No. 13-1] at pp. 781-817.

| Term | Definition | Source of Definition |
|------|-----------|---------------------|
| | | Judgment at ¶ 18.Y. |
| | **F.8. Invoice No. 19-1228-001** $67,600.00:[26] Presentment Date: 28 Dec 2019; Payment Due Date: 26 Feb 2020; Delinquency Date: 27 Feb 2020. | **F.8. Invoice No. 19-1228-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.Z; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.Z. |
| **MLG Invoice Group F-2** | **The following Wye Oak Legal Fees Invoices:** | |
| | **F.9. Invoice No. 20-1226-001** $111,287.50:[27] Presentment Date: 27 Dec 2020; Payment Due Date: 25 Feb 2021; Delinquency Date: 26 Feb 2021. | **F.9. Invoice No. 20-1226-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.AB; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.AB. |
| | **F.10. Invoice No. 20-1227-001** $36,410.00:[28] Presentment Date: 27 Dec 2020; Payment Due Date: 25 Feb 2021; Delinquency Date: 26 Feb 2021. | **F.10. Invoice No. 20-1227-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.AC; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.AC. |
| | **F.11. Invoice No. 20-1230-002** $144,370.00:[29] Presentment Date: 30 Dec 2020; Payment Due Date: 28 Feb 2021; Delinquency Date: 1 Mar 2021. | **F.11. Invoice No. 20-1230-002:** Compl. ¶ 18; Compl. Annex A ¶ 18.AD; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.AD. |
| | **F.12. Invoice No. 20-1230-001** $124,864.00:[30] | **F.12. Invoice No. 20-1230-001:** Compl. ¶ 18; |

[26] [ECF No. 13-1] at pp. 820-835.
[27] [ECF No. 13-1] at pp. 838-857.
[28] [ECF No. 13-1] at pp. 858-866.
[29] [ECF No. 13-1] at pp. 927-942.
[30] [ECF No. 13-1] at pp. 869-893.

| Term | Definition | Source of Definition |
|---|---|---|
| | Presentment Date: 30 Dec 2020; Payment Due Date: 28 Feb 2021; Delinquency Date: 1 Mar 2021. | Compl. Annex A ¶ 18.AE; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.AE. |
| | *Corrected Invoice* **Invoice No. 20-1230-001(F)(corr)** ($1,233.00 additional to Invoice 20-1230-001 $144,370.00 total due):[31] Presentment Date: 24 Jan 2021; Payment Due Date: 25 Mar 2021; Delinquency Date: 26 Mar 2021. | **Invoice No. 20-1230-001(F)(corr):** Compl. ¶ 18; Compl. Annex A ¶ 18.AE; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.AD. |
| | **F.13. Invoice No. 20-1231-002** $79,797.00:[32] Presentment Date: 31 Dec 2020; Payment Due Date: 1 Mar 2021; Delinquency Date: 2 Mar 2021. | **F.13. Invoice No. 20-1231-002:** Compl. ¶ 18; Compl. Annex A ¶ 18.AF; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.AF. |
| **MLG Invoice Group F-3** | **The following Wye Oak Legal Fees Invoices:** **F.14. Invoice No. 21-0807-001** $120,001.00:[33] Presentment Date: 7 Aug 2021; Payment Due Date: 7 Oct 2021; Delinquency Date: 8 Oct 2021. | **F.14. Invoice No. 21-0807-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.AH; Annex A to Plaintiff's Memorandum of Law in Support of Motion for Entry of Default Judgment at ¶ 18.AH. |
| | **F.15. Invoice No. 21-1209-001** $46,989.00:[34] Presentment Date: 9 Dec 2021; Payment Due Date: 7 Feb 2022; Delinquency Date: 8 Feb 2022. | **F.15. Invoice No. 21-1209-001:** Compl. ¶ 18; Compl. Annex A ¶ 18.AI; Annex A to Plaintiff's Memorandum of Law in Support |

---

[31] [ECF No. 13-1] at pp. 900-924.
[32] [ECF No. 13-1] at pp. 927-942.
[33] [ECF No. 13-1] at pp. 945-967.
[34] [ECF No. 13-1] at pp. 545-560.

| Term | Definition | Source of Definition |
|---|---|---|
| | | of Motion for Entry of Default Judgment at ¶ 18.AI. |
| **Payment Due Date** | The date not later than the 60th day after the Presentment Date by which Iraq is legally obligated to pay in full each MLG by wire transfer payment to MLG's bank account in the United States. | Compl. Ex. 1.1: Engagement Letter at 3 [ECF No. 5-2 at p. 169]; *also at* 2nd Certificate, Ex. A-3.1 [ECF No. 13-2 at p. 1504]. |
| **Presentment Date** | The date that MLG presented each Delinquent Invoice (by email) to the MoJ Legal Department for payment. | Compl. Ex. 1.1: Engagement Letter at 1 and 3 [ECF No. 5-2 at p. 167, 169]; *also at* 2nd Certificate, Ex. A-3.1 [ECF No. 13-2 at p. 1502, 1504]. |
| **Term of Representation** | The period from 19 February 2018 through 5 October 2021 during which MLG and MLG's Associated Counsel represented Iraq and the Ministry of Defense of the Republic of Iraq in the Wye Oak Litigation. | Compl. ¶ 1.A. |
| **Wye Oak Incurred Litigation Cost Invoices** | The nine (9) MLG invoices that MLG presented to Iraq for payment of unreimbursed Wye Oak Litigation Expenses in the total amount of $287,393.65. | Compl. ¶ 2.B; Compl. ¶ 18; Compl. Annex A at ¶¶ 18.A-18.S [ECF No. 5-2 at 26-34]; Annex A to Plaintiff's Mem. of Law in Support of Motion at ¶¶ 18.A through 18.S [ECF No. 12-1 at pp. 1-27]. |
| **Wye Oak Legal Fees Invoices** | The fifteen (15) MLG invoices that MLG presented to Iraq for payment of Legal Services in the Wye Oak Litigation in the total amount of $3,787,777.00. | Compl. ¶ 2.B; Compl. ¶ 18; Compl. Annex A at ¶¶ 18.T through 18.AN [ECF No. 5-2 at 34-48], as corrected and supplemented by Annex A to Mem. of Law (1) at ¶¶ 18.T through 18.AN (including row identified as 19-1222-001 [ECF No. 12-2 at pp. 27-60]; and (2) applying $100,000 MoJ retainer |

| Term | Definition | Source of Definition |
|---|---|---|
| | | to MLG Wye Oak Legal Fees Invoice 19-1220-001 as recorded at Annex A to Mem. of Law ¶ 18.T. |
| **Wye Oak Litigation Invoices** | The totality of the Wye Oak Incurred Litigation Cost Invoices and the Wye Oak Legal Fees Invoices (defined *infra*). | *Id.* at Wye Oak Incurred Litigation Cost Invoices and Wye Oak Legal Fees Invoices. |
| **Wye Oak Litigation** | The action *Wye Oak Technologies, Inc. v. Republic of Iraq and Ministry of Defense of the Republic of Iraq* (Civil Action No. 10-cv-01182- RCL, D.D.C.) and proceedings on appeal to the U.S. Circuit Court for the District of Columbia. | Compl. ¶ 1.A. |