UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MILLS LAW GROUP LLP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:22-CV-3323 (RCL) |
| REPUBLIC OF IRAQ and MINISTRY OF JUSTICE OF THE REPUBLIC OF IRAQ, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR STATUS CONFERENCE

NOW COMES Plaintiff Mills Law Group LLP ("Plaintiff" or "MLG"), by and through its undersigned counsel, to hereby request that the Court schedule a status conference to discuss any desired next steps from the Court, particularly whether an evidentiary hearing to determine the amount of damages due from the Defendants The Republic of Iraq and the Ministry of Justice of the Republic of Iraq is believed necessary.

This action was filed on October 30, 2022 [ECF No. 1]. Service was effected upon Defendants on November 23, 2022 [ECF No. 9]. On January 24, 2023, Plaintiff filed its Affidavit for Default [ECF No. 10]; also on January 24, 2023, the Clerk entered Defendants' default [ECF No. 11]. On October 30, 2023, Plaintiff filed its Rule 55(b) Motion for Entry of Default Judgment as to both Defendants [ECF Nos. 12, 12-1 through 12-8] and Sealed Motion for Leave to File [Certain Supporting Evidentiary] Documents Under Seal [ECF Nos. 13, 13-1 through 13-3]. On December 1, 2023, Plaintiff filed its Supplemental Memorandum re Motion for Default Judgment as to Defendants Republic of Iraq and Ministry of Justice of the Republic of Iraq [ECF Nos. 14 and 14-1].

As of 6 March 2024, Defendants are liable to Plaintiff in the following amounts on Plaintiff's claims stated in the Complaint (the "Indebtedness"):

**Complaint Count I –**
(On Account Stated):                                                              **$4,075,170.65;**[1]

**Complaint Count II –**
Material Breach of Engagement Agreement,
in the alternative to Count I:          $4,075,170.65;[2]

**Complaint Count III –**
Material Breach of Implied Covenant of
Good Faith and Fair Dealing,
in the alternative to Counts I and II:  $4,075,170.65;[3]

**Count IV –**
Quantum Meruit,
in the alternative to Counts I, II and III:  **$4,075,170.65;**[4]

**Accrued Prejudgment Interest**
pursuant to D.C. Code § 28-3302(a)

<u>From Invoices Delinquency Dates through 30 September 2023</u>:    **$833,462.31;**[5]
<u>Daily Accrued Prejudgment Interest Thereafter</u>
1-28 October 2023 – 28 days @ $668.33 per day:                  **$18,713.24;**[6]
29 October 2023-6 March 2024 – 130 days @ $668.33 per day:       **$86,882.90;**[7]

**Collection Costs pursuant to the Engagement Agreement:**       **$601,600.83;**[8]

**Taxable Costs pursuant to 28 U.S.C. § 1920 and**

---

[1] Statement of Undisputed Facts [ECF No. 12-7] at ¶¶ J-9, J-12, I-7 through I-10.
[2] Statement of Undisputed Facts [ECF No. 12-7] at ¶¶ J-9, J-12, II-6 through II-8.
[3] Statement of Undisputed Facts [ECF No. 12-7] at ¶¶ J-9, J-12, III-7 through III-16.
[4] Statement of Undisputed Facts [ECF No. 12-7] at ¶¶ J-9, J-12, IV-2 through IV-4.
[5] Statement of Undisputed Facts [ECF No. 12-7] at ¶¶ V-7 (total accrued pre-judgment interest from Presentment Date through 30 September 2023), referencing Thorn Decl. (Ex. 5 to Mem. of Law) [ECF # 12-6] at ¶¶ 9 and 13(A), and Ex. 1 thereto (Calculation of Prejudgment Interest on Delinquent Invoices from Presentment Date through September 30, 2023); Statement of Undisputed Facts [ECF No. 12-7] at ¶ V-8 (daily rate of accrual of prejudgment interest), referencing Thorn Decl. at ¶¶ 9 and 13.B; Exhibit 1 to Thorn Declaration.
[6] Statement of Undisputed Facts [ECF No. 12-7] at ¶ V-8 (daily rate of accrual of prejudgment interest), referencing Thorn Decl. at ¶¶ 9 and 13.B; Exhibit 1 to Thorn Declaration.
[7] *Id*.
[8] Statement of Undisputed Facts [ECF No. 12-7] at ¶¶ VI-9 through VI-11 and submitted evidence referenced therein.

**Fed. R. Civ. P. 54(d)**,
In the alternative to same items included as
expenses in the Collection Costs Claim:         $15,347.13[9]

**Grand Total:**                                                                       **$5,615,829.93**

---

Although not required by the Federal Rules of Civil Procedure, Plaintiff nevertheless has provided Defendants with the entirety of: (1) Plaintiff's Motion for Entry of Default Judgment [ECF Nos. 12, 12-1 through 12-8]; (2) Sealed Motion for Leave to File [Certain Supporting Evidentiary] Documents Under Seal [ECF Nos. 13, 13-1 through 13-3]; and (3) Supplemental Memorandum re Motion for Default Judgment as to Defendants Republic of Iraq and Ministry of Justice of the Republic of Iraq [ECF Nos. 14 and 14-1] near simultaneously with Plaintiff filing such papers with the Court (*i.e.*, by not more than 2 calendar days from the date that Plaintiff filed the papers with the Court).

Plaintiff MLG has made repeated demands for payment in full of the Indebtedness – including on December 1, 2023 (the "December 1, 2023 Demand"). *See* Plaintiff's Third Certificate of Authenticity of Business Records in Support of Motion for Entry of Default Judgment, Exhibit TBC-A-1.1 [ECF 14-1 at pp. 16-34].

Through today – that is, 469 days after Defendants were served with the Summons and Complaint, 126 day after MLG presented Defendants with all Motion for Entry of Default papers, and 96 days after MLG also presented Defendants with MLG's December 1, 2023 Demand – Defendants have neither offered to pay even a dime of the $5,615,829.93 nor paid even a penny.

Plaintiff's Motion for Entry of Default Judgment remains pending.

WHEREFORE, Plaintiff moves the Court to grant this motion and set a Status Conference

---

[9] Statement of Undisputed Facts [ECF No. 12-7] at ¶¶ VII-3 through VII-4 and submitted evidence referenced therein.

at the Court's earliest convenience for the Court and Plaintiff to discuss any next steps desired by the Court that would assist the Court in reaching its decision on Plaintiff's Motion for Entry of Default Judgment.

        A proposed order accompanies this Motion.

Dated: March 6, 2024                      Respectfully submitted,

                                            **MILLS LAW GROUP LLP**

                                            By:  */s/ Timothy B. Mills*  
                                            Timothy B. Mills  
                                            D.C. Bar No. 425209  
                                            800 Connecticut Avenue N.W., Suite 300  
                                            Washington, DC  20006  
                                            Telephone: (202) 457-8090  
                                            Fax: (202) 478-5081  
                                            timothy.mills@mills-lawgrp.com  
                                            *Lead Counsel for Plaintiff Mills Law Group LLP*